FILED
U.S. District Court
District of Kansas

APR 2 1 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS, WICHITA DIVISION

Timothy and Mary, Plaintiffs,   TIMOTHY JOSEPH SMITHE FGT, FOREIGN GRANTORS TRUST
MARY ASTOR SMITHE FGT
(FOREIGN GRANTORS TRUST)

V.                                             6:25-cv-1072-DDC-GEB

Director, Illinois Department of Public Health, Illinois Secretary of State, Commissioner of Social Security Administration, Commissioner Internal Revenue Service, U.S. Attorney, Attorney General, Attorney General of Illinois, Secretary of State of Kansas, Attorney General of Kansas, Director, Illinois Department of Public Health, Secretary Department of Health and Human Services, Department of Homeland Security, United States Postal Service (USPS) Postmaster General, Office of Federal Student Aid; American Express, CitiMortgage NA, Citibank Home Equity, US Bank, Lake Mortgage, Ocwen Financial Corp, TriState Capital Bank, First Bank and Trust of Evanston (via Byline Bancorp), Wintrust Financial Corp, First Midwest Bank, Fidelity Investments, H&R Block, Bank of America, Wells Fargo, Chase, Capital One, Discover Financial. Defendants.

Non-parties: Evergy, Wichita Water, OneGas, Waste Management

Case No. _____.

**COMPLAINT FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs, Timothy and Mary, co-heirs with Christ (Romans 8:17), pro se,

Through TIMOTHY JOSEPH SMITHE FGT and MARY ASTOR SMITHE FGT (irrevocable foreign grantor trust, SSN-free), file this Complaint against Defendants (~31, Paragraph 4) for fraud, identity theft, trespass on Christ's property, and irreparable harm, seeking a Temporary Restraining Order (TRO) under FRCP 65(b)(1).

**Factual Allegations**

**Paragraph 2: Our Labor and Harm.** Over 47 years (1978–2025), our labor—$375M ($270M-$470M, including $8M taxes, $2.3M tangible properties in Illinois and California)—equally contributed, was stolen from Christ through fraud, identity theft and trespass causing $40M distress ($20M each), utility cutoffs in 2024 ($1K, Paragraph 5.6), and job loss (Paragraph 9). As co-heirs with Christ (Romans 8:17), we steward God's infinite creation (Psalm 24:1), rejecting property taxes and eminent domain as fraudulent burdens on our dominion (Genesis 1:28), seeking unlimited credit through trust certificates (Para 5.8).

**Paragraph 4: Director Illinois Department of Public Health, Illinois Secretary of State, Commissioner Social Security Administration, Commissioner Internal Revenue Service, U.S.Attorney, Attorney General, Attorney General of Illinois, Secretary of State of Kansas, Attorney General of Kansas, Director Illinois Department of Public Health, Secretary Department of Health and Human Services, Department of Homeland Security, United States Postal Service (USPS) Postmaster General, Office of Federal Student Aid; American Express, CitiMortgage NA, Citibank Home Equity, US Bank, Lake Mortgage, Ocwen Financial Corp, TriState Capital Bank, First Bank and Trust of Evanston (via Byline Bancorp), Wintrust Financial Corp, First Midwest Bank, Fidelity Investments,**

**H&R Block, Bank of America, Wells Fargo, Chase, Capital One, Discover Financial. Defendants.**

**Paragraph 5: Fraud and Trespass**–Over 47 years, Defendants committed identity theft and fraud (Exhibit, FOIA 'no citizen,' filed April 21), stealing $375M labor, $2.3M properties, imposing $50K+ levies, $800K IRS lien, and $2.3M property losses. USPS facilitated fraudulent notices (IRS lien, collections) then blocked access to federal accounts tied to our legal identities, overseen by BIA, violating dominion (Genesis 1:28, Paragraph 5.5).

**Paragraph 5.5: Dominion Violated**–As co-heirs, Father's estate—labor, properties, dominion (Genesis 1:28)—is Christ's (Romans 8:17). Defendants trespassed, like tenants seizing the vineyard (Matthew 21:33-41), defiling our sacred trust over 47 years.

**Paragraph 5.6: Utility Cutoffs in 2024** In 2024, Defendants' fraud caused utility cutoffs (~$100-$1,000 non-parties Evergy, Wichita Water, OneGas, Waste management), contributing to $40M distress—sleeplessness, anguish, anxiety, PTSD), violating stewardship (Genesis 2:15) likelihood of success (FOIA fraud, docs attached), and public interest—restoring co-heirs' private credit from public theft halt; irreparable harm to our identity and peace in Christ.

**Paragraph 5.8: Order expedited discovery within 14 days:** IRS/SSA accounts tied to our identities; order discovery for federal accounts bearing our legal identities overseen by Bureau of Public Debt and Bureau of Indian affairs; order discovery into REMIC pooled into MBS (Exhibit-Loan docs), (eg., Ocwen foreclosed property -$840K loan, A.D. 1997, foreclosed A.D.

2018); Defendants SSN misuse for generating CUSIPS for pooled contracts- Amex, Citibank, Citi Mortgage, Fidelity Investments, First Bank and Trust Evanston, First Midwest Bank, H&R Block Inc, Lake Mortgage, Tristate Capital, Ocwen Financial Corporation, U.S.Bank, Wintrust Financial, Bank of America, Wells Fargo, JP Morgan Chase, Capital One, Discover including; Discovery into maximum scope of SSN due to identity theft profits since 1978 for both.

**Paragraph 6: Prayer for Immediate Relief all for His Glory:** —Plaintiffs pray for: (a) ex parte TRO enjoining Defendants from SSN enforcement, levies, harm; (b) $2.5M equitable relief for acquisition of Wichita faith-based estate/sanctuary to glorify God, $750K+ EQ(FICA/MEDI) for life, issue trust certificates; return to Christ $8M taxes, labor stolen ($50K+ since 2022), cancellation of $800K lien, cancellation of outstanding Wintrust loan around ($150K), cancellation SSN based Family support burdens faith- Christ' redemption (Hebrews 7:22) voids debt but love. (Romans 13:8) -This Family support under financial duress threatens irreparable harm. We request SSA injunction, SSN-free trust certificates for TIMOTHY JOSEPH SMITHE FGT and MARY ASTOR SMITHE FGT (irrevocable foreign grantor trust, SSN-free), case sealing (Paragraph 6), relief from property taxes and eminent domain fraudulently imposed on our God-given dominion over 47 years (Psalm 24:1, Genesis 1:28), and protection of our properties from government takings. (c) Sealing case (Local Rule 5.4.2); delayed due pro se burden—scope, copies, husband's work travel (unsigned affidavit until April 21), sans budget for outsourcing, technical issues (April 11, 2025), Lord provides!

**Paragraph 9: Irreparable Harm-** Job loss, $40M distress, and prior utility cutoffs (~$100-$1,000) threaten immediate harm, unremedied without TRO. Defendants' non-response

to notices (Q1: March 31, Q2: April 13-14, no show) supports ex parte relief (FRCP 65(b)(1)). Over 47 years, fraudulent levies, liens, and eminent domain risks to Christ properties (Illinois/California) exacerbate harm and violate dominion (Genesis 1:28).

**Conclusion**–We seek justice (Leviticus 25:13) to receive equitable relief, restoration and reclaim our Father's grace (Matthew 11:28). Fraud vitiates all.

In Jesus' name and good faith respectfully submitted,

_____ Timothy _____ Mary,

husband and wife co-heirs with Christ. TIMOTHY JOSEPH SMITHE FGT and MARY ASTOR SMITHE FGT (Proxy, Irrevocable Foreign Grantor Trust)

Trust address for mail- 203 S. Clarence St. Wichita Kansas, 67213

April 21, A.D.2025

PLACE OF TRIAL WICHITA