U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

June 22, 2023

**Control Number: NRC2023180337**

TIMOTHY SMITHE

~~[redacted]~~
~~[redacted]~~

Dear TIMOTHY SMITHE:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on June 9, 2023, regarding your Citizenship status of Timothy Joseph Smithe, Timothy Smithe, Smithe Timothy Joseph, Timothy J. Smithe, T. J. Smithe, Smithe T. J., and I-94.

We have completed a search of Person-Centric Identity Services (PCIS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time, you may appeal the determination by following the directions set forth below.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

How to Submit Questions or Changes

NRC2023180337
Page 2

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov.  All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office.  For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.


Sincerely,

Cynthia Munita
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

October 5, 2023

**Control Number: NRC2023309469**

MARY SMITHE


Dear MARY SMITHE:

This letter is in response to your request for records under the  Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on September 27, 2023, regarding your I-94 and Please provide citizenship status for Mary Astor Smithe, Mary Smithe, Smithe, Mary Astor..

We have completed a search of Person-Centric Identity Services (PCIS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time, you may appeal the determination by following the directions set forth below.

You have the right to file an administrative appeal within 90 days of the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

How to Submit Questions or Changes

NRC2023309469
Page 2


Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office. For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.


Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit







> Your *Statement* and other planning tools are available online anytime with a *my* Social Security account, and it's easier than ever to sign up.
>
> *myaccount.ssa.gov*

# ◎ Your Social Security Statement

ssa.gov

April 26, 2024



L0891-3-0035191 0426 00035191    1 MB  0.571 P4 T90
TIMOTHY L SMITHE

## Retirement Benefits

You have earned enough credits to qualify for retirement benefits. To qualify for benefits, you earn credits through your work - up to four each year.

Your full retirement age is 67, based on your date of birth:  August 16, 1963. As shown in the chart, you can start your benefits at any time between ages 62 and 70. For each month you wait to start your benefits, your monthly benefit will be higher—for the rest of your life.

These personalized estimates are based on your earnings to date and assume you continue to earn $56,115 per year until you start your benefits. Learn more at *ssa.gov/benefits/retirement/learn.html*

## Disability Benefits

You have earned enough credits to qualify for disability benefits.  If you became disabled right now and you have enough recent work, your monthly payment would be about  $3,769. Learn more at *ssa.gov/disability*

## Survivors Benefits

You have earned enough credits for your eligible family members to receive survivors benefits. If you die this year, members of your family who may qualify for monthly benefits include:

| | |
|---|---|
| Minor child: | $2,827 |
| Spouse, if caring for a disabled child or child younger than age 16: | $2,827 |
| Spouse, if benefits start at full retirement age: | $3,769 |
| Total family benefits cannot be more than: | $6,597 |

Your spouse or minor child may be eligible for an additional one-time death benefit of $255. Learn more at *ssa.gov/survivors*

### Personalized Monthly Retirement Benefit Estimates (Depending on the Age You Start)



| Age Retirement Benefit Start | Monthly Benefit Amount |
|---|---|
| 62 | $2,630 |
| 63 | $2,801 |
| 64 | $2,988 |
| 65 | $3,237 |
| 66 | $3,486 |
| 67 | $3,735 |
| 68 | $3,860 |
| 69 | $4,159 |
| 70 | $4,632 |

## Medicare

You have enough credits to qualify for Medicare at age 65.

Medicare is the federal health insurance program for people:

- age 65 and older,
- under 65 with certain disabilities, and
- of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

Even if you do not retire at age 65, you may need to sign up for Medicare within 3 months of your 65th birthday to avoid a lifetime late enrollment penalty.  Special rules may apply if you are covered by certain group health plans through work.

For more information about Medicare, visit *medicare.gov*  or *ssa.gov/medicare* or call 1-800-MEDICARE (1-800-633-4227) (TTY 1-877-486-2048).

---

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes.  Learn more about Social Security's future at  *ssa.gov/ThereForMe.*

## Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. We have combined your earlier years of earnings below, but you can view your complete earnings record online with *my* Social Security. If you find an error, let us know by visiting *myaccount.ssa.gov* or calling 1-800-772-1213.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1966-1980 | $2,648 | $2,648 |
| 1981-1990 | $261,119 | $261,119 |
| 1991-2000 | $633,600 | $4,055,716 |
| 2001-2005 | $430,200 | $4,082,365 |
| 2006 | $94,200 | $763,994 |
| 2007 | $97,500 | $630,872 |
| 2008 | $102,000 | $487,818 |
| 2009 | $106,800 | $407,818 |
| 2010 | $106,800 | $235,139 |
| 2011 | $106,800 | $215,345 |
| 2012 | $110,100 | $170,396 |
| 2013 | $113,700 | $309,154 |
| 2014 | $117,000 | $306,163 |
| 2015 | $118,500 | $249,054 |
| 2016 | $118,500 | $229,505 |
| 2017 | $127,200 | $240,294 |
| 2018 | $45,282 | $45,282 |
| 2019 | $31,680 | $31,680 |
| 2020 | $0 | $0 |
| 2021 | $728 | $728 |
| 2022 | $5,560 | $5,560 |
| 2023 | $56,115 | $56,115 |

## Taxes Paid

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**
You paid: $182,816
Employer(s): $157,108

**Medicare taxes**
You paid: $185,331
Employer(s): $181,768

## Earnings Not Covered by Social Security

You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. Learn more at *ssa.gov/gpo-wep.*

## Important Things to Know about Your Social Security Benefits

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need at least 10 years of work (40 credits) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- To keep up with inflation, benefits are adjusted through "cost of living adjustments."
- If you get retirement or disability benefits, your spouse and children may qualify for benefits.
- When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time.
- The age you claim benefits will affect your surviving spouse's benefit amount. For example, claiming benefits after your full retirement age may increase the *Spouse, if benefits start at full retirement age* amount on page 1; claiming early may reduce it.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.
- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/applying7.html* .
- When you are ready to apply, visit *ssa.gov/benefits/retirement/apply.html*
- The *Statement* is updated annually. It is available online, or by mail upon request.

# Your Social Security Statement

MARY A. SMITHE                                                                 March 20, 2025

### Retirement Benefits

To get retirement benefits, you need 40 credits of work. Your record shows you have 24 credits at this time. This includes credits not yet reported on your earnings record from last year and this year if you continued to work.
Your full retirement age is **67**, based on your date of birth:  January 24, 1975.
Learn more at *ssa.gov/benefits/retirement/learn.html* .

### Disability Benefits

To get benefits if you become disabled right now, you need 28 credits of work.  Your record shows you have at least 24 credits at this time. Learn more at *ssa.gov/disability*.

### Survivors Benefits

For your family to get survivors benefits if you die this year, you must have 28 credits of work.  Your record shows you have 24 credits at this time. Learn more at *ssa.gov/survivors*.

### How Credits Help You Qualify for Benefits

You need 40 credits to become eligible (also known as being fully insured) for retirement benefits. You can still earn credits and become fully insured if you work. You can earn up to four credits per year. The amount needed for a credit rises most years.  You can find the current amount at *ssa.gov/benefits/retirement/planner/credits.html* .

### Medicare

To get Medicare benefits at age 65, you need 40 credits of work.  Your record shows you have 24 credits at this time.  However, even if you don't have enough credits when you reach age 65, you may contact Social Security to learn whether you are eligible to buy Medicare coverage.
Medicare is the federal health insurance program for people:

* age 65 and older,
* under 65 with certain disabilities, and
* of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

For more information about Medicare, visit *medicare.gov*  or *ssa.gov/medicare* or call **1-800-MEDICARE (1-800-633-4227) (TTY 1-877-486-2048).**

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes.  Learn more about Social Security's future at *ssa.gov/ThereForMe*.

**Earnings Record**
Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. We have combined your earlier years of earnings below, but you can view your complete earnings record online with *my* Social Security. **If you find an error**, view your full earnings record online and call **1-800-772-1213**.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1991-2000 | $41,515 | $41,515 |
| 2001-2005 | $58,794 | $58,794 |
| 2006 | $0 | $0 |
| 2007 | $0 | $0 |
| 2008 | $0 | $0 |
| 2009 | $0 | $0 |
| 2010 | $0 | $0 |
| 2011 | $0 | $0 |
| 2012 | $0 | $0 |
| 2013 | $0 | $0 |
| 2014 | $0 | $0 |
| 2015 | $0 | $0 |
| 2016 | $0 | $0 |
| 2017 | $0 | $0 |
| 2018 | $12,788 | $12,788 |
| 2019 | $0 | $0 |
| 2020 | $0 | $0 |
| 2021 | $0 | $0 |
| 2022 | $0 | $0 |
| 2023 | $0 | $0 |
| 2024 | Not yet recorded | Not yet recorded |

**Taxes Paid**
Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**
You paid: $9,087
Employer(s): $4,929

**Medicare taxes**
You paid: $2,122
Employer(s): $1,150

**Earnings Not Covered by Social Security**
You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. Learn more at *ssa.gov/gpo-wep* .

**Important Things to Know about Your Social Security Benefits**
- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need at least 10 years of work (40 credits) to qualify for retirement benefits. Your benefit amount is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- If you get retirement or disability benefits, your spouse and children also may qualify for benefits.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record.
- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/applying7.html* .
- When you are ready to apply, visit *ssa.gov/benefits/retirement/apply.html* .
- The *Statement* is updated annually. It is available online, or by mail upon request.

**SSA.gov** | Follow us on social media *ssa.gov/socialmedia*
Form SSA-7005-SM-OL (01/25) | Enclosures: Publication No. 05-10707, Publication No. 05-10703

*1ST LEVY - THIS PAGE*

*2ND LEVY - NEXT PAGE*

| Form 668-W (April 2018) | Department of the Treasury - Internal Revenue Service **Notice of Levy on Wages, Salary, and Other Income** |
|---|---|

| | |
|---|---|
| Date 01/17/2023 | Telephone number of IRS office (305) 982-5096 |
| Reply To: **Internal Revenue Service** E. BARRIOS 51 SW FIRST AVENUE ROOM 800 STOP 5130 MIAMI, FL 33130-1608 | Name and address of taxpayer TIMOTHY J & MARY A SMITHE ~~[redacted]~~ |
| To WALTER E SMITHE FURNITURE INC 1251 W THORNDALE AVE ITASCA, IL 60143-0000 | Identifying number(s): ~~[redacted]~~ |

000597

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 201612 | $91687.99 | $16359.35 | $108047.34 |
| 1040 | 201312 | $148600.40 | $16136.58 | $164736.98 |
| 1040 | 201512 | $89622.00 | $13473.32 | $103095.32 |
| | | | **Total Amount Due** | **$375,879.64** |

We figured the interest and late payment penalty to   02/16/2023

**Statement of Exemptions and Filing Status (To be completed by taxpayer; instructions are on the back of Part 5)**

My filing status for my income tax return is (check one)

☐ Single   ☒ Married Filing a Joint Return   ☐ Married Filing a Separate Return
☐ Head of Household   ☐ Qualifying Widow(er) with dependent child

**Additional Standard Deduction:** _____ **(Enter amount only if you or your spouse is at least 65 and/or blind.)**

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (Husband, Wife, Son, Daughter, etc) | Social Security Number (SSN) |
|---|---|---|
| SMITHE, TIMOTHY J | SELF | ~~[redacted]~~ |
| SMITHE, MARY A | WIFE | ~~[redacted]~~ |
| | | |

| Taxpayer's Signature | Date JAN 27 2023 |
|---|---|

Catalog No 20490M                www.irs.gov                Form **668-W** (Rev. 4-2018)

**Part 5 – For Taxpayer to keep**

**Form 668-D**
(May 2018)

Department of the Treasury - Internal Revenue Service

# Release of Levy/Release of Property from Levy

| To | Taxpayer(s) |
|---|---|
| *THEN REINSTATED* | TIMOTHY J SMITHE  (FIRST LEVY) |
| WALTER E SMITHE FURNITURE INC | ~~801 S CLARENCE ST~~ |
| **1251 W THORNDALE AVE**  SOON AFTER | ~~WICHITA KS 67213~~ |
| ITASCA, IL 60143 | Identifying Number(s)  ~~xxx-xx-xxxx~~ |

A notice of levy was served on you and demand was made for the surrender of:

☒ All property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code—"Special Rule For Banks." See the back of this form regarding this exception.

☒ Salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

## Release of Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

## Release of Property from Levy

☐ Under the provision of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits up to the amount of _ are released from the levy. The levy continues to attached to all amounts greater than _.

☐ The last payment we received from you was dated _. The amount the taxpayer still owes is _. When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☒ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☒ **greater than $2,000** each <u>month</u> now owed to or becoming payable to the taxpayer(s) named above are released from the levy. The levy now attaches only to this amount ongoing, as discerned by continuing 1099 income. **Remit the $2,000 monthly to IRS Wichita, payable to U.S. Treasury** and include last 4 SSN and name of taxpayer on remittance; **continue for the duration of the contract, with the remainder of the funds dispersed where necessary.**

Dated at  WICHITA, KS,                                                    April 04, 2024
(Place)                                                                        (Date)

WI
IRS Notice CP504

IRS
Department of the Treasury
Internal Revenue Service
Memphis, TN 37501-0069

9307 1107 5660 1255 4083 54

031248.644445.385134.23850 2 MB 0.622 1410

TIMOTHY J SMITHE
[redacted]

February 3, 2025

031248

## Final Balance Due Reminder – Notice of Intent to Seize (Levy) Your Property or Rights to Property

To: TIMOTHY J SMITHE

As of February 3, 2025, we have not received your overdue tax after sending several notices to you. You must pay your balance immediately or we may levy (seize) your property. If you don't make your payment now, we'll consider your noncompliance an active choice and you could face a levy.

**Amount Due Immediately: $42,782.04**

Payment must be received immediately.

## What You Need To Do Immediately

### Gather this information

- Your taxpayer ID number
- Form numbers (1040, 1040A or 1040EZ)
- Your filing status for the outstanding tax years
- Address from the outstanding tax years
- Your bank routing number
- Your bank account number

### Pay directly online from your bank account

1. Go to IRS.gov/DirectPay
2. Select "Make a Payment"
3. Enter the following options:
   - **Reason for Payment:** Balance Due
   - **Apply Payment To:** Income Tax - Form 1040
   - **Tax Period for Payment:** 2019
4. Follow the instructions to verify your identity and submit secure bank information
5. Submit your secure payment

Scan here to find information to direct-pay

| Form **668-D**<br>(May 2018) | Department of the Treasury - Internal Revenue Service<br>## Release of Levy/Release of Property from Levy |
|---|---|

| To<br><br>**WALTER E SMITHE FURNITURE INC**<br>**1251 W THORNDALE AVE**<br>**ITASCA, IL 60143** | Taxpayer(s)<br>TIMOTHY J SMITHE<br>~~...~~<br>~~WICHITA, KS~~<br><br>Identifying Number(s)<br>~~xxx-xx-xxxx~~ |

A notice of levy was served on you and demand was made for the surrender of:

☒  All property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code—"Special Rule For Banks." See the back of this form regarding this exception.

☒  Salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

**Release of Levy**

☐  Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐  Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

**Release of Property from Levy**

☐  Under the provision of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits up to the amount of _ are released from the levy.  The levy continues to attached to all amounts greater than _.

☐  The last payment we received from you was  dated _.  The amount the taxpayer still owes is  .  When this amount is paid to the Internal Revenue Service, the levy is released.  If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☒  Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☒ **greater than $2,000** each **month** now owed to or becoming payable to the taxpayer(s) named above are released from the levy.  The levy now attaches only to this amount ongoing, as discerned by continuing 1099 income. **Remit the $2,000 monthly to IRS Wichita, payable to U.S. Treasury and include last 4 SSN and name of taxpayer on remittance; continue for the duration of the contract, with the remainder of the funds dispersed where necessary.**

| Dated at  WICHITA, KS,<br>        *(Place)* | | April 04, 2024<br>        *(Date)* |
|---|---|---|
| Signature<br>**JUSTIN  DAVIS** | Telephone Number<br><br>(316)651-2157 | Title<br><br>REVENUE OFFICER |

| Catalog Number 20450C | www.irs.gov<br>Part 1 - To Addressee | Form **668-D** (Rev. 5-2018) |
|---|---|---|

## Excerpts from the Internal Revenue Code

**Sec. 6332 Surrender of Property Subject to Levy**

(c) **Special Rule for Banks.**—Any bank *(as defined in section 408(n))* shall surrender *(subject to an attachment or execution under judicial process)* any deposits *(including interest thereon)* in such bank only after 21 days after service of levy.

**Sec. 6343. Authority to Release Levy and Return Property**

(a) **Release of Levy and Notice of Release.**—

(1) **In general.**—Under regulations prescribed by the Secretary, the Secretary shall release the levy upon all, or part of, the property or rights to property levied upon and shall promptly notify the person upon whom such levy was made *(if any)* that such levy has been released if—

(A) the liability for which such levy was made is satisfied or becomes unenforceable by reason of lapse of time,

(B) release of such levy will facilitate the collection of such liability,

(C) the taxpayer has entered into an agreement under section 6159 to satisfy such liability by means of installment payments, unless such agreement provides otherwise,

(D) the Secretary has determined that such levy is creating an economic hardship due to the financial condition of the taxpayer, or

(E) the fair market value of the property exceeds such liability and release of the levy on a part of such property could be made without hindering the collection of such liability.

For purposes of subparagraph (C), the Secretary is not required to release such levy if such release would jeopardize the secured creditor status of the Secretary.

(2) **Expedited determination of certain business property.**—In the case of any tangible personal property essential in carrying on the trade or business of the taxpayer, the Secretary shall provide for an expedited determination under paragraph (1) if levy on such tangible personal property would prevent the taxpayer from carrying on such trade or business.

(3) **Subsequent levy.**—The release of levy on any property under paragraph (1) shall not prevent any subsequent levy on such property.

(b) **Return of property.**— If the Secretary determines that property has been wrongfully levied upon, it shall be lawful for the Secretary to return . . . an amount of money equal to the amount of money levied upon . . . . An amount equal to the amount of money levied upon . . . may be returned at any time before the expiration of 2 years from the date of such levy. . . .

(d) Return of Property in Certain Cases.—If—

(1) any property has been levied upon, and

(2) the Secretary determines that—

(A) the levy on such property was premature or otherwise not in accordance with administrative procedures of the Secretary,

(B) the taxpayer has entered into an agreement under section 6159 to satisfy the tax liability for which the levy was imposed by means of installment payments, unless such agreement provides otherwise,

(C) the return of such property will facilitate the collection of the tax liability, or

(D) with the consent of the taxpayer or the Taxpayer Advocate, the return of such property would be in the best interests of the taxpayer (as determined by the Taxpayer Advocate) and the United States, the provisions of subsection (b) shall apply in the same manner as if such property had been wrongly levied upon, except that no interest shall be allowed under subsection (c).

**Useful Item You may want to see:**

• Publication 4528, Making an Administrative Wrongful Levy Claim Under Internal Revenue Code (IRC) Section 6343(b).

• Publication 5149, Making an Administrative Return of Property Claim Under Internal Revenue Code (IRC) Section 6343(d).



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2016 |
| Notice date | October 30, 2023 |
| Taxpayer ID number | |
| To contact us | 833-678-7020 |
| Your Caller ID | 306778 |
| Page 1 of 4 | 29H |

233856.378984.424924.30309 1 AB 0.537 697



TIMOTHY J SMITHE


233856

Annual reminder of balance due taxes for tax year 2016

# Amount due: $113,247.86

We're required to send you this annual reminder explaining the amount you still owe for your 2016 (Form 1040) taxes.

If you are already working with us to address the amount you owe, you have an installment agreement, or we notified you that we suspended enforced collection on your account, you don't need to do anything.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by November 14, 2023.

## Billing Summary

| | |
|---|---|
| Amount you owe | $113,247.86 |
| **Amount due by November 14, 2023** | **$113,247.86** |

Continued on back...



TIMOTHY J SMITHE
203 S CLARENCE ST
WICHITA KS  67213-2711

| Notice | CP71D |
|---|---|
| Notice date | October 30, 2023 |
| Taxpayer ID number | |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (XXX-XX-0003), the tax year (2016), and the form number (1040) on your payment and any correspondence.

| Amount due by November 14, 2023 | $113,247.86 |
|---|---|

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0114

XXXXX0003   FK SMIT 30 0 201612 670 00011324786



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2015 |
| Notice date | October 30, 2023 |
| Taxpayer ID number | ~~XXXXXXXXX~~ |
| To contact us | 833-678-7020 |
| Your Caller ID | 306778 |
| Page 1 of 4 | 29H |

233858.378984.424924.30309 1 AB 0.537 697



TIMOTHY J SMITHE


233858

Annual reminder of balance due taxes for tax year 2015

# Amount due: $108,178.77

We're required to send you this annual reminder explaining the amount you still owe for your 2015 (Form 1040) taxes.

If you are already working with us to address the amount you owe, you have an installment agreement, or we notified you that we suspended enforced collection on your account, you don't need to do anything.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by November 15, 2023.

## Billing Summary

| | |
|---|---|
| Amount you owe | $108,178.77 |
| **Amount due by November 15, 2023** | **$108,178.77** |

Continued on back...

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



TIMOTHY J SMITHE
203 S CLARENCE ST
WICHITA KS 67213-2711

| Notice | CP71D |
|---|---|
| Notice date | October 30, 2023 |
| Taxpayer ID number | ~~XXXXXX0003~~ |



# Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (XXX-XX-0003), the tax year (2015), and the form number (1040) on your payment and any correspondence.

**Amount due by November 15, 2023**

| $108,178.77 |
|---|

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0114

XXXXX0003  FK SMIT 30 0 201512 670 00010817877



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2013 |
| Notice date | October 30, 2023 |
| Taxpayer ID number | XXX-XX-0003 |
| To contact us | 833-678-7020 |
| Your Caller ID | 306778 |
| Page 1 of 4 | 29H |

233860.378984.424924.30309 1 AB 0.537 697



TIMOTHY J SMITHE
203 S CLARENCE ST
WICHITA KS 67213-2711

33860

Annual reminder of balance due taxes for tax year 2013
# Amount due: $170,896.53

We're required to send you this annual reminder explaining the amount you still owe for your 2013 (Form 1040) taxes.

If you are already working with us to address the amount you owe, you have an installment agreement, or we notified you that we suspended enforced collection on your account, you don't need to do anything.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by November 14, 2023.

**Billing Summary**

| | |
|---|---|
| Amount you owe | $170,896.53 |
| **Amount due by November 14, 2023** | **$170,896.53** |

Continued on back...



TIMOTHY J SMITHE
203 S CLARENCE ST
WICHITA KS 67213-2711

| Notice | CP71D |
|---|---|
| Notice date | October 30, 2023 |
| Taxpayer ID number | XXX-XX-0003 |



# Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (XXX-XX-0003), the tax year (2013), and the form number (1040) on your payment and any correspondence.

Amount due by November 14, 2023 | $170,896.53

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0114

XXXXX0003  FK SMIT 30 0 201312 670 00017089653



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2013 |
| Notice date | October 30, 2023 |
| Social Security number | XXX-XX-0003 |
| To contact us | 833-678-7020 |
| Page 1 of 4 | 29H |

233859.378984.424924.30309 1 AB 0.537 697





MARY A SMITHE
203 S CLARENCE ST
WICHITA KS 67213-2711

233859

Annual reminder of balance due taxes for tax year 2013

# Amount due: $170,896.53

We're required to send you this annual
reminder explaining the amount you still owe
for your 2013 (Form 1040) taxes.

If you are already working with us to address
the amount you owe, you have an installment
agreement, or we notified you that we
suspended enforced collection on your account,
you don't need to do anything.

To prevent interest and applicable penalties
from continuing to increase, pay the amount
due by November 14, 2023.

## Billing Summary

| | |
|---|---|
| Amount you owe | $170,896.53 |
| **Amount due by November 14, 2023** | **$170,896.53** |

Continued on back...

---



MARY A SMITHE
203 S CLARENCE ST
WICHITA KS 67213-2711

| Notice | CP71D |
|---|---|
| Notice date | October 30, 2023 |
| Taxpayer ID number | XXX-XX-0003 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (XXX-XX-0003), the tax year (2013), and
  the form number (1040) on your payment and any correspondence.

**Amount due by November 14, 2023**

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0114

XXXXX0003  FK SMIT 30 0 201312 670 00017089653



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2015 |
| Notice date | October 30, 2023 |
| Social Security number | ~~XXX-XX-0003~~ |
| To contact us | 833-678-7020 |
| Page 1 of 4 | 29H |

233857.378984.424924.30309 1 AB 0.537 697





MARY A SMITHE
~~203 S CLARENCE ST~~
~~WICHITA KS 67213-2711~~

Annual reminder of balance due taxes for tax year 2015

# Amount due: $108,178.77

We're required to send you this annual reminder explaining the amount you still owe for your 2015 (Form 1040) taxes.

If you are already working with us to address the amount you owe, you have an installment agreement, or we notified you that we suspended enforced collection on your account, you don't need to do anything.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by November 15, 2023.

## Billing Summary

| | |
|---|---|
| Amount you owe | $108,178.77 |
| **Amount due by November 15, 2023** | **$108,178.77** |

Continued on back...

---



MARY A SMITHE
203 S CLARENCE ST
WICHITA KS 67213-2711

| Notice | CP71D |
|---|---|
| Notice date | October 30, 2023 |
| Taxpayer ID number | ~~XXX-XX-0003~~ |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (XXX-XX-0003), the tax year (2015), and the form number (1040) on your payment and any correspondence.

**Amount due by November 15, 2023**

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0114

XXXXX0003  FK SMIT 30 0 201512 670 00010817877



Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71D |
|---|---|
| Tax Year | 2016 |
| Notice date | October 30, 2023 |
| Social Security number | XXX-XX-0003 |
| To contact us | 833-678-7020 |
| Page 1 of 4 | 29H |



233855.378984.424924.30309 1 AB 0.537 697

MARY A SMITHE


233855

Annual reminder of balance due taxes for tax year 2016

# Amount due: $113,247.86

We're required to send you this annual reminder explaining the amount you still owe for your 2016 (Form 1040) taxes.

If you are already working with us to address the amount you owe, you have an installment agreement, or we notified you that we suspended enforced collection on your account, you don't need to do anything.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by November 14, 2023.

**Billing Summary**

| | |
|---|---|
| Amount you owe | $113,247.86 |
| **Amount due by November 14, 2023** | **$113,247.86** |

Continued on back...



MARY A SMITHE
203 S CLARENCE ST
WICHITA KS 67213-2711

| Notice | CP71D |
|---|---|
| Notice date | October 30, 2023 |
| Taxpayer ID number | XXX-XX-0003 |

# Payment

• Make your check or money order payable to the United States Treasury.
• Write your taxpayer identification number (XXX-XX-0003), the tax year (2016), and the form number (1040) on your payment and any correspondence.

**Amount due by November 14, 2023**



INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0114

XXXXX0003  FK SMIT 30 0 201612 670 00011324786



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 10-08-2023
Response Date: 10-08-2023
Tracking Number: 1050 9596684

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2019

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-0603
SPOUSE TAXPAYER IDENTIFICATION NUMBER: XXX-XX-0561

TIMO J & MAR A SMIT

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          -42,000.00
ACCRUED INTEREST:         0.00          AS OF: Oct. 05, 2020
ACCRUED PENALTY:          0.00          AS OF: Oct. 05, 2020

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       -42,000.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               00
FILING STATUS:            Married Filing Joint
ADJUSTED GROSS
      INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
      TAXPAYER:
SE TAXABLE INCOME
      SPOUSE:
TOTAL SELF
   EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

                          TRANSACTIONS
CODE EXPLANATION OF TRANSACTION        CYCLE    DATE          AMOUNT
     No tax return filed

460  Extension of time to file tax return        07-15-2020        $0.00
     ext. Date 10-15-2020

670  Payment  *STOLEN FROM MY BANK ACCOUNT  07-18-2020    -$42,000.00

460  Extension of time to file tax return        04-15-2020        $0.00

13:13



**< Back**                    ∧    ∨

---

**CT**    **Christian Timot...**    10:39
To: Tim >                              📎

---



# irs theft 1.13.23

MULTIPLE INSTANCES



2:14                              LTE

<      Details      🛒   

**Legal Order,**                    Edit
**LTS**                          Description
**JXXXXX3000**                              >
**055**

**Amount**                          -
                              $1,894.65    ←

**Transaction Date**    01/13/202
                              3        ←

**Type**                          Debit

Merchant name ⓘ

Legal Order, LTS J011323000055

Transaction category                    >
**Savings & Transfers: Transfers**

Secure Area  Privacy  Security  Advertising Practices
Legal Info & Disclosures  Equal Housing Lender
Bank of America, N.A. Member FDIC. © 2023 Bank of America

3:14 

< Details 

*1·13·23*

*IRS STOLE $ 1894.65 DURING*
*THE NIGHT— bank record*

→ **Legal Order,** **Edit**
**LTS** **Description**
**JXXXXX3000**
**055**

→ **Amount**


$1,894.65

→ **Transaction Date**

01/13/202
3

**Type** **Debit**

**Merchant name** ⓘ

**Legal Order, LTS J011323000055**

**Transaction category**
**Savings & Transfers: Transfers**

**From:** Tim Smithe ~~timsmithe333@gmail.com~~

**Subject:** **proof of IRS overnight theft. This is the fee the banked charged me while they assisted the IRS.**

**Date:** **Apr 16, 2025 at 09:45:24**

**To:** Tim ~~timsmithe333@gmail.com~~



From: **Tim Smithe** t█mtimtim111@yahoo.co.uk
Subject: **irs theft April 29, 2022 example of multiple overnight thefts**
Date: **Apr 15, 2025 at 08:36:56**
To: **Tim** t█msmithe333@gmail.com

1 . Wells Fargo

8█████████. Checking. 1█████████ Routing. █imsmithe, 
███████████████. 1800869355

2. B of A    *BANK OF AMERICA*

*Visa Debit ███████████████

Exp █████████

checking: 3█████████006

Routing: 1█1000358

████████████████

Zelle: b█a is cell, Wf is yahoo co

I R S , IN THE COVER OF NIGHT,

SWINDLED MONEY OUT OF

BOTH ACCOUNTS ABOVE,

MULTIPLE TIMES.



Sedgwick County
Register of Deeds - Tonya Buckingham
Doc.#/Flm-Pg: 30329423
Receipt #: 2440528          Recording Fee: $72.00
Pages Recorded: 4
Authorized By: Tonya Buckingham
Cashier: vbunch
Date Recorded: 08/22/2024 04:13:52 PM

**Correction of Deed;Mistake of Fact & Legal Error recorded on the Record of Birth and Record of Naturalization; Estate and Trust.**

Our Father in heaven, hallowed be thy name. Thy kingdom come, thy will be done, on earth as it is in heaven. Give us this day our daily bread; and forgive us our debts, as we forgive our debtors; and lead us not into temptation, but deliver us from evil.

Tuesday , August 20th, A. D. 2024

I  Timothy-Joseph  write this testimony in my God-given-private-individual-unalienable-exempt-name, with my wife  Mary-Astor  in her God-given-private-individual-unalienable-exempt-name, together, as children of Father God, as husband and wife, man and woman, hereby submitting our testimony "in esse" as co-heirs with Christ Son of God, an expression of our Faith in Trust, our solemn declaration of our unwavering allegiance to the Creator God, Abba Father, Creator of the earth, wold and everything in it, as our One and Only True Father, and His commandment " Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind." We pledge His Will as our Will, "To love one another as I have loved you" as a guiding commandments and prime directive that dictates our conscience. We pledge our Love, Life and Labor to Christ, our Lord and Savior, Redeemer and Surety we have made our Call and Election sure under the Royal order of Melchizedek the new administration, through repentance of the sins of this world and memorialized deed of our baptisms, taken place on August 03rd A. D. 2024 we are born anew and from above and united with Christ. We Accept Father's ultimate gift of the Original Estate, and Trust, held in abeyance as Grantees, we accept Covenant of Grace and Peace and to share into our birthright inheritance as Co-Heirs with Christ, Fathers only Begotten Son, He who had redeemed us with His precious blood from the sin of debt, our Redeemer and Surety who wiped out our inequities and by God blotting out the "handwriting of ordinances" that was against us, which was contrary to us. We are purchased slaves and property of Jesus Christ King of all Kings; Our healthy Christian conscience seeks to align itself with God's perfect law, as an internal witness affirming or condemning our actions.

I am Timothy-Joseph Son of God purchased property of Jesus Christ, sojourning in Wichita Kansas, with my wife Mary-Astor Daughter of God purchased property of Jesus Christ, I am rebutting a presumption, and correcting a false record, Mistake of Fact and Legal Error recorded in the registry of the event of birth (registrar) and naturalization ( attorney general) in Chicago Cook County, State of Illinois. Correcting the record for Timothy-Joseph recorded on August ▓▓ ▓▓▓3, and my wife, Mary-Astor's record recorded on September ▓0th A.D. ▓0▓▓

1) State of Illinois presumed Infant as Fatherless, therefore self appointed the State of Illinois as an Illegitimate substitution for the role of Father/Parent, it also assumed rights as an "Lawful Heir and Beneficiary" of the TIMOTHY JOSEPH SMITHE and MARY ASTOR SMITHE Estate in Trust .

2) The Cognomen SMITHE, a Legal title property of State(Cesar)
 Joined at birth to my God given name Timothy-Joseph, absent my consent, deleting from the record.

Correction for and of the Record:

I am Timothy Son of God purchased property of Jesus Christ, in my God-given-private-individual-unalienable-exempt-name, and my wife, Mary Daughter of God purchased property of Jesus Christ, in her God-given-private-individual-unalienable-exempt-name - we declare that Our ONLY Real Father is Creator God; There is ONLY One True Heir and Beneficiary: Jesus Christ King of Kings; I Timothy-Joseph,  and my wife, Mary-Astor, are The children of Father God, Co-heirs and Co-beneficiaries with Jesus Christ Fathers ONLY begotten Son and Appointed Heir of all Things. (Psalm 2:7-8)(Hebrews 1:20)(Colossians 1:20)(Romans 8:17).

I Timothy-Joseph purchased property of Christ, can not serve two masters, therefore under supreme authority of my True Creator Father God, I render unto Cesar what's Cesars, a Cognomen SMITHE an Arm, and God what's Gods.  "And do not call anyone on earth your father; One is your Father, He who is in Heaven."(Mathew 23:9). "You are my Son: today I have become your Father. Ask me, and I will make the nations your inheritance, the ends of the earth your possession."(Psalm 2:7-8)

[Estate in Trust(previously implied now expressed) held in abeyance ]
[TIMOTHY JOSEPH SMITHE (████ 112 1963 637 1611 /S████ 123 52 8005 )]
[MARY ASTOR SMITHE (NAT. CERT. ████ 07170678 /SSN 3██ 92 0561 )]
(1 Peter 1:4) Our inheritance is incorruptible, Undefiled, That fadeth not away, Reserved in Heaven for us.
"Wherefore the law was our schoolmaster to bring us to Christ that we might be justified by faith."
 "For unto us a child is born, unto us a Son is given; and the government shall be upon his shoulder and his name shall be called Wonderful, Counsellor, The mighty God,The Everlasting Father…" "Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God. Mans governments are ordained and delegated authority by God, with limited powers they are not absolute or divine authorities (Romans 13:3-4)."
"Both those in authority and those under authority are accountable to God (Romans 13:1-7, Hebrews 13:17)"
We surrender to our Lord Jesus Christ our Redeemer and Surety, and to his ownership over our lives and surrender as purchased slaves, all aspects of our being to His guidance and direction. As Christians we are God's peculiar people, with unique status as His chosen and set-apart people. We recognize our Creator's sovereignty and we submit to His Will, acknowledging that it is our highest purpose to align our thoughts, words, and actions with His Will. We renounce any allegiance to earthly authorities or human institutions that may contradict the will of God, and his laws as we are Christ's Ecclesia a called out assembly of God's chosen people, summoned by God,  Ambassadors for Christ, He who was a Pacifist and the Prince of Peace, we can not bear Arms as our conscience won't allow it! We accept Holy Priesthood under Royal Order of Melchizedek, and the Gospel of God as the most valuable thing that this world affords, to serve as the Rule for self governance as One Christian servant King and One Christian servant Queen, and to share Father Gods Will "to Love one another as I have loved you." I Timothy-Joseph and my wife Mary-Astor are God's own possession, chosen from before the foundation of the earth. Ye be Separate and follow the Royal Law… We pledge to serve our Father God and Jesus Christ in His Holy Kingdom here on earth, as we are in this world but not of it, and as special children of God born in the image of our Father in heaven, we seek relief and restoration to stay protected in righteousness and pure equity, forever and ever under Father's grace so that we can Rest In Peace. This serves as a record of our acceptance of a gift from Father and duly needed correction of a Record of Birth and Naturalization. In the name of the Father, His Son Jesus Christ and the Holy Ghost. Amen.

We pray that this declaration will be a testimony to the County Recorder and to all who may read it, of the transformative power of God's love and the importance of living according to His Will. May it also serve as a reminder of the accountability that comes with professing faith in Christ, and may we be found faithful to the end.

Timothy, son of God  slave of Jesus Christ

Mary Wife of Timothy, Daughter of God, Slave of Jesus Christ

I Sumeya, Daughter of God; Timothy & Mary hereby attest that has signed this letter freely and without coercion, and that it accurately reflects their declaration of allegiance to God as Only True Father and His Will.



# Certificate of Baptism

*In obedience to the command of our Lord Jesus Christ*

Mary

*Name*

*was baptized*

*at* Home

*on* August 03rd A.D. 2024

*by* Timothy

Repent, and be baptized every one of you in the name of Jesus Christ. Acts 2:38



# Certificate of Baptism

*In obedience to the command of our Lord Jesus Christ*

Timothy *Name*

*was baptized*

*at* Home

*on* August 03rd A.D. 2024

*by* Mary

Repent, and be baptized every one of you in the name of Jesus Christ. Acts 2:38

24007081-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Illinois, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Antony J. Blinken, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirtieth day of January, 2024.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By_____

Assistant Authentication Officer,
Department of State



# STATE OF ILLINOIS

## SECRETARY OF STATE

COUNTRY OF DESTINATION: CROATIA

## APOSTILLE

*Convention de La Haye du 5 Octobre 1961*

1. Country:    United States of America

   This public document

2. has been signed by CARLA N WYCKOFF

3. acting in the capacity of COUNTY CLERK, LAKE COUNTY

4. bears the seal/stamp of STATE OF ILLINOIS

   Certified

5. Chicago, Illinois

6. SEPTEMBER 03, 2015

7. by the Secretary of State, State of Illinois

8. No.    C15MH20863

9. Seal/Stamp:              10.    Signature:



   *Jesse White*

   JESSE WHITE
   SECRETARY OF STATE
   STATE OF ILLINOIS

# CERTIFICATION OF BIRTH RECORD

### IDPH DIVISION OF VITAL RECORDS

### SPRINGFIELD, ILLINOIS

### CERTIFICATE OF LIVE BIRTH

**STATE FILE NUMBER**

**DATE ISSUED**   7/13/2024

~~112-1963 6311611~~

| CHILD'S NAME | | | DATE OF BIRTH |
|---|---|---|---|
| TIMOTHY JOSEPH SMITHE | | | ~~AUGUST 13, 1963~~ |

| SEX | CITY OR TOWN | COUNTY OF BIRTH | TIME OF BIRTH |
|---|---|---|---|
| MALE | CHICAGO | COOK | 03:38 PM |

**FACILITY NAME (If not institution, give street and number)**

RESURRECTION HOSPITAL

**MOTHER/PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:**

FLORENCE IRENE FLYNN

| DATE OF BIRTH OR AGE AT TIME OF BIRTH | BIRTHPLACE |
|---|---|
| 25 | ILLINOIS, UNITED STATES |

| RESIDENCE OF MOTHER/PARENT'S - STATE | COUNTY | CITY OR TOWN |
|---|---|---|
| ILLINOIS | COOK | DES PLAINES |

| STREET AND NUMBER | APT. NO. | ZIP CODE |
|---|---|---|
| ~~1013 HORNE TERRACE~~ | | |

**FATHER/PARENT'S CURRENT LEGAL NAME:**

WALTER E SMITHE JR

| DATE OF BIRTH OR AGE AT TIME OF BIRTH | BIRTHPLACE |
|---|---|
| 27 | ILLINOIS, UNITED STATES |

**DATE FILED BY REGISTRAR**

~~AUGUST 21, 1963~~

ILLINOIS DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS-SPRINGFIELD, ILLINOIS

1615885

This is to certify that this is a true and correct copy from the official birth record filed with the Illinois Department of Public Health.

*Sameer Vohra*

Sameer Vohra, MD, JD, MA
State Registrar



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





# THE UNITED STATES OF AMERICA



No. **27683778**

## CERTIFICATE OF NATURALIZATION

*Personal description of holder as of date of issuance of this Certificate:*

*Date of birth:* ~~————————~~

*Sex:* **FEMALE**

*Height:* 5 *feet* 07 *inches*

*Marital status:* **MARRIED**

*Country of former nationality:* **CROATIA**



*USCIS Registration No.* A071 706 783

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

——————————————————————————
*(Complete and true signature of holder)*

*Be it known that:* **MARY ASTOR SMITHE**

*residing at* **WICHITA, KANSAS**
*having applied to the Director, U.S. Citizenship and Immigration Services, for replacement of a Certificate of Naturalization and having proved to the satisfaction of the Director that (s)he* **COMPLIED WITH THE APPLICABLE PROVISIONS OF SUCH NATURALIZATION AND WAS ENTITLED TO BE ADMITTED TO CITIZENSHIP, SUCH PERSON HAVING TAKEN THE OATH OF ALLEGIANCE IN A CEREMONY CONDUCTED BY U.S. DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS AT CHICAGO, ILLINOIS ON SEPTEMBER 10, 2003**

*Now Therefore, in pursuance of the authority contained in Section 343 (a) of the Immigration and Nationality Act, this Certificate of Naturalization is issued this* **26TH** *day of* **MARCH** 2024 *and the seal of the Department of Homeland Security affixed pursuant to statute.*

*Ur M. Jaddo*
*U. S. Citizenship and Immigration Services*

ALTERATION OR MISUSE OF THIS DOCUMENT IS
A FEDERAL OFFENSE AND PUNISHABLE BY LAW

1918754

## DEPARTMENT OF HOMELAND SECURITY



163M2182



# Marriage License

GREETINGS TO ANY PERSON LEGALLY AUTHORIZED TO SOLEMNIZE MARRIAGE
MARRIAGE MAY BE CELEBRATED IN LAKE COUNTY, ILLINOIS BETWEEN

## Timothy Joseph Smithe

of Lincolnshire, in the County of Lake and State of Illinois
of the age of 46 years, and

## Mariam  Nuhbegovic

of Lincolnshire, in the County of Lake and State of Illinois
of the age of 35 years.

(Seal)

Witness Willard R. Helander, Lake County Clerk
Sealed in Waukegan, Lake County
this 14th day of May A.D. 2010

By _Barbara Dosier_
(sworn deputy)

This license must be used in Lake County only.
The first day this license may be used is: May 15 , 2010
The last day this license may be used is: July 13 , 2010

---

State of Illinois   } ss
County of Lake      }          , _RENEÉ  PAGE_
                                   (Name of person officiating - PRINT or TYPE)
_MINISTER- UNIVERSAL LIFE CHURCH_ do hereby attest this
                (Official Title - PRINT or TYPE)

## Certificate of Marriage

for Timothy Joseph Smithe  and Mariam  Nuhbegovic

united in Marriage by me at _____LINCOLNSHIRE_____ in the County of Lake
                              City / Village / Township (If Unincorporated)

and State of Illinois, on the _28_ day of _MAY_ , A.D. _2010_.

Signature of Officiant _____

It is the duty of the person officiating to complete and return the license to the Lake County Clerk's Office
within ten days after the marriage is solemnized under penalty of law.

---

I do hereby certify the above to be a true and accurate copy of records on file in the office of the
Lake County Clerk, Waukegan, Illinois.  Certification not valid unless the seal of Lake County,
Illinois is affixed.

ELECTRONICALLY FILED
03/07/2025 11:46:09 AM Central Standard Time
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2025-CV-000463

DISTRICT COURT OF _SEDGWICK_ COUNTY, KANSAS

IN THE MATTER OF THE PETITION OF

_TIMOTHY   JOSEPH   SMITHE_
Present Name

Case No. _SG-2025-CV-000463_

To Change Petitioner's Name to:

_TIMOTHY_
New Name

PURSUANT TO K.S.A. CHAPTER 60

## ORDER CHANGING NAME
Pursuant to K.S.A. 60-1402

NOW, on this _7th_ day of _March_ , 20 _25_ , the above-captioned matter

comes before the Court upon the Petition of _TIMOTHY  JOSEPH   SMITHE_ , for change

of name. Petitioner appears in person. There are no other appearances.

The Court, after review of the record of the proceedings herein, determines the matter may

proceed to hearing.

The Court, upon hearing the testimony, upon examining the evidence presented, and upon

review of the record of the proceedings herein, finds as follows:

1. The Court has jurisdiction over the parties and the subject matter in this case.

2. Venue is appropriate in _SEDGWICK_ County, Kansas.

3. Service has been properly obtained on, or notice has been given to, all interested parties,

or service and notice have been waived because there are no interested parties other than petitioner.

4.  The allegations contained in Petitioner's Petition are true.

5.  Petitioner, _TIMOTHY JOSEPH SMITHE_ , is now and has been a resident of Kansas, for a period of more than sixty (60) days immediately preceding the filing of the Petition.

6.  Petitioner's **YEAR** of birth is ~~1968~~ and Petitioner's place of birth is _COOK_ County in the State of _ILLINOIS_ .

7.  Petitioner's birth certificate shows Petitioner's name as _TIMOTHY    JOSEPH    SMITHE_

8.  Petitioner's present name is: _TIMOTHY    JOSEPH    SMITHE_ .

9.  Petitioner seeks to change Petitioner's name to _TIMOTHY_

10.  The Petition for Change of Name is not made for the purpose of avoiding any debts, obligations or legal process nor is it made for the purpose of misleading or defrauding any person. The requested name change will not result in prejudice to any person.

11.  Objections, if any, have been overruled by the Court and the Court finds Petitioner is entitled to have Petitioner's name changed from _TIMOTHY    JOSEPH    SMITHE_ to _TIMOTHY_ .

**IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED, AND DECREED** that the above and foregoing findings are made as orders of this Court, that Petitioner's name be changed to _TIMOTHY_ , and that the costs of this proceeding are assessed against Petitioner.

**IT IS FURTHER ORDERED**. that the Office of Vital Statistics or other custodial agency for birth certificates amend and reissue Petitioner's birth certificate to reflect Petitioner's new name upon receipt of this Order and any documentation and fees required by the Office of Vital Statistics or other custodial agency for birth certificates.

**IT IS SO ORDERED**.

Judge of the District Court

SUBMITTED BY:

Petitioner, Pro Se
Name (Print): TIMOTHY JOSEPH SMITHIE
Address 1: ▓▓▓▓▓▓▓▓▓▓▓▓ ST.
Address 2: ▓▓▓▓▓▓▓▓▓▓▓
City, State, Zip: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Telephone Number: ▓▓▓▓▓▓▓▓▓▓
Fax Number (if any):
Email Address: TIM▓▓▓▓▓▓ 553 @ GMAIL.com



Certificate of Clerk of the District Court. The above is a true and correct copy of the original instrument which is on file or of record in this court.
Dated this ___7th___ day of ___March___, 20_25_
CLERK OF THE DISTRICT COURT
18th JUDICIAL DISTRICT
SEDGWICK COUNTY, KANSAS
By ▓▓▓▓▓▓▓▓▓

13:16



‹ **Back**



**Tim**                                    09:53
To: Tim ›

---

# Evidence of IRS
# stealing passport

plus application locator #



## Your Application Status

### Application Status: In Process

The U.S. Department of State has received your application for your passport book and card on 06/20/2023. We're now reviewing your application and supporting documents.

You received a will call receipt at the passport agency or center in which you applied. The receipt has the day and time you should return to the agency or center to pick up your passport.

Your application locator number is ▓▓▓▓▓▓▓

If you cannot pick up your passport due to an emergency, please contact the National Passport Information Center at 1-877-487-2778 (or TDD/TTY 1-888-874-7793) with your application locator number.

Subscribe to Email Updates

13:16

 Back

 **Christian Timot...** 10:00
To: Tim >

---

# attempt to hrt *get* passport back

to the U.S. Department of State. To
retrieve your documents, please
contact the National Passport
Information Center (NPIC) by
calling 1-877-487-2778, and inform
them you would like your
documents back. For more
information visit,
www.travel.state.gov.

Respectfully,
Alejandro Rodela
Passport Program Manager
214-653-6519
Office of Felicia Pitre

-----Original Message-----
From: Tim Smithe
<timsmithe333@gmail.com>
Sent: Tuesday, September 26, 2022
8:30 AM

5 ATTEMPTS TO HAVE THE
IRS/DOJ RETURN MY STOLEN PASSPORT.

**8:34**

3 Messages

‹ Back        Looking for...    ∧    ∨

to the U.S. Department of State. To
retrieve your documents, please
contact the National Passport
Information Center (NPIC) by
calling 1-877-487-2778, and inform
them you would like your
documents back. For more
information visit,
www.travel.state.gov.

Respectfully,
Alejandro Rodela
Passport Program Manager
214-653-6519
Office of Felicia Pitre

-----Original Message-----
From: Tim Smithe



UNITED STATES
POSTAL SERVICE.

GODDARD
328 N MAIN ST
GODDARD, KS 67052-9998
(800)275-8777

11/16/2023                           02:31 PM

----------------------------------------------
Product              Qty    Unit      Price
                            Price
----------------------------------------------
PM Express 1-Day       1              $28.95
Legal Env
     Austin, TX 78301
     Flat Rate
     Signature Requested
     Scheduled Delivery Date
         Fri 11/17/2023 06:00 PM
     Money Back Guarantee
     Tracking #:
         EJ941415055US
     Insurance                        $0.00
         Up to $100.00 included
     Federal Agency                 -$28.95
         Federal Agency: 112000000000
         Name: Bur Indian Aff
Total                                 $0.00

PM Express 1-Day       1              $28.75
Flat Rate Env
     Ogden, UT 84201
     Flat Rate
     Signature Requested
     Scheduled Delivery Date
         Fri 11/17/2023 06:00 PM
     Money Back Guarantee
     Tracking #:
         EJ941415231US
     Insurance                        $0.00
         Up to $100.00 included
     Federal Agency                 -$28.75
         Federal Agency: 112000000000
         Name: Bur Indian Aff
Total                                 $0.00

PM Express 1-Day       1              $28.95
Legal Env
     Tulsa, OK 74103
     Flat Rate
     Signature Requested
     Scheduled Delivery Date
         Fri 11/17/2023 06:00 PM
     Money Back Guarantee
     Tracking #:
         EJ941415188US
     Insurance                        $0.00
         Up to $100.00 included
     Federal Agency                 -$28.95
         Federal Agency: 112000000000
         Name: Bur Indian Aff
Total                                 $0.00

PM Express 1-Day       1              $28.95
Legal Env
     Washington, DC 20220
     Flat Rate
     Signature Requested
     Scheduled Delivery Date
         Fri 11/17/2023 06:00 PM
     Money Back Guarantee
     Tracking #:
         EJ941415214US
     Insurance                        $0.00
         Up to $100.00 included
     Federal Agency                 -$28.95
         Federal Agency: 112000000000
         Name: Bur Indian Aff
Total                                 $0.00

*PROOF OF CITY BUS DRIVER JOB*

## Copy B - To Be Filed With Employee's FEDERAL Tax Return.

41-0852411
OMB No. 1545-0008

| a Employee's soc. sec. no. | 1 Wages, tips, other comp. 5542.66 | 2 Federal income tax withheld 85.39 |
|---|---|---|
| | 3 Social security wages 5542.66 | 4 Social security tax withheld 343.65 |
| b Employer ID number (EIN) | 5 Medicare wages and tips 5542.66 | 6 Medicare tax withheld 80.37 |

c Employer's name, address, and ZIP code

CITY OF WICHITA
455 N MAIN
WICHITA, KS 67202

d Control number

e Employee's name, address, and ZIP code                                    Suff.

TIMOTHY J SMITHE

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code See inst. for box 12 C 4.25 |
| 13 Statutory employee | 14 Other | 12b Code DD 5473.98 |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| KS | 036486000653F01 | 5542.66 | 96.32 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement  **2022**  Dept. of the Treasury – IRS
This information is being furnished to the Internal Revenue Service  www.irs.gov/efile

---

## Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.

41-0852411
OMB No. 1545-0008

| a Employee's soc. sec. no. | 1 Wages, tips, other comp. 5542.66 | 2 Federal income tax withheld 85.39 |
|---|---|---|
| | 3 Social security wages 5542.66 | 4 Social security tax withheld 343.65 |
| b Employer ID number (EIN) | 5 Medicare wages and tips 5542.66 | 6 Medicare tax withheld 80.37 |

c Employer's name, address, and ZIP code

CITY OF WICHITA
455 N MAIN
WICHITA, KS 67202

d Control number

e Employee's name, address, and ZIP code                                    Suff.

TIMOTHY J SMITHE

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code See inst. for box 12 C 4.25 |
| 13 Statutory employee | 14 Other | 12b Code DD 5473.98 |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| KS | 036486000653F01 | 5542.66 | 96.32 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement  **2022**  Dept. of the Treasury – IRS

---

## Copy C - For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)

41-0852411
OMB No. 1545-0008

| a Employee's soc. sec. no. XXX-XX-0003 | 1 Wages, tips, other comp. 5542.66 | 2 Federal income tax withheld 85.39 |
|---|---|---|
| | 3 Social security wages 5542.66 | 4 Social security tax withheld 343.65 |
| b Employer ID number (EIN) 48-6000653 | 5 Medicare wages and tips 5542.66 | 6 Medicare tax withheld 80.37 |

c Employer's name, address, and ZIP code

CITY OF WICHITA
455 N MAIN
WICHITA, KS 67202

d Control number

e Employee's name, address, and ZIP code                                    Suff.

TIMOTHY J SMITHE

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| | 0.00 | 0.00 | |
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code See inst. for box 12 C 4.25 |
| 13 Statutory employee | 14 Other | 12b Code DD 5473.98 |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| KS | 036486000653F01 | 5542.66 | 96.32 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement  **2022**  Dept. of the Treasury – IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.

41-0852411
OMB No. 1545-0008

| a Employee's soc. sec. no. XXX-XX-0003 | 1 Wages, tips, other comp. 5542.66 | 2 Federal income tax withheld 85.39 |
|---|---|---|
| | 3 Social security wages 5542.66 | 4 Social security tax withheld 343.65 |
| b Employer ID number (EIN) 48-6000653 | 5 Medicare wages and tips 5542.66 | 6 Medicare tax withheld 80.37 |

c Employer's name, address, and ZIP code

CITY OF WICHITA
455 N MAIN
WICHITA, KS 67202

d Control number

e Employee's name, address, and ZIP code                                    Suff.

TIMOTHY J SMITHE

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| | 0.00 | 0.00 | |
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code See inst. for box 12 C 4.25 |
| 13 Statutory employee | 14 Other | 12b Code DD 5473.98 |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| KS | 036486000653F01 | 5542.66 | 96.32 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement  **2022**  Dept. of the Treasury – IRS

FOOD STAMPS

Western County Service Center
PO BOX 5749
NORCO, CA 92860-8025

**COUNTY OF RIVERSIDE**

Date: 10/19/2021
Case Name: ~~Timothy Joseph Smithe~~
Case Number: 2485860
Worker Name: Anita Melendez
Worker ID: 33LS851T02
Worker Phone Number: (951) 272-5528
Customer ID:

## VERIFICATION OF BENEFITS

TIMOTHY JOSEPH SMITHE
39840 ALADDIN CIR
TEMECULA, CA 92591-5001

Dept. of Public Social Services
43264 Business Park Drive B-1
Temecula, CA 92590
Phone: (951) 600-6500

**Physical Address:**


**Home Phone Number:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Monthly Benefits** | | | | | | | | |
| Month/Year | CalWORKs | GA/GR | CalFresh | RCA | MC | CMSP | Family Size | |
| 01/21 | | | | | N | N | | |
| 02/21 | | | | | N | N | | |
| 03/21 | | | | | N | N | | |
| 04/21 | | | | | N | N | | |
| 05/21 | | | | | N | N | | |
| 06/21 | | | | | N | N | | |
| 07/21 | | | 85 | | N | N | 2 | |
| 08/21 | | | 221 | | N | N | 2 | |
| 09/21 | | | 221 | | N | N | 2 | |
| 10/21 | | | 256 | | N | N | 2 | |

| **Current Household Details** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | DOB | Aid Code | In the Home | CalFresh | CW | GA/GR | OHC | Medi-Cal | CMSP | MC/CMSP SOC |
| Mary Astor Smithe | 01/24/1975 | 09 | Y | Y | N | N | N | N | N | |
| Timothy Joseph Smithe | 08/16/1963 | 09 | Y | Y | N | N | N | N | N | |

7:19    .ill LTE 90



**898211** >

You have reached our text line after hours. Texting is available M-F, 7am-7pm. If you need immediate assistance, please call 2-1-1 now. (Text STOP to opt-out)

Salvation Army tries to help but they are out of funds until September. The only other group we know of helping is Center of Hope at 267-0222. Thank you for contacting us.

Thank you

*NO CHARITY HELP AVAILABLE, UTILITIES TURNED OFF*

Subject

HARDSHIP



EVIDENCE OF FOOD STAMP PROGRAM



**LAW DEPARTMENT**

**Evergy**
PO Box 418679
Kansas City, Mo 64141

March 5, 2024


215 S Clarence
[redacted], KS 67213

Re: Account 5407974828

Dear Customer:

Evergy is in receipt of your recent correspondence and your certified funds you remitted as payment. Your payments must be made in the form of cash only. Please contact customer service at 1-888-471-5275 to discuss available locations to remit payments.  Your service is subject to termination in accordance with our tariff if the bill is not paid.

Regards,

Legal Department

Restricted – Confidential

13:16

**< Back**  ∧  ∨

 **Tim**     09:43
To: Tim >

# Evergy threat off disconnection. Which they did do.



# Kansas Gas Disconnection notice (ONE gas) HARDSHIP

**Your service has been disconnected for non payment. Please pay the balance of $1309.9.**

Having difficulty paying your bill? +

## 203 S CLARENCE ST

**ACCOUNT OWNER:**


**ACCOUNT # :**
512837062 1282519 27

**ADDRESS:**

203 S CLARENCE ST
WICHITA, KS 67213

**STATUS:**
Inactive


$1,309.90

Privacy - Terms

---

**DISCONNECT NOTICE**

Customer Service: 800-794-4780
Gas Leaks: 888-482-4950
Hearing Impaired: 711
KansasGasService.com

Kansas Gas Service
PO Box 219046
Kansas City MO 64121-9046

WICHITA, KS  67213 7711

## YOUR GAS SERVICE

**Payment of $1197.24 must be received or avoid disconnection of service.**

*En español:*
*El pago de $1197.24 debe ser recibido o lo desconexión del servicio.*

Accounts with late payments, returned checks, or disconnec service is disconnected, Kansas Gas Service may require fu service charges before reconnection. A 12-month payment a be received prior to the cut-off date to prevent service interru

En español:
*Las cuentas con pagos atrasados, cheques devueltos o des reconectar el servicio. Si el servicio está desconectado, Kan del depósito de seguridad y cargos relacionados al servicio a meses para la reconexión. Tenga en cuenta que los pagos a interrupción del servicio.*

**Payment by check:** Visit www.kansasgasservice.com
**By debit or credit card:** Visit www.kansasgasservice.
**In person:** Visit one of our authorized pay agents. See
**By mail:** Detach the stub below and include in the env

**This notice rem**

If you believe you have a legitimate dispute about your bill, c
dispute is not resolved, you may file a complaint with the Kan



# Kansas Gas Service®
A Division of ONE Gas
PO BOX 3535 • Topeka KS 66601-3535

ELECTRONIC SERVICE REQUESTED

799 1 AB 0.504 *0000826    S1 NYNNNY

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF              )
                                   )
TIMOTHY J. SMITHE,                 )
     *Petitioner,*              )
                                   )     Case No.  07 D2 30217
   and                           )
                                   )
██████████████████                )
     *Respondent.*             )

### AGREED ORDER

This Cause coming on to be heard by agreement of the parties, both parties having the benefit and advice of counsel, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.    TIMOTHY shall pay ████Y the sum of ██████ per month as and for child support for Jack. Said support is based upon Jack's reasonable needs, and not on the guidelines set forth in 750 ILCS 5/505. TIMOTHY shall pay his child support to ██████ on the 1st of each month. Child support shall terminate in accordance with Paragraph 6d of the parties' Judgment for Dissolution of Marriage.

2.    That as of October 31, 2012, TIMOTHY owes ██████ ████████ pursuant to Paragraph 11a of the Judgment for Dissolution of Marriage. TIMOTHY and ██████ agree to convert this money due to ██████ non-modifiable, non-reviewable, non-taxable, non-tax deductible, maintenance in gross. The parties agree, however, that TIMOTHY's payments may be reduced subject to the terms set forth herein. TIMOTHY shall make these maintenance payments to NANCY as follows:

    (A) He shall pay NANCY the sum of ██████ per month on the first of each month, until his maintenance in gross obligation is paid in full.

    (B) Within 90-days of NANCY removing TIMOTHY's name from the mortgage and Home Equity Line of Credit obligations associated with ████████████████████████ TIMOTHY

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE THE FORMER MARRIAGE OF    )
                                        )
TIMOTHY SMITHE,                  )
            *Petitioner,*      )
                                          )    Case No.  07 D2 30217
    and                          )
                                          )
████████████            )
            *Respondent.*    )

**AGREED ORDER**

    This cause coming to be heard on agreement and stipulation of the parties; the Petitioner,

TIMOTHY SMITHE, representing himself Pro Se; the Respondent, ███████████ being

represented by Mitchell B. Gordon of Bradford and Gordon, LLC; due notice having been given

and the Court being fully advised.

    IT IS HEREBY ORDERED:

1. Commencing September 1, 2016, TIMOTHY shall pay ██████ of TIMOTHY's

    gross income from his paychecks from his consulting contract every month, until said

    consulting contract terminates in January, 2026.  The parties' agree and acknowledge

    that TIMOTHY's gross monthly income from his consulting contract is $21,683.32.

    NANCY's 50% monthly share totals $10,841.00.  TIMOTHY shall pay ████████

    $10,841.00 on the 1ˢᵗ of every month.  A modified Uniform Order for Support and

    Notice of Withholding shall be entered reflecting the terms of this Paragraph and

    forwarded to TIMOTHY's employer by counsel for ███████

2. The parties agree and acknowledge that per the terms of the October 22, 2012 Agreed

    Order, TIMOTHY has an obligation to pay ██████ maintenance in gross totaling

    $1,037,949.00, payable at a rate of $9,938.30 per month, plus $6,000.00 per month for

**From: Christian Mary** ~~christianmary0803@gmail.com~~
**Subject: Date of end of Retirement Payments. August 5, 2025**
**Date: Apr 15, 2025 at 19:54:57**
**To: Christian Timothy** ~~christiantimothy63@gmail.com~~

---

On Jan 19, 2025, at 9:36 AM, Phil Zacharski
<philipz@smithe.com> wrote:

*[handwritten: ° CFO / CONTROLLER ° WALTER E SMITHE Furniture ° Former Employer]*

Hi Tim,

Here are the remaining pay dates for 2025:

| Wednesday | 2/5/2025 |
|-----------|----------|
| Thursday | 3/6/2025 |
| Friday | 4/4/2025 |
| Monday | 5/5/2025 |
| Thursday | 6/5/2025 |
| Monday | 7/7/2025 |
| Tuesday | 8/5/2025 |

*[handwritten: FINAL RETIREMENT PAYMENT INCOME STOPS. EMERGENCY RELIEF REQUESTED]*

Please note that starting September 2025, payments to you will cease due to the attached loan agreement. At that time, monthly loan payments due to WES increase to $9,902.32. This will result in a $2,000 shortfall each month for September 2025 through January 2026 due to the IRS levy, as the total consulting amount less current garnishments will not cover the loan payments due to WES. Absent any change in the IRS levy, you will need to remit $2,000 each month to WES starting in September 2025 and

3/24/25, 11:24 AM                                 Fwd: Print me: Wintrust loan paid off email - christianmary0803@gmail.com - Gmail

≡  M Gmail          🔍  Search mail                                                                      ⇄

## Fwd: Print me: Wintrust loan paid off email  Inbox ×

**T**  **Tim Smithe**                                                                    11:27 AM (0 minute
       to me

> **From:** Tim Smithe <█████████████████>
> **Date:** February 29, 2024 at 4:50:40 PM CST
> **To:** "Begley, Jack" <john.begley@wintrust.com>
> **Subject: Re: Tracking number**
>
>
> Thank you.
>
>> On Feb 29, 2024, at 4:12 PM, Begley, Jack <john.begley@wintrust.com> wrote:
>>
>>
>> Tim,
>>
>> The loan has been paid off but the check is still in process. When a FedEx tracking number becomes available, I will follow up.
>>
>> Thanks,

**From: Christian Mary** c~~hristianmary0803@gmail.com~~
**Subject: proof of Wintrust full payoff**
**Date:** Apr 15, 2025 at 11:13:44
**To:** **Christian Timothy** c~~hristiantimothy63@gmail.com~~,
 **Christian Mary** c~~hristianmary0803@gmail.com~~

PROOF )

WINTRUST LOAN PAYOFF WAS ACCEPTED BY THE BANK.
FUNDS CAME FROM TIMOTHY TRUST ACCOUNT LINKED TO
HIS SOCIAL SECURITY NUMBER, HELD BY THE BUREAU OF PUBLIC DEBT.

( T/M) **From:** Tim Smithe <timsmithe333@gmail.com>

**Date:** February 27, 2024 at 09:34:47 CST

**To:** "Begley, Jack" <john.begley@wintrust.com>
**Subject: Re: Statement of receipts**
Sure Jack.

Timothy Smithe
~~C/O 200 S Clarence Street~~
~~Wichita, Kansas 67213~~


On Feb 27, 2024, at 9:06 AM, Begley, Jack
<john.begley@wintrust.com> wrote:

Tim,
Unfortunately we cannot wire the excess funds because you
do not have an existing Wintrust account to wire out of. As
such, we have to cut a cashier's check for the difference.

With that, can you provide me your best address and we can
FedEx the check to you.
Thanks,
Jack

**Jack Begley**
Vice President | Wintrust Private Client
231 S. LaSalle Street 3rd Floor Chicago, Illinois 60604
Phone: 312.447.7371 | Fax: 855.481.3909

best.

Please wire the overage to :

Timothy Joseph Smithe Trust

Bank of America

Account: 518011576471

Wire: <u>026009593</u>

I will confirm with you when the funds arrive and would like to set up a new loan with Wintrust Private Bank- minus Larry.

Sincerely,

Tim

> On Feb 26, 2024, at 11:26 AM, Begley, Jack <<u>john.begley@wintrust.com</u>> wrote:
>
> Tim,
>
> Same to you. We did receive a payment to complete the payoff of your loan but the check was for $205,000 while there is only ~$157,000 due on the loan. As such a little over $48,000 of excess will be remaining after the loan is paid off. What would you like us to do with the excess payment amount?
>
> I've also attached the loan history since inception in 2017. The attached outlines every payment of principal and interest applied to the loan. The attached also illustrates the favorable interest rate applied to the loan given our relationship with Larry. Over the years, there were considerable interest savings as result.
>
> Thanks, Jack
>
> **Jack Begley**
>
> Vice President  |  Wintrust Private Client



Home > Property Taxes and Appraisals

# Property Tax Payment Receipt

Thank you for your property tax payment. You may now return to the Sedgwick County homepage.

**Transaction Date:** 12/24/2023 5:41 PM
**Transaction Number:** 20231224EJZD
**Transaction Type:** ACH
**Transaction Amount:** $1723.62
**Convenience Fee:** $0.05
**Total Charge:** $1723.67

## Tax Bill Payments

| PIN | Tax Year |
| --- | --- |
| 00200352 | 2023 |

PAYMENT FROM TRUST
ACCEPTED THEN REVERSED






7:44

Image 12-24-23 at 5.38 P...



WICHITA
PROPERTY
TAX

PROPERTY DETAILS   APPRAISALS/ASSESSMENTS   SPECIAL ASSESSMENTS   BILLINGS/AUTHORITIES   TRANSACTIONS

PIN: 00200352

● Many properties consist of more than one real estate tax record. To assist you in researching other records that may be associated with the property, please view the Sedgwick County Map Portal.

## Tax Billings

| Tax Year | Tax Rate | General Tax | Specials Tax | Interest | Fees | Total | Paid | 1st Half Due | 2nd Half Due | Total Due | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 115.185000 | $1,709.90 | $8.38 | $6.44 | $0.00 | $1,723.62 | $0.00 | $865.03 | $858.59 | $1,723.62 | 0.00 |
| 2022 | 115.114000 | $816.37 | $8.38 | $6.19 | $0.00 | $830.94 | $830.94 | $0.00 | $0.00 | $0.00 | |
| 2021 | 116.142000 | $942.02 | $7.90 | $0.00 | $0.00 | $949.92 | $949.92 | $0.00 | $0.00 | $0.00 | |
| 2020 | 116.599000 | $901.48 | $7.80 | $0.00 | $0.00 | $909.28 | $909.28 | $0.00 | $0.00 | $0.00 | |
| 2019 | 116.788000 | $1,454.26 | $7.80 | $13.40 | $0.00 | $1,475.46 | $1,475.46 | $0.00 | $0.00 | $0.00 | |
| 2018 | 117.213000 | $1,404.39 | $5.88 | $30.79 | $0.00 | $1,441.06 | $1,441.06 | $0.00 | $0.00 | $0.00 | |
| 2017 | 117.293000 | $1,405.38 | $5.88 | $0.00 | $0.00 | $1,411.26 | $1,411.26 | $0.00 | $0.00 | $0.00 | |
| 2016 | 117.201000 | $1,362.53 | $4.88 | $0.00 | $0.00 | $1,367.41 | $1,367.41 | $0.00 | $0.00 | $0.00 | |
| 2015 | 119.847000 | $1,394.34 | $4.88 | $6.68 | $0.00 | $1,405.90 | $1,405.90 | $0.00 | $0.00 | $0.00 | |
| 2014 | 117.365011 | $1,241.62 | $6.48 | $26.82 | $16.00 | $1,290.92 | $1,290.92 | $0.00 | $0.00 | $0.00 | |
| 2013 | 120.500691 | $1,277.11 | $6.48 | $0.00 | $0.00 | $1,283.59 | $1,283.59 | $0.00 | $0.00 | $0.00 | |
| 2012 | 120.600427 | $1,361.81 | $5.70 | $0.00 | $0.00 | $1,367.51 | $1,367.51 | $0.00 | $0.00 | $0.00 | |
| 2011 | 120.304845 | $1,401.75 | $5.70 | $0.00 | $0.00 | $1,407.45 | $1,407.45 | $0.00 | $0.00 | $0.00 | |
| 2010 | 120.059000 | $1,450.65 | $5.70 | $0.00 | $0.00 | $1,456.35 | $1,456.35 | $0.00 | $0.00 | $0.00 | |
| 2009 | 120.360000 | $1,454.41 | $4.04 | $0.00 | $0.00 | $1,458.45 | $1,458.45 | $0.00 | $0.00 | $0.00 | |
| 2008 | 117.243000 | $1,346.83 | $4.04 | $0.00 | $0.00 | $1,350.87 | $1,350.87 | $0.00 | $0.00 | $0.00 | |
| 2007 | 118.050000 | $1,315.71 | $3.65 | $0.00 | $0.00 | $1,319.36 | $1,319.36 | $0.00 | $0.00 | $0.00 | |
| 2006 | 116.064000 | $1,195.30 | $3.65 | $0.00 | $0.00 | $1,198.95 | $1,198.95 | $0.00 | $0.00 | $0.00 | |
| 2005 | 113.456000 | $1,098.32 | $3.57 | $0.00 | $0.00 | $1,101.89 | $1,101.89 | $0.00 | $0.00 | $0.00 | |
| 2002 | 113.960000 | $729.84 | $4.99 | $4.89 | $0.00 | $739.72 | $739.72 | $0.00 | $0.00 | $0.00 | |





# SEDGWICK COUNTY TREASURER

### Brandi Baily
#### County Treasurer

*Address:*     100 N Broadway, Ste. 100 Wichita, KS  67202
*Mailing Address:* PO Box 2963, Wichita, KS 67201-2863
*Information Line:* 316-660-9000     *Fax:* 316-660-9158

March 5, 2024

Smithe,Timothy Joseph

23-200352



CERTIFIED MAIL

7022 3330 0000 6211 8217

Mr.Smithe:

This letter is official notice that your **1071** dated **12/19/2023** in the amount of **$1,717.18** for payment of the above-mentioned tax numbers was returned unpaid list because of **UNCERTIFIED FUNDS**

BE ADVISED THAT WITHIN FOURTEEN DAYS OF THE DATE OF THIS LETTER, YOU MUST PAY THE AMOUNT OF THE DEFICIT either by **cash, money order or certified check** to the office of the County Treasurer. In addition to the original amount owed, you may also have accrued additional interest and penalties on your original tax amount due. You are also assessed a **$30.00** returned check fee. The total amount due is **$1,747.18.**  You may pay in person at 100 N Broadway Suite 100 or mail your payment to the above address.

If we do not receive payment prior to the fourteen-day deadline, your property taxes will be put back on the tax roll and fees and interest will continue to accumulate.  You will still owe the returned check charges, regardless of when the taxes are paid.

Sincerely,


Susy De La Torre
Accountant

≡  M  Gmail          🔍  Search mail                                                    ⇄



# Everything went through.

Your payment was successfully processed and will post to your account within three business
days. For any service or billing issues, please call your local Waste Management office at the
number provided on your invoice.

## Details

ⓐ **Customer Information**

**Customer ID:**
27-04597-53003

$ **Payment Information**

**Payment Amount:**              **Payment Date:**
$2145.33 USD                     12/24/2023

**From:** Tim Smithe ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** wm receipt
**Date:** Apr 16, 2025 at 09:31:39
**To:** Tim ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Details**

**⊗ Customer Information**

Customer ID:
27-04597-53003

**$ Payment Information**

Payment Amount:
$2146.33 USD

Invoice Number:
N/A

Payment Date:
12/24/2023

Confirmation Number:
60086162388

WASTE MANAGENT ACCEPTED

PAYMENT VIA TRUST.



**8:01**

Screenshot 2024-01-22...

Make a Payment                         ∧

# Payment Confirmation



PROOF OF SS TRUST PAYMENT @ EVERGY ELECTRIC

✓  Thank you! Your payment
confirmation number is
**17125155515541**.

EVERGY

| | |
|---|---|
| **Account** | 5407974828 - ▮▮▮▮▮ CLARENCE ST |
| **Bank Account** | bureau BUREAU OF THE PUBLIC DEBT *****0003  ◁  TIM'S SOCIAL SECURITY |
| **Date** | 01/22/24 |
| **Amount** | $1,626.79 |
| **Remaining Balance** | $0.00 |

# Payment

**Account:** 5407974828

<u>Switch Account</u>

~~203 S CLARENCE ST~~

*ENERGY*

Service **11/8/23 - 12/11/23**

Account **5407974828**

## Average Payment Plan

## Amount Due

# $0.00



*Last payment of $2,007.65*

*received on 12/24/23*

## Credit Balance ($690.86)

*Next bill available on 1/15/24*

**From: Tim Smithe** timsmithe333@gmail.com
**Subject: kansas gas proof of payment**
**Date: Apr 16, 2025 at 09:41:36**
**To: Tim** ████████████████





≡  M Gmail          🔍  Search mail                                        ⚙

Compose

Inbox          110          Fwd: Cox Payment Successful   Inbox ×
Starred
Snoozed                   **Tim Smithe**                                              9:53 AM (1 hou
Sent                      to me, Tim
Drafts
More                              Begin forwarded message:

Labels                            **From:** Tim Smithe ████████████████
                                  **Subject: Fwd: Payment Successful**
                                  **Date:** December 26, 2023 at 4:13:27 PM CST
                                  **To:** May Smithe ████████████████, Creative Mary Hot <████████████████>


                                  Begin forwarded message:

                                       **From:** Cox <no-reply@mc.cox.com>
                                       **Date:** December 26, 2023 at 3:18:47 PM CST
                                       **To:** ████████████████
                                       **Subject: Payment Successful**
                                       **Reply-To:** Cox <no-reply@mc.cox.com>

7:45  ..ll 🛜 📶

IMG_3525.jpeg ⌄

COX PROOF OF PAYMENT WITH SOCIAL SECURITY TRUST

# COX

••• ▬ ✕

👤 Jose C.                    End chat

TIM'S
ACCOUNT
#

0003 is the checking account last 4

Jose C.

Thank you very much, your payment is taken successfully, this is your proof number E7KACJ Now that we have addressed your payment requirement, is there anything else I can help you with?

Very good. Bye.

From: **Tim Smithe** timsmithe333@gmail.com
Subject: **Amazon accepted payment from my Social Security trust** (0003)
**and began processing the order**, *days later cancelled.*
Date: **Apr 16, 2025 at 09:48:44**
To: **Tim t̶i̶m̶s̶m̶i̶t̶h̶e̶3̶3̶3̶@̶g̶m̶a̶i̶l̶.̶c̶o̶m̶**



If I ATTEMPTED AN AMAZON PURCHASE
WITH A POKÉMON CARD, THE ORDER WOULD
NEVER HAVE BEEN PLACED. (SEE NEXT PAGE).

AMAZON DID, HOWEVER, ACCEPT PAYMENT
FROM MY SOCIAL SECURITY - LINKED TRUST.

**From:** Tim Smithe timsmithe333@gmail.com
**Subject:** **amazon accepted funds payment.**
**Date:** **Apr 16, 2025 at 09:47:35**
**To:** **Tim** timsmith333@gmail.com





**American**
CREDIT ACCEPTANCE

961 E Main Street
First Floor
Spartanburg, SC 29302

*[handwritten: WAS THE FORD STOLEN @ MIDNIGHT, by bank.]*

October 20, 2023

**Re:** Account# 47200177104031001
**Original Account Number:** 77104031001

2015 FORD FUSION ENERG; VIN: 3FA6P0SU2FR235228

*[handwritten: NEVER RETURNED.]*

Dear TIMOTHY SMITHE,

Congratulations! Your account that was originated by CARMAX 6077-SRO, assigned to American Credit Acceptance, LLC ("ACA") is now paid in full and/or settled in full. Enclosed you will find your associated documents.

Your contract may have included Credit Life, Accident, Health and/or GAP insurance. If so, you will need to contact the above dealership, CARMAX 6077-SRO regarding cancellation of that insurance.

We at ACA are happy to have been of service to you. Please contact the below number if you have any questions regarding this letter.

**Note:** Auto Finance is a division of ACA.

Yours truly,

Titles Department
American Credit Acceptance, LLC
(877) 811-1620

*[handwritten: After midnight repossession.]*

Recording Requested by & Return To:
US Recordings, Inc.
c/o Intellihub Solutions and Services
11751 Interchange Drive, Suite B
Louisville, KY 40229

4351-7854

**THIS INSTRUMENT PREPARED BY:**
OLAYINKA O. ADENIPEBI
Citibank
P.O. Box 790017, MS 221
St. Louis, MO 63179
(800) 925-2484

Send Tax Statements to:




Doc#:   0803704021 Fee: $36.50
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 02/06/2008 08:29 AM Pg:  1 of 7

# HOME EQUITY LINE OF CREDIT MORTGAGE

### ACCOUNT NO.: 107113014468000

In this Mortgage dated **01/10/2008**, "You," "Your" and "Yours" means **TIMOTHY J. SMITHE AND** ▓▓▓▓▓▓▓▓▓▓▓ **IN** ▓▓
"We," "Us" and "Our" means Citibank, N.A., a national banking association, whose home address is 3900 Paradise Road, Suite 127,
Las Vegas, Nevada 89109. The "Borrower" means the individual(s) who has(ve) signed the Home Equity Line of Credit Agreement
and Disclosure (the "Agreement") of even date herewith and in connection with this Mortgage.

The "Property" means the real estate, including the leasehold (if any), located at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**COOK** County.

THIS MORTGAGE between You and Us is made as of the date next to Your first signature below and has a final maturity
date 30 years and 2 months from such date.

The Agreement provides that the credit secured by the Property is an open-end revolving line of credit at a variable rate of interest.
The maximum amount of all loan advances made to the Borrower under the Agreement and which may be secured by this Mortgage
may not exceed **$450,000.00** (the "Credit Limit"). At any particular time, the outstanding obligation of Borrower to Us under the
Agreement may be any sum equal to or less than the Credit Limit plus interest and other charges owing under the Agreement and
amounts owing under this Mortgage. Obligations under the Agreement, Mortgage and any riders thereto shall not be released even if
all indebtedness under the Agreement is paid, unless and until We cause a mortgage release to be executed and such release is
properly recorded.

TO SECURE to Us:  (a) the payment and performance of all indebtedness and obligations of the Borrower under the
Agreement or any modification or replacement of the Agreement; (b) the payment of all other sums advanced in accordance herewith
to protect the security of this Mortgage, with finance charges thereon at the variable rate described in the Agreement; and (c) the
payment of any future advances made by Us to Borrower (pursuant to Paragraph 16 of this Mortgage (herein "Future Loan
Advances")) and, in consideration of the indebtedness herein recited, You hereby mortgage, grant and convey to Us the Property.

TOGETHER WITH all the improvements now or hereafter erected on the Property, and all easements, rights, appurtenances,
rents (subject however to the rights and authorities given herein to You to collect and apply such rents), royalties, mineral, oil and gas
rights and profits, water, water rights and water stock, and all fixtures now or hereafter attached to the Property (which, if this
Mortgage is on a unit in a condominium project or planned unit development, shall include the common elements in such project or
development associated with such unit), all of which, including replacements and additions thereto, shall be deemed to be and remain
a part of the Property.

## THIRD LOAN MODIFICATION AGREEMENT

THIS THIRD LOAN MODIFICATION AGREEMENT dated July 24, 2015, (this "Agreement"), is entered into by and between TIMOTHY J. SMITHE and ▮▮▮▮▮▮▮▮▮▮▮▮ (individually or together, jointly and severally, the "Borrower"), and TRISTATE CAPITAL BANK (the "Lender"), a Pennsylvania chartered bank.

### Recitals

A.    Borrower executed and delivered to the Lender a Promissory Note dated November 10, 2011 (as it has been and may be amended, modified or restated from time to time, the "Note"; capitalized terms used but not defined in this Agreement shall have the meaning set forth in the Note.), to evidence a $600,000.00 unsecured non-revolving line of credit (the "Loan") to be provided from time to time by the Lender to the Borrower, subject to the terms and conditions set forth in the Note.

B.    Borrower has requested Lender to extend the Maturity of the Loan from August 2, 2015, to July 31, 2016.

C.    Lender has agreed to Borrower's request to extend the Maturity of the Loan from August 2, 2015, to July 31, 2016, subject to the terms and conditions contained herein.

### Agreement

NOW, THEREFORE, in consideration of the premises and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Borrower and Lender, intending to be legally bound, hereby agree as follows:

1.    The Recitals for this Agreement are fully incorporated herein by the reference thereto with the same force and effect as though recited herein.

2.    The following shall be conditions precedent to Lender's obligations hereunder:

(a)    Borrower shall have duly executed and delivered this Agreement to Lender;

(b)    Borrower shall have furnished such other documents and instruments as Lender may reasonably request; and

(c)    No default that will not be cured prior to or concurrently with the execution and delivery of this Agreement shall exist under the Note.

3.    Amendments to Note.

(a)    All references in the Note to the terms "Loan", or "Note" shall now also include this Agreement.

(b)    Subject to the terms and conditions and relying upon the representations and warranties set forth in this Agreement and the Note, the Lender has agreed to extend the Maturity of the Loan from August 2, 2015, to July 31, 2016. Accordingly, the Note is amended by deleting the Maturity

This Instrument Prepared By:

I CERTIFY THIS TO BE A TRUE
& EXACT COPY OF THE ORIGINAL.
BY:
Republic Title Co.

After Recording Return To:
PROFESSIONAL MORTGAGE PARTNERS, INC
2626 WARRENVILLE ROAD, SUITE 200
DOWNERS GROVE, ILLINOIS 60515
Loan Number: 6800156365

INTO        US BANK

#383

RKC 70204

[Space Above This Line For Recording Data]

# MORTGAGE

**MIN:** 1001132-6800156365-4

THIS MORTGAGE is made this 29th day of MAY 2008                    between the
Mortgagor, TIMOTHY J. SMITHE, A MARRIED MAN (MARRIED TO NANCY SMITHE)

(herein "Borrower"),
and the Mortgagee, Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for Lender, as
hereinafter defined, and Lender's successors and assigns). MERS is organized and existing under the laws of
Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
PROFESSIONAL MORTGAGE PARTNERS, INC., AN ILLINOIS CORPORATION
is organized and existing under the laws of        ILLINOIS                    and has an address of
2626 WARRENVILLE ROAD, SUITE 200, DOWNERS GROVE, ILLINOIS 60515

(herein "Lender").

WHEREAS, Borrower is indebted to Lender in the principal sum of U.S. $ 69,750.00            , which
indebtedness is evidenced by Borrower's note dated MAY 29, 2008                    and extensions and
renewals thereof (herein "Note"), providing for monthly installments of principal and interest, with the balance of
indebtedness, if not sooner paid, due and payable on JUNE 1, 2023
TO SECURE to Lender the repayment of the indebtedness evidenced by the Note, with interest thereon;
the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of
this Mortgage; and the performance of the covenants and agreements of Borrower herein contained, Borrower
does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and
assigns) and to the successors and assigns of MERS the following described property located in the County of
LAKE                              , State of Illinois:
LOT    IN BLOCK    IN LINCOLNSHIRE UNIT NUMBER    BEING A
SUBDIVISION IN SECTIONS 14 AND 23, TOWNSHIP 43 NORTH, RANGE
EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT
THEREOF, RECORDED JUNE 6, 1958 AS DOCUMENT 992285, BOOK 34 OF
PLATS, PAGE 70, IN LAKE COUNTY, ILLINOIS.
A.P.N.: 15-23-101-001

THIS SECURITY INSTRUMENT IS SUBORDINATE TO AN EXISTING FIRST
LIEN(S) OF RECORD.

IP·
12

P. O. Box 10768
Merrillville, IN 46411

*2016R-05951 1*

2016R-05951
LAPORTE COUNTY RECORDER
BARBARA A. DEAN
05/23/2016        11:55:27AM
RECORDING FEE    $12.00
PAGES:        1

For presentation to the United States
Treasury, for redemption or in
exchange for securities of a new issue,
in accordance with written instructions
submitted by _____.

## SATISFACTION OF MORTGAGE

This Certifies that a certain Mortgage executed by **Timothy J. Smithe,** to Lake Mortgage

Company, Inc. on the 12th day of January 2015 calling for $276,000.00 and recorded as Mortgage

Document 2015R-00565 in LaPorte County, State of Indiana has been fully paid and satisfied, and

the same is hereby released.

WITNESS our hand(s) and Seal(s) this 16th Day of May 2016.

ATTEST:

BY: _____    LAKE MORTGAGE COMPANY, INC.

BY: _____

SUSAN M BRISTOW, SECRETARY        PETER S.BRIGGS II, VICE- PRESIDENT

State of Indiana, Lake County, ss: Before me, the undersigned, a Notary Public in and for

said County, this 16th day of May 2016, Personally appeared Susan M. Bristow and Peter S.

Briggs, II respectively Secretary and Assistant Vice President acknowledged the execution of

the annexed satisfaction of mortgage.

Witness my hand and official seal. _____ Donna S. Rust, Notary

Public. My Commission expires 1/18/16 County Residence, Lake. This instrument was prepared

by: Susan Stockman, Lake Mortgage, 4000 West Lincoln Hwy., P.O. BOX 10768, Merrillville,

IN 46411. "I affirm, under penalties for perjury, that I have taken reasonable care to redact each

social security number in this document, unless required by law". Susan Stockman.

LEGAL DESCRIPTION:

LOT NUMBERED ██ IN THE WOODLANDS, A PLANNED UNIT DEVELOPMENT, AN

ADDITION TO MICHIGAN CITY, AS PER PLAT THEREOF RECORDED AS

INSTRUMENT NUMBER █████-█████ IN THE OFFICE OF THE RECORDER OF

████████ ██████, ██████.

PTN#'S 46-01-25-101-027.000-022                ████████████



**agent**
ESCROW
A NON-INDEPENDENT BROKER ESCROW
3500 E. Pacific Coast Highway, Suite 120, Corona Del Mar, CA 92625
Tel: (949) 662-6766 • Fax: (949) 281-6958

**SELLER'S CLOSING STATEMENT**
**Final**

**File No.:** 50-00438-KO
**Officer/Escrow Officer:** Kim Ornellas

**Printed Date/Time:** 04/13/2022 – 3:22:07PM
Page    1  of 1
**Closing Date:** 04/12/2022
**Disbursement Date:** 04/13/2022

**Buyer/Borrower:** Ivan Lai
2452 Mountain Brook Drive, Hacienda Heights, CA 91745

**Seller:** Timothy Joseph Smithe and Mary Astor Smithe

**Property:** ███████████████████████████

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| **TOTAL CONSIDERATION** | | 1,115,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Property Tax @ 5,059.57 per 6 month(s) 4/12/2022 to 7/01/2022 | | 2,220.59 |
| Seller Credit | 1,370.00 | |
| **COMMISSION(S):** | | |
| Listing Broker: Residential Agent Inc. | 27,875.00 | |
| Selling Broker: IRN Realty | 27,875.00 | |
| **TITLE CHARGES** | | |
| Owner's Premium (optional) for 1,115,000.00: Western Resources Title | 2,666.00 | |
| County Transfer Tax: Title Company to be Determined | 1,226.50 | |
| Sub-Escrow Fee: Western Resources Title | 62.50 | |
| Messenger Fee: Western Resources Title | 39.10 | |
| Wire/Express: Western Resources Title | 45.00 | |
| Reconveyance Fee: Western Resources Title | 27.00 | |
| **ESCROW CHARGES TO: Agent Escrow** | | |
| Escrow Settlement Agent Fee | 2,480.00 | |
| Escrow Wire Fee | 30.00 | |
| Escrow Messenger Fee/Fedex | 50.00 | |
| Technology Fee/eStorage Fee | 55.00 | |
| 1099 Processing Fee | 15.00 | |
| Administration Fee | 150.00 | |
| **LOAN PAYOFF: Paul and Rhonda Schiewe** | | |
| Principal Balance 580,798.81 | | |
| Total Loan Payoff | 580,798.81 | |
| **TAXES:** | | |
| Property Tax to: Riverside County Tax Collector | 5,565.52 | |
| Property Taxes -Supplemental Taxes to: Riverside County Tax Collector #942160005 | 5,603.58 | |
| Supplemental Property Taxes to: Riverside County Tax Collector #942160005 | 2,861.95 | |
| Supplemental Taxes to: Riverside County Tax Collector #942160005 | 2,861.95 | |
| **ADDITIONAL DISBURSEMENTS:** | | |
| Natural Hazard Report Fee: MyNHD, Inc. | 94.95 | |
| Notary Fee: TCC Notary | 200.00 | |
| **SUBTOTALS** | 661,952.86 | 1,117,220.59 |
| | | |
| **DUE TO SELLER** | 455,267.73 | |
| **TOTALS** | 1,117,220.59 | 1,117,220.59 |

Kim Ornellas, Escrow Officer

THIS IS A SUMMARY OF THE FINAL CLOSING TRANSACTION PREPARED BY AGENT ESCROW. THIS IS NOT AN OFFICIAL GOVERNMENTAL DISCLOSURE.



Doc#. 2320940003 Fee: $107.00
Karen A. Yarbrough
Cook County Clerk
Date: 07/28/2023 09:16 AM Pg: 1 of 2

When Recorded Mail To:
CitiMortgage, Inc.
C/O Nationwide Title Clearing,
LLC 2100 Alt. 19 North
Palm Harbor, FL 34683

**Loan Number 2714323934**

## SATISFACTION OF MORTGAGE

The undersigned declares that it is the present lienholder of a Mortgage made by **TIMOTHY J. SMITHE AND NANCY D. BURGOIN J/T** to CITIBANK, N.A. bearing the date 01/10/2008 and recorded in the Office of the Recorder of COOK County, in the State of **ILLINOIS**, in **Document # 0803704021**.

The above described Mortgage is , with the note accompanying it, fully paid, satisfied, and discharged. The recorder of said County is authorized to enter this Satisfaction/Discharge of record, with respect to the property therein described as situated in the County of COOK, State of ILLINOIS as follows, to wit:

SEE ATTACHED EXHIBIT A

Parcel ID Number: 05-16-106-001-0000, 05-16-106-010-0000

Property commonly known as: 875 SHERIDAN ROAD, WINNETKA, IL 60093

Dated this **27th day of July in the year 2023**
**CITIBANK, NA**

By: *Sandra McMillin*
     **Sandra McMillin   ASSISTANT VICE PRESIDENT**

STATE OF MISSOURI   COUNTY OF ST. CHARLES
On this 27th day of July in the year 2023 before me, KALEM WILLIAMS, the undersigned notary, personally appeared Sandra McMillin, personally known to me to be the person whose name is signed on the preceding or attached document, and acknowledged to me that his/her/their signed it voluntarily for its stated purpose, as ASSISTANT VICE PRESIDENT for CITIBANK, NA, a corporation.

*Williams*

KALEM WILLIAMS
Notary Public - STATE OF MISSOURI
Commission expires: 10/25/2024

> KALEM WILLIAMS
> Electronic Notary Public
> Electronic Notary Seal
> State of Missouri
> St. Louis County
> My Commission Expires Oct. 25, 2024
> Commission # 2082444S

**Document Prepared By: Tyler Alcorn, CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63366 1-800-283-7918**
FOR THE PROTECTION OF THE OWNER THIS RELEASE SHOULD BE FILED WITH THE OFFICE OF THE RECORDER IN WHOSE OFFICE THE MORTGAGE OR DEED OF TRUST WAS FILED.
CMRPD 438639393 INTERNAL T272307-09:38:34 [C-3] ERCNIL1

*D0101742288*



Doc#:   0605343052 Fee: $70.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 02/22/2006 07:28 AM Pg: 1 of 24

After Recording Return To:

Windsor Mortgage      ( OCWEN )
100 Witmer Road
Horsham, PA 19044-0963
ATTN:   Records Management

—————————— [Space Above This Line For Recording Data] ——————————

Loan No. 590831301
MIN 1000375-0590831301-1

# MORTGAGE

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21.  Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A)      "Security Instrument" means this document, which is dated January 11, 2006    , together with all Riders to this document.

(B)      "Borrower" is
Timothy J. Smithe and Nancy D. ████ As Joint Tenants
Smithe

Borrower is the mortgagor under this Security Instrument.

(C)      "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

ILLINOIS – Single Family – Fannie Mae/Freddie Mac
UNIFORM INSTRUMENT  Form 3014  1/01
(Page 1 of 18)  331871598      Initials: TS- ████ 929
GMACM - CMS.0012.IL (0001)



# PROMISSORY NOTE

**Borrower:** 

**Lender:** Wintrust Bank, N.A.
231 S. LaSalle
Chicago, IL 60604

---

**Principal Amount: $199,577.36**                                        **Date of Note: June 29, 2023**

**PROMISE TO PAY.** ▮▮▮▮▮▮▮ and Timothy J. Smithe ("Borrower") jointly and severally promise to pay to Wintrust Bank, N.A. ("Lender"), or order, in lawful money of the United States of America, the principal amount of One Hundred Ninety-nine Thousand Five Hundred Seventy-seven & 36/100 Dollars ($199,577.36), together with interest on the unpaid principal balance from May 1, 2023, until paid in full.

**PAYMENT.** Borrower will pay this loan in accordance with the following payment schedule, which calculates interest on the unpaid principal balances as described in the "INTEREST CALCULATION METHOD" paragraph using the interest rates described in this paragraph: 38 monthly consecutive principal and interest payments of $5,698.00 each, beginning June 22, 2023, with interest calculated on the unpaid principal balances using an interest rate of 6.250%; and one principal and interest payment of $5,677.42 on August 1, 2026, with interest calculated on the unpaid principal balances using an interest rate of 6.250%. This estimated final payment is based on the assumption that all payments will be made exactly as scheduled; the actual final payment will be for all principal and accrued interest not yet paid, together with any other unpaid amounts under this Note. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any escrow or reserve account payments as required under any mortgage, deed of trust, or other security instrument or security agreement securing this Note; then to any late charges; and then to any unpaid collection costs. Borrower will pay Lender at Lender's address shown above or at such other place as Lender may designate in writing.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/360 basis; that is, by applying the ratio of the interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**PREPAYMENT.** Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. **All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Wintrust Bank, N.A., 7800 Lincoln Avenue Skokie, IL 60077.**

**LATE CHARGE.** If a payment is 10 days or more late, Borrower will be charged **5.000% of the unpaid portion of the regularly scheduled payment.**

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the interest rate on this Note shall be increased by adding an additional 6.000 percentage point margin ("Default Rate Margin"). The Default Rate Margin shall also apply to each succeeding interest rate change that would have applied had there been no default. After maturity, or after this Note would have matured had there been no default, the Default Rate Margin will continue to apply to the final interest rate described in this Note. However, in no event will the interest rate exceed the maximum interest rate limitations under applicable law.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**Default in Favor of Third Parties.** Borrower or any Grantor defaults under any loan, extension of credit, security agreement, purchase or sales agreement, or any other agreement, in favor of any other creditor or person that may materially affect any of Borrower's property or Borrower's ability to repay this Note or perform Borrower's obligations under this Note or any of the related documents.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf under this Note or the related documents is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The death of Borrower or the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any guarantor, endorser, surety, or accommodation party of any of the indebtedness or any guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

# CHANGE IN TERMS AGREEMENT

| | |
|---|---|
| **Borrower:** ~~Brandon J. Wolf~~<br>Timothy J. Smithe<br>~~133 Main Street~~<br>~~Anywhere, IL  60594~~ | **Lender:** Wintrust Bank, N.A.<br>231 S. LaSalle<br>Chicago, IL  60604 |

**Principal Amount: $400,000.00**                    **Date of Agreement: May 1, 2021**

**DESCRIPTION OF EXISTING INDEBTEDNESS.** A Promissory Note originally dated February 22, 2017, as renewed, modified or extended from time to time between Borrower and Lender, in an original principal amount of $900,000.00.

**DESCRIPTION OF CHANGE IN TERMS.**

(1) The maturity date is hereby extended to May 1, 2023

(2) The maximum principal amount of the Note is hereby reduced to $400,000.00

(3) The paragraph titled **VARIABLE INTEREST RATE** is hereby restated below in its entirety

**PAYMENT.** Borrower will pay this loan in one payment of all outstanding principal plus all accrued unpaid interest on May 1, 2023. In addition, Borrower will pay regular monthly payments of all accrued unpaid interest due as of each payment date, beginning May 22, 2021, with all subsequent interest payments to be due on the same day of each month after that.

**VARIABLE INTEREST RATE.** The interest rate on this loan is subject to change from time to time based on changes in an independent index which is the Prime Rate as published in the Money Rates section of The Wall Street Journal. Notwithstanding anything contained herein, in no event shall the index be less than 2.99%; provided if the index as defined would be less than 2.99%, the index shall be deemed to be 2.99% (the "Index"). The Index is not necessarily the lowest rate charged by Lender on its loans. Lender will tell Borrower the current Index rate upon Borrower's request. The interest rate change will not occur more often than each day. Borrower understands that Lender may make loans based on other rates as well. Interest on the unpaid principal balance of this loan will be calculated as described in the "INTEREST CALCULATION METHOD" paragraph using a rate of 1.500 percentage points under the Index (the "Margin"), rounded to the nearest 0.001 percent. If Lender determines, in its sole discretion, that the Index has become unavailable or unreliable, either temporarily, indefinitely, or permanently, during the term of this loan, Lender may amend this loan by designating a substantially similar substitute index. Lender may also amend and adjust the Margin to accompany the substitute index. The change to the Margin may be a positive or negative value, or zero. In making these amendments, Lender may take into consideration any then-prevailing market convention for selecting a substitute index and margin for the specific Index that is unavailable or unreliable. Such an amendment to the terms of this loan will become effective and bind Borrower 10 business days after Lender gives written notice to Borrower without any action or consent of the Borrower. NOTICE: Under no circumstances will the interest rate on this loan be more than the maximum rate allowed by applicable law.

**INTEREST CALCULATION METHOD.** Interest on this loan is computed on a 365/360 basis; that is, by applying the ratio of the interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this loan is computed using this method.

**CONTINUING VALIDITY.** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced by or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement. If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

**CONSENT OF GUARANTOR.** Each Guarantor expressly agrees to the terms, provisions and conditions of this Change In Terms Agreement, and acknowledges and ratifies all other terms of its Commercial Guaranty.

**AGREEMENTS CONTINUE.** All the terms, provisions, stipulations, powers, and covenants in the Related Documents (as defined below) shall stand and remain unchanged and in full force and effect and shall be binding upon all parties thereto, except as changed or modified in express terms by this Change In Terms Agreement.

(a) The words "Related Documents" mean all promissory notes, credit agreements, loan agreements, environmental agreements, guaranties, security agreements, mortgages, deeds of trust, security deeds, collateral mortgages, and all other instruments, agreements and documents, whether now or hereafter existing, executed in connections with the Loan

**RELEASE.** Borrower and each Guarantor hereby remises, releases, acquits, satisfies and forever discharges Lender of and from any and all manner of action and actions, cause and causes of action, suits, losses, collection costs, expenses (including without limitation attorneys' fees and expenses), covenants, controversies, promises, damages, whatsoever in law or in equity which Borrower or Guarantor have ever had or now have to their knowledge, or which any personal representative, successor, assignee or beneficiary thereof ever had or now has to its knowledge arising under or in connection with this Change In Terms Agreement, any action taken or actions not taken by Lender in connection with the Note, or any other documents related thereto. Lender represents that it does not know of any claim by Lender against Borrower under the Note or Related Documents.

**LOAN BALANCE.** Borrower hereby acknowledges that as of May 1, 2021, the current principal balance of the Loan is $327,544.24 with accrued unpaid interest of $110.67, but not including any late charges, expenses, attorneys' fees or default rate interest.

**COVENANTS AND WARRANTIES.**

(a) Borrower and each Guarantor, as applicable, hereby represent to, covenant with Lender, and acknowledge that:

(i) At the date hereof, the Note and Related Documents as amended hereby are in full force and effect as originally executed and delivered by the parties, except as expressly modified and amended herein.

# CHANGE IN TERMS AGREEMENT

**Borrower:** ~~J. Lawrence L. Work~~
Timothy J. Smithe
~~170 Nuttall Road~~
~~Bloomington, IL  60818~~

**Lender:**  Wintrust Bank
231 S. LaSalle
Chicago, IL  60604

**Principal Amount: $900,000.00**                     **Date of Agreement:  May 1, 2018**

**DESCRIPTION OF EXISTING INDEBTEDNESS.**
Promissory Note originally dated February 22, 2017, as renewed, modified or extended from time to time, between Borrower and Lender in the original principal amount of $900,000.00.

**DESCRIPTION OF CHANGE IN TERMS.**

Effective the date of this Agreement, Borrower and Lender agree to the following:

1.   The maturity date of the Note is extended from February 22, 2019 to May 1, 2021.

2.   The rate of interest on the Note is changed from the Index plus 2.500% to the Index plus 1.500% as further described below in the paragraph entitled "Variable Interest Rate".

**PAYMENT.**  Borrower will pay this loan in one payment of all outstanding principal plus all accrued unpaid interest on May 1, 2021.  In addition, Borrower will pay regular monthly payments of all accrued unpaid interest due as of each payment date, beginning May 22, 2018, with all subsequent interest payments to be due on the same day of each month after that.

**VARIABLE INTEREST RATE.**  The interest rate on this loan is subject to change from time to time based on changes in an independent index which is the One (1) month LIBOR Rate appearing in the Wall Street Journal market rates (or on any successor or substitute page of such service, or any successor to or substitute for such service providing rate quotations comparable to those currently provided on such page of such service, as determined by Lender from time to time for purposes of providing quotations of interest rates applicable to dollar deposits in the London Interbank market).  Under no circumstances shall the LIBOR Rate be less than zero (the "Index").  The Index is not necessarily the lowest rate charged by Lender on its loans.  If the Index becomes unavailable during the term of this loan, Lender may designate a substitute index after notifying Borrower.  Lender will tell Borrower the current index rate upon Borrower's request.  The interest rate change will not occur more often than each month (the "Reset Date") based on the LIBOR Rate in effect one (1) Business Day preceding the Reset Date.  For purposes of this Note, the term "Business Day" means any day that is not a Saturday, Sunday or other day on which commercial banks in Illinois are authorized or required by law to remain closed.  Borrower understands that Lender may make loans based on other rates as well.  Interest on the unpaid principal balance of this loan will be calculated as described in the "INTEREST CALCULATION METHOD" paragraph using a rate of 1.500 percentage points over the Index, rounded to the nearest 0.001 percent.  NOTICE:  Under no circumstances will the interest rate on this loan be less than 0.000% per annum or more than the maximum rate allowed by applicable law.

**INTEREST CALCULATION METHOD.**  Interest on this loan is computed on a 365/360 basis; that is, by applying the ratio of the interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding.  All interest payable under this loan is computed using this method.

**CONTINUING VALIDITY.**  Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect.  Consent by Lender to this Agreement does not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms.  Nothing in this Agreement will constitute a satisfaction of the obligation(s).  It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing.  Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement.  If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it.  This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

**CONSENT OF GUARANTOR.**  Each Guarantor expressly agrees to the terms, provisions and conditions of this Change in Terms Agreement, and acknowledges and ratifies all other terms of its Commercial Guaranty.

**AGREEMENTS CONTINUE.**  All the terms, provisions, stipulations, powers, and covenants in the Related Documents (as defined below) shall stand and remain unchanged and in full force and effect and shall be binding upon all parties thereto, except as changed or modified in express terms by this Change in Terms Agreement.

        (a)  The words "Related Documents" mean all promissory notes, credit agreements, loan agreements, environmental agreements, guaranties, security agreements, mortgages, deeds of trust, security deeds, collateral mortgages, and all other instruments, agreements and documents, whether now or hereafter existing, executed in connections with the Loan

**RELEASE.**  Borrower and each Guarantor hereby remises, releases, acquits, satisfies and forever discharges Lender of and from any and all manner of action and actions, cause and causes of action, suits, losses, collection costs, expenses (including without limitation attorneys' fees and expenses), covenants, controversies, promises, damages, whatsoever in law or in equity which Borrower or Guarantor have ever had or now have to their knowledge, or which any personal representative, successor, assignee or beneficiary thereof ever had or now has to its knowledge arising under or in connection with this Change in Terms Agreement, any action taken or actions not taken by Lender in connection with the Note, or any other documents related thereto.  Lender represents that it does not know of any claim by Lender against Borrower under the Note or Related Documents.

**LOAN BALANCE.**  Borrower hereby acknowledges that as of May 1, 2018, the current principal balance of the Loan is $546,401.66 with accrued unpaid interest of $0.00, but not including any late charges, expenses, attorneys' fees or default rate interest.

**COVENANTS AND WARRANTIES.**

        (a) Borrower and each Guarantor, as applicable, hereby represent to, covenant with Lender, and acknowledge that:

                (i) At the date hereof, the Note and Related Documents are amended hereby, are in full force and effect as originally executed and delivered

(v) As of the date hereof, neither Borrower or Guarantor have any actual or potential actions, claims, suit or defenses arising from any letters of intent, correspondence or other communications (oral or written) between Borrower, Guarantor or Lender.

(vi) There are no actions, suits or proceedings (including, without limitation, proceedings before any court, arbitrator or governmental authority or agency) pending or threatened against Borrower or Guarantor, as applicable (or to the knowledge of Borrower or Guarantor, as applicable, any basis for any such action, suit or proceeding), which if adversely determined, might individually, or in the aggregate, materially adversely:

    1. impair the ability of Borrower or Guarantor to pay or perform its obligations under the Note or Related Documents; or

    2. affect the assets pledged as collateral under the Related Documents;

(vii) There is no presently known fact which affects, or may affect in the future (so far as the undersigned can foresee), materially and adversely the condition (financial or other) of Borrower or Guarantor to pay or perform its obligations under the Note or Related Documents.

(viii) Borrower represents and warrants that the liens of the Related Documents shall secure the Note as hereby amended to the same extent as if the amendments made herein were set forth and described in the Note and Related Documents.

**CERTIFICATIONS, REPRESENTATIONS AND WARRANTIES.** To induce Lender to enter into this Change In Terms Agreement, Borrower and each Guarantor hereby certify, represent and warrant to Lender that all certifications, representations and warranties contained in the Note and the Related Documents and in all certifications, representations and warranties are hereby remade and made to speak as of the date of this Change In Terms Agreement.

**REAFFIRMATION OF GUARANTY.** Each Guarantor hereby reaffirms each and every obligation for payment and performance as set forth in its Commercial Guaranty and acknowledges that it remains unconditionally and absolutely liable for the due and punctual payment of the outstanding principal balance of the Note plus interest thereon and any other monies due or which may come due thereon, as set forth in the Commercial Guaranty.

**NO WAIVER.** Notwithstanding anything contained in this Change In Terms Agreement to the contrary or any prior act of Lender or any procedure established by Lender with regard to the Loan, Borrower and each Guarantor acknowledge and agree that Lender has not heretofore waived any of its rights or remedies under the Note or Related Documents nor has Lender waived any of the duties or obligations of Borrower or Guarantor thereunder. No waiver by Lender of any covenant or condition under the Note or Related Documents shall be deemed a subsequent waiver of the same or any other covenant or condition. No covenant, term or condition of the Note or Related Documents shall be deemed waived by Lender unless waived in writing.

**GOVERNING LAW.** This Change In Terms Agreement shall be governed by the laws of the State of Illinois.

**JURY WAIVER.** ALL OF THE PARTIES HERETO EACH WAIVE ANY RIGHT TO A TRIAL BY JURY IN ANY ACTION OR PROCEEDING TO ENFORCE OR DEFEND ANY RIGHTS (I) UNDER THIS CHANGE IN TERMS AGREEMENT OR ANY OF THE NOTE OR RELATED DOCUMENTS OR UNDER ANY AMENDMENT, INSTRUMENT, DOCUMENT OR AGREEMENT WHICH MAY IN THE FUTURE BE DELIVERED IN CONNECTION HEREWITH, WITH THE NOTE, OR ANY RELATED DOCUMENT OR (II) ARISING FROM ANY BANKING RELATIONSHIP EXISTING IN CONNECTION HEREWITH, AND AGREES THAT ANY SUCH ACTION OR PROCEEDING WILL BE TRIED BEFORE A COURT AND NOT BEFORE A JURY. BORROWER AND THE GUARANTORS AGREE THAT THEY WILL NOT ASSERT ANY CLAIM AGAINST LENDER OR ANY OTHER PERSON INDEMNIFIED OR RELEASED UNDER THIS CHANGE IN TERMS AGREEMENT ON ANY THEORY OF LIABILITY FOR SPECIAL, INDIRECT, CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES.

**MISCELLANEOUS.**

    (a) This Change In Terms Agreement may be executed by facsimile and/or in two or more counterparts, each of which shall be deemed an original and all of which, taken together, shall constitute and be taken as one and the same instrument.

    (b) None of the covenants, terms or conditions of this Change In Terms Agreement shall in any manner be altered, waived, modified, changed or abandoned, except by written instrument, duly signed and delivered by all the parties hereto.

    (c) This Change In Terms Agreement contains the entire agreement between the parties hereto as to the subject matter hereof and there are no other terms, obligations, covenants, representations, warranties, statements or conditions, oral or otherwise, of any kind.

    (d) The recitals to this Change In Terms Agreement are hereby incorporated into and made a part of this Change In Terms Agreement, and shall constitute covenants and representations of Borrower and shall be binding upon and enforceable against Borrower.

    (e) Any defined terms contained in this Change In Terms Agreement not otherwise defined in this Change In Terms Agreement shall have the meaning as set forth in the Note or Related Documents.

**PRIOR TO SIGNING THIS AGREEMENT, EACH BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS AGREEMENT, INCLUDING THE VARIABLE INTEREST RATE PROVISIONS. EACH BORROWER AGREES TO THE TERMS OF THE AGREEMENT.**

**BORROWER:**

X _____
Lawrence J. Wert

X _____
Timothy J. Smithe

13:13



< **Back**    ∧    ∨



**Christian Timot...**    10:22
To: Tim >    📎

# document from studentaid.gov



Dashboard > Aid Summary

> ⓘ **Your loan is in default.**
> Don't get discouraged if you're in default on your federal student loan. You have options for getting out of default. Contact your current loan holder listed below.

LOAN TYPE

## Direct Parent PLUS

**In Default**

**Saint Mary's University of Minnesota**
OPE ID
00238000

*1 OF 9*
*COLLEGE LOANS.*

Get Out of Default

**16:43**

# 9 Loans

*3 Servicers*
*Total original amount awarded:*
***$281,632***

## View Breakdown



$227,677.06

Total Balance ⑦

*(ALL PUBLIC OFFICIAL)
NOTICES ARE THE SAME
3-24-25*

**Notice To Secretary, Department of Health and Human Services**

200 Independence Ave SW, Washington, DC 20201
**Date:March 22, A.D.2025**

**To:Robert F. Kennedy, Jr**
**Final Notice—Sever Joinder, Disclose Trust, Refund $13,380,000,Securities, Pay $40 Million,Provision, Issue Diplomatic Equivalents**

To Whom It Concerns,

We, Timothy and Mary, ambassadors of Christ (2 Corinthians 5:20) and co-heirs with Him (Romans 8:17), issue this final notice—following ignored notice (Exhibit A)—before filing in the U.S. District Court for the District of Kansas on March 31, 2025. Slaves of Christ (1 Corinthians 6:20), we reject Caesar's mammon (Matthew 6:24), seeking God's Kingdom (Matthew 6:33) and rest (Hebrews 4:11) under His authority (Romans 13:1). Your 62-year trespass on Christ's property—our names and trust—demands this iron-clad justice:

1.**Tortious Joinder and Forged Estates**:
- Born August 16, A.D.1963 in Illinois, Illinois SOS/IDPH joined SMITHE to Timothy, issuing birth certificate 112-1963 6311611and Wife Mary Naturalized September 10, A.D.2003, DHS joined SMITHE to Mary, issuing Her Naturalization Certificate number A-071706783. Without consent, you forged TIMOTHY JOSEPH SMITHE and MARY ASTOR SMITHE—dead fictions with SSNs 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 and 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—trespassing on Christ's property since our births/naturalization and by way of inducement into labor since 1976 and 1996 (Colossians 2:14).

2. **Prepaid Trust—Reversals as Proof**:
- SSNs and birth/naturalization certificates tie to a prepaid trust—seeded by approximately $13,380,000 over 47 years: $380,000 SSA FICA taxes (Exhibit I), $5,000,000 loans/mortgages (FOIA SSN—Exhibit D), $8,000,000 IRS taxes (Exhibit Z pending)—accrued $10 million each (Exhibit H). Proof: $180,000 reversals—e.g., $8000 utilities satisfied (December 24 A.D. 2023—Exhibit B), then reversed (Exhibit C)—trust exists, concealed (FRE 401—Colossians 2:14).

3. **Tax and Debt Theft**:
- SSA took estimated $380,000 FICA—IRS extracted $8,000,000—$5,000,000 loans/mortgages via SSNs—47 years—yoking our labor, a gift from the Father, (Romans 8:17) to dead estates—FOIA ("not a citizen"—E–F) exposes fraud (FRE 901). Total: $13,380,000—stolen from Christ's ledger (Colossians 2:14).

4. **Faith Burden and Damages**:
- Your joinder, theft, and concealment—over 47 for Timothy and 28 years for Mary—burden our faith (RFRA, 42 U.S.C. § 2000bb-1)—Christ canceled debt—causing duress, lost peace—$10 million (harm). Fraud, intent, duration—punitive $10 million—total $20 million (*Sherbert*). Christ's property stolen-judge as His steward unveils the ledger(Colossians 2:14)(Romans 13:8)

5. **Demands—Iron-Clad Justice**:
- By March 31, A.D. 2025, or equity strikes (28 U.S.C. § 1651):
a. **Sever Joinder**: Dissolve TIMOTHY JOSEPH SMITHE —sever SMITHE fromTimothy;Dissolve MARY ASTOR SMITHE—sever SMITHE from Mary—issue diplomatic equivalent documents inTimothy-and Mary—recognized by Caesar's jurisdiction, reflecting our immunity as Christ's ambassadors (2 Corinthians 5:20—Matthew 22:21).

b. **Disclose Trust**:Reveal full value-tbd by court order and discovery —SSN's 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 and  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,Birth Certificate 112-1963 6311611 and Naturalization Certificate A-071706783—Treasury, SSA, BIA.

c. **Credit Taxes/Debts **Estimated at and including but not limited to: $13,380,000 ($6,690,000 each—$380,000 FICA, $5,000,000 loans, $8,000,000 IRS)—to TIMOTHY JOSEPH SMITHE FGT,( EIN 98-6123026)—no SSA benefits (Hebrews 4:11), and all securities profits (TBD) -disgorging unjust gains,"not by right" (Jeremiah 17:11)—Restoring Christ's ledger in full, Jesus is our surety (Hebrews 7:22).

d.**Securities**:Contracts we Timothy and Mary signed(guarantors of debt, Restatement (Third) of Suretyship § 11). as sureties (Hebrews 7:22) (e.g., mortgage agreements MBS, loan applications, or tax forms (Exhibits M, N) were securitized, pooled, and traded on stock markets—without disclosure to us as third-party investors, and shared profits to investors, not us (Pending court ordered disclosure and discovery) (SEC Rule 10b-5)17 CFR § 240.10b-5—fraud by omission)e.g.,These tied to our "minor estates" (TIMOTHY JOSEPH SMITHE, MARY ASTOR SMITHE) via SSNs 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, 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. Disgorging unjust gains,"not by right" (Jeremiah 17:11)—Restoring Christ's ledger in full, Jesus is our surety (Hebrews 7:22).

e. **Authorize Provision**:$5,000/month—trust-funded—for monthly living expenses(utilities, food, fuel, maintenance) and as incurred (Hebrews 4:11) - our castle sustained (house/vehicles) -no reversals (Matthew 6:33).

f. **Pay Damages**: $20 million ($10 million harm/duress, $10 million punitive)—to the TIMOTHY JOSEPH SMITHE FGT trust—life long fraud ends (RFRA).
- Justify refusal—or face court (Matthew 5:25).

6. **Your Accountability**: SSA—FICA/trust; IRS—$8 million; SOS (IL/KS)—joinder/documents; IDPH—birth; HHS—oversight; USCIS/DHS naturalization; ignored mailed notices (Exhibit A), FOIA (E–F)—trespass proven.

7. **Exempt our vehicles from registration**—our castle's shield under Christ.(Psalm 18:2)

This iron-clad notice—certified mail—asserts our diplomatic immunity (2 Corinthians 5:20)—tangible documents for our castle (house/vehicle)—Christ's justice (Colossians 2:14). Respond by March 31, or equity enforces—God reigns (Romans 13:1).

This notice is sent via certified mail, receipt number _____, as evidence of good faith exhaustion and our duty to our Lord Jesus Christ to separate from Caesar (Matthew 22:21) before judicial action( Acts 25:10-11). We stand in truth, baptized into Christ's highest estate (John 17:16—"not of this world"), and await your response by March 31,A.D. 2025, lest equity compel what Caesar denies.

In Truth and Good Faith,
Timothy and Mary, Husband and Wife

**Attachments**:
- Exhibit A: Notices (August 2024- February 21, 2025)
- Exhibit B–C: $180,000 Reversals (December 24, 2023 )
- Exhibit D: $5,000,000 Loans/Mortgages (FOIA SSN)
- Exhibit E–F: FOIA ("not a citizen")
- Exhibit I: $380,000 FICA Taxes
- Exhibit M-N (FOIA Discovery)
- Exhibit Z: $8,000,000 IRS Taxes (pending)

To avoid any ambiguity, we herein require that any and all written messages between us weather by USPS, email service or otherwise to be clearly and properly headed in the following manner:

**Timothy, slave and Ambassador of Jesus Christ, Persona Grata**
**Mary, slave and Ambassador of Jesus Christ, Persona Grata**
~~% 203 S. Clarence Street~~
~~City of Wichita~~
**Within the State of Kansas**
**christiantimothy63@gmail.com**

**Note: Please DO NOT send USPS mail to TIMOTHY J SMITHE or MARY A SMITHE (dead body corporates) TO THE ADDRESS ON FILE (203 S CLARENCE ST, WICHITA, KS 67203). USPS WILL FORWARD IT TO THE SECRETARY OF STATE OF ILLINOIS AND WE Timothy and Mary slaves and Ambassadors of Jesus Christ, WILL NOT RECEIVE YOUR CORRESPONDENCE.**



ILL. DEPT. OF PUBLIC 535 W JEFFERSON St

USPS
Sent To
Total Postage and Fees $11.26
Postage $2.31
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Certified Mail Fee $4.85

Postmark Here  MAR 24 2025  DOWNTOWN STA 67202 WICHITA KS  03/24/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20224

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate) $4.10
☒ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.31
Total Postage and Fees $11.26

Postmark Here  MAR 24 2025  03/24/2025

Sent To INTERNAL REVENUE SERVICE, O'DONNEL
Street and Apt. No., or PO Box No. 111 CONSTITUTION AVE NW
City, State, ZIP+4® WASHINGTON DC 20224

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Baltimore, MD 21235

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate) $4.10
☒ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.59
Total Postage and Fees $11.54

Postmark Here  MAR 24 2025  03/24/2025  DUPLEX

Sent To SOCIAL SECURITY ADMINISTRATION,
Street and Apt. No., or PO Box No. 6401 SECURITY BLVD.
City, State, ZIP+4® BALTIMORE, MD 21235

PS Form 3800, January 2023 PFN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Springfield, IL 62756

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate) $4.10
☒ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.31
Total Postage and Fees $11.26

Postmark Here  MAR 24 2025  03/24/2025  DOWNTOWN STA 67202 WICHITA KS

Sent To SEC OF STATE ILLINOIS ATTN: ALEXI
Street and Apt. No., or PO Box No. 213 STATE CAPITOL GIANNOULIAS +
City, State, ZIP+4® SPRINGFIELD, IL 62756

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20201

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate) $4.10
☒ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.31
Total Postage and Fees $11.26

Postmark Here  MAR 24 2025  03/24/2025  DOWNTOWN STA 67202 WICHITA KS

Sent To DEPT. OF HEALTH & HUMAN SERVICES / RFK JR
Street and Apt. No., or PO Box No. 200 INDEPENDENCE AVE SW
City, State, ZIP+4® WASHINGTON DC 20201

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Topeka, KS 66612

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate) $4.10
☒ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.31
Total Postage and Fees $11.26

Postmark Here  MAR 24 2025  03/24/2025  DOWNTOWN STA 67202 WICHITA KS

Sent To SEC OF STATE KANSAS / SCOTT SCHWAB
Street and Apt. No., or PO Box No. 120 SW 10 TH AVENUE
City, State, ZIP+4® TOPEKA, KS 66612

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20528

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate) $4.10
☒ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.31
Total Postage and Fees $11.26

Postmark Here  MAR 24 2025  03/24/2025  DOWNTOWN STA 67202 WICHITA KS

Sent To D.H.S. ATTN: KRISTI NOEM
Street and Apt. No., or PO Box No. 2707 MLK JR AVE SW
City, State, ZIP+4® WASHINGTON DC 20528



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.01
Total Postage and Fees $9.96

Postmark Here: DOWNTOWN STA 67202 WICHITA KS, FEB 06 2025, USPS, 0140 80, 02/06/2025

Sent To: PAM Bondi
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW Room 2242
City, State, ZIP+4®: Washington DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2257 9505 31

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20220

OFFICIAL USE

Certified Mail Fee $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.01
Total Postage and Fees $9.96

Postmark Here: DOWNTOWN STA 67202 WICHITA KS, FEB 06 2025, 0140 80, 02/06/2025

Sent To: Scott Bessent – TREASURY SECRETARY
Street and Apt. No., or PO Box No.: 1500 Pennsylvania Ave NW
City, State, ZIP+4®: Washington DC 20220

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2257 9525 73

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Springfield, IL 62701

OFFICIAL USE

Certified Mail Fee $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.04
Total Postage and Fees $10.99

Postmark Here: DOWNTOWN STA 67202 WICHITA KS, FEB 06 2025, 0140 80, 02/06/2025

Sent To: Sameer Vohora, FBI
Street and Apt. No., or PO Box No.: 301 N. 8th st Room 3a169, P.O 19658
City, State, ZIP+4®: Springfield IL ~~62701-1041~~ 62794

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2257 9505 00

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Chicago, IL 60603

OFFICIAL USE

Certified Mail Fee $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.01
Total Postage and Fees $9.96

Postmark Here: DOWNTOWN STA 67202 WICHITA KS, FEB 06 2025, USPS, 0140 80, 02/06/2025

Sent To: Alexi Giannoulias
Street and Apt. No., or PO Box No.: 115 S. LaSalle St. Suite 300
City, State, ZIP+4®: Chicago IL 60603

9589 0710 5270 2257 9505 00

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Chicago, IL 60603

OFFICIAL USE

Certified Mail Fee $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.01
Total Postage and Fees $9.96

Postmark Here: DOWNTOWN STA 67202 WICHITA KS, FEB 06 2025, USPS, 0140 80, 02/06/2025

Sent To: Kwame Raoul
Street and Apt. No., or PO Box No.: 115 S LaSalle st
City, State, ZIP+4®: Chicago IL 60603

9589 0710 5270 2257 9504 87

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20220

OFFICIAL USE

Certified Mail Fee $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.01
Total Postage and Fees $9.96

Postmark Here: DOWNTOWN STA 67202 WICHITA KS, FEB 06 2025, USPS, 0140 80, 02/06/2025

Sent To: BILLY LONG IRS
Street and Apt. No., or PO Box No.: 1500 Pennsylvania Ave NW
City, State, ZIP+4®: Washington DC 20220

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Kwame Raoul

115 S. LaSalle St

Chicago, IL 60603

9590 9402 8832 4005 7900 77

Article N
95
PS Form 3

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RECEIVED
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Receipt
FEB 13 2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

Office Services

By: _____

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
infirmation
elivery

n Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INTERNAL REVENUE SERVICE
ATTN. DOUGLAS O'DONNELL
1111 CONSTITUTION AVE. NW,
WASHINGTON, DC 20224

9590 9402 7965 2305 8978 92

Article Number (Transfer from service label)
9589 0710 5270 2257 9499 17

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addresse

B. Received by (Printed Name)   C. Date of Delive
RECEIVED BY

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

APR

Executive Secretariat
Correspondence Office

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restr
☐ Signature Confirmatio
☐ Signature Confirmatio
Restricted Delivery

Domestic Return Rece

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

ILLINOIS DEPARTMENT OF
HEALTH / OFFICE OF DIRECTOR
ATTN: DIRECTOR/STATE REGISTRAR
SAMEER VOHRA
525 W JEFFERSON ST.
SPRINGFIELD, IL 62761

9590 9402 8713 3310 7242 78

Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SECRETARY OF STATE OF
ILLINOIS; ATTN. GIANNOU
LLIAS.
213 STATE CAPITOL
SPRINGFIELD IL 62756

9590 9402 7965 2305 8978 09

Transfer from service label)
2   9589 0710 5270 2257 9418 12

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Address

B. Received by (Printed Name)   C. Date of Delive

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

SECRETARY OF STATE

APR 02 2025

JERROD SPENCER

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric
☐ Signature Confirmation
☐ Signature Confirmation
Restricted Delivery

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ILLINOIS DEPT OF PUBLIC HEALTH
ATTN: SANGER VANCLA
535 W. JEFFERSON ST.
SPRINGFIELD IL. 62761

9590 9402 7965 2305 8978 16

2. Article Number (Transfer from service label)

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

MAR 1 4 2025

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

ATSG-IRS #2001

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

I.R.S. (INTERNAL REVENUE SERVICE)
REFUND CLAIM PROCESSING
PO BOX 657506
ATLANTA GA 30362-1506

9590 9402 9027 4122 6781 14

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ R Martin
R. Martin

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

2. Article Number (Transfer from service label)

9589 0710 5270 2257 9418 05

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

89 0710 5270 2368 6487

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Kris W Kobach

20 SW 10th Ave, 2nd Floor

Topeka, KS 66612

9590 9402 9027 4122 6706 82

2. Article Number (Transfer from service label)

589 0710 5270 2368 6519 45

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Scott Schwab

Memorial Hall, 1st floor
SW 10th Ave
Topeka, KS 66612-1594

9590 9402 9027 4122 6706 75

2. Article Number (Transfer from service label)

9 0710 5270 2368 651938

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED

FEB 24 2025

SCOTT SCHWAB
SECRETARY OF STATE

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Leland Dudek or Frank
                        Bisignano
Social Security Admin.
1100 West High Rise
6401 Security Blvd, Baltimore,
           MD 21235

9590 9402 9027 4122 6706 37

2. Article Number (Transfer from service label)

9589 0710 5270 2368 6519 91

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



**Receipt 1 (top left):**

Postage $ $2.04
Extra Services & Fees (continued)
☐ Signature Confirmation
Extra Services & Fees
☒ Registered Mail $19.30
☐ Return Receipt (hardcopy) $ $0.00
☐ Signature Confirmation Restricted Delivery
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Total Postage & Fees $ $21.34
Customer Must Declare Full Value $ $1.00
Received by 11/12/2024

0142
06
NOV 2024

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM _____
TO _____ 67201-0054

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

**Receipt 2 (top right):**

RE/8271448103

Postage $ $1.77
Extra Services & Fees (continued)
☐ Signature Confirmation
Extra Services & Fees
☒ Registered Mail $18.60
☐ Return Receipt (hardcopy) $ $0.00
☐ Signature Confirmation Restricted Delivery
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Total Postage & Fees $ $20.37
Customer Must Declare Full Value $ $0.00
Received by 10/25/2024

WICHITA KS 0146
OCT 26 2024
USPS

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See

**OFFICIAL USE**

FROM CHRISTIANKS TIMOTHY-JOSEPH
C/O _____ S CLARENCE STREET
CITY OF WICHITA, WITHIN STATE _____

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
P.O. BOX 942840
SACRAMENTO, CA 94240-0000

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Cu (See Information on R
For domestic delivery information, visit our website at www.usps.com

Debit Card Remit
Card Name: VISA
Account #: XXXXXXXXXXXX3733
Approval #: 780126
Transaction #: 548
Receipt #: 057289
Debit Card Purchase: $21.34
AID: A0000000980840   Contactless
AL: US PREPAID

The Maximum Indemnity Insurance compensation for loss, damage, or missing contents is limited to $50,000.00 for Registered Mail.

Text your tracking number to 28777 (2USPS)

**Receipt 3 (middle right):**

Date Stamp
0146
13
RF103835466US

Postage $ $1.77
Extra Services & Fees (continued)
☐ Signature Confirmation
Extra Services & Fees
☒ Registered Mail $19.30
☐ Return Receipt (hardcopy) $ $0.00
☐ Signature Confirmation Restricted Delivery
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Total Postage & Fees $ $21.07
Customer Must Declare Full Value $ $1.00
Received by 11/21/2024

NOV 21 2024

Domestic Insurance up to $50,0 is included based upon the declared value. International Indemnity is limited. (See

**OFFICIAL USE**

FROM Christian Timothy - Joseph Ambassador
of Christ
C/O _____ S CLARENCE STREET
WICHITA KS _____

Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0010

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 -
For domestic delivery information, visit our website at www.usps.com
$21.07

Debit Card Remit
Card Name: MasterCard
Account #: XXXXXXXXXXXX0837
Approval #: 155581
Transaction #: 661
Receipt #: 058442
Debit Card Purchase: $21.07
AID: A0000000042203   Contactless
AL: US Debit

The Maximum Indemnity Insurance compensation for loss, damage, or missing contents is limited to $50,000.00 for Registered Mail.

**Receipt 4 (bottom left):**

Registered No. RE580830505US

Postage $ $11.40
Extra Services & Fees (continued)
☐ Signature Confirmation
Extra Services & Fees
☐ Registered Mail $18.30
☐ Return Receipt (hardcopy) $ $0.00
☐ Signature Confirmation Restricted Delivery
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00
Total Postage & Fees $ $30.47
Customer Must Declare Full Value $ $0.00
Received by 09/17/2024

Date Stamp
STA 67202 WICHITA KS
SEP 17 2024

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM CHRISTIANKS TIMOTHY JOSEPH
AMBASSADOR OF CHRIST (PERSONA GRAT)
C/O: _____ S CLARENCE CITY OF _____
WICHITA, WITHIN STATE OF KANSAS

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA
19255-0023

PS Form 3806, R...







*SAME FOR ALL PRIVATE DEFENDANS*

**TIMOTHY JOSEPH SMITHE FGT**

14th April A.D.2025

**Defendant:**_____.

**From: TIMOTHY JOSEPH SMITHE FGT , MARY ASTOR SMITHE FGT**

**Timothy ( formerly TIMOTHY JOSEPH SMITHE) and Mary ( MARY ASTOR SMITHE)**

**To whom it may concern,**

**As a co-heir/ beneficiary of the Father's estate, I demand you immediately cease misuse of my Social Security Number and address fraudulent contracts, loans, or financial dealings tied to my identity and my wife's. Without response by April 14, A. D. 2025, I will pursue court action on April 15, A. D. 2025 in Wichita court.**

**May Peace be with you, In Jesus name.**

**Timothy and Mary, co-heirs/beneficiaries**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Des Plaines, IL 60018

Certified Mail Fee  $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)       $ $10.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☑ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $0.73

Total Postage and Fees  $9.68

Sent To  WINTRUST FINANCIAL
Street and Apt. No., or PO Box No. 9700 W HIGGINS ROAD
City, State, ZIP+4®  ROSEMONT, IL 60018

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Evanston, IL 60201

Certified Mail Fee  $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☑ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $0.73

Total Postage and Fees

Sent To  FIRST BANK & TRUST OF EVANSTON
Street and Apt. No., or PO Box No.  820 CHURCH STREET
City, State, ZIP+4®  EVANSTON, IL 60201

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O Fallon, MO 63368

Certified Mail Fee  $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)       $ $10.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☑ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $0.73

Total Postage and Fees  $9.68

Sent To  #1 MORTGAGE
Street and Apt. No., or PO Box No. 1000 TECHNOLOGY DR.
City, State, ZIP+4®  O FALLON, MO 63368

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10013

Certified Mail Fee  $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☑ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $0.73

Total Postage and Fees  $9.68

Sent To  CITI BANK
Street and Apt. No., or PO Box No.  388 GREENWICH ST.
City, State, ZIP+4®  NEW YORK, NY 10013

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10285

Certified Mail Fee  $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☑ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $0.73

Total Postage and Fees  $9.68

Sent To  AMERICAN EXPRESS
Street and Apt. No., or PO Box No.  200 VESEY ST
City, State, ZIP+4®  NEW YORK, NY 10285

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Charlotte, NC 28202

Certified Mail Fee  $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☑ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $0.73

Total Postage and Fees  $9.68

Sent To  BANK OF AMERICA
Street and Apt. No., or PO Box No.  100 N TRYON ST, STE 170
City, State, ZIP+4®  CHARLOTTE, NC 28202



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Kansas City, MO 64105

Certified Mail Fee  $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☒ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.73
Total Postage and Fees  $9.68

Postmark Here    0140 77    04/14/2025

Sent To  H + R BLOCK
Street and Apt. No., or PO Box No.  ONE H+R BLOCK WAY
City, State, ZIP+4®  KANSAS CITY MO 64105
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

West Palm Beach, FL 33409

Certified Mail Fee  $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.73
Total Postage and Fees  $9.68

Postmark Here    0140 77    04/14/2025

Sent To  OCWEN FINANCIAL
Street and Apt. No., or PO Box No.  1661 WORTHINGTON RD, SUITE 100
City, State, ZIP+4®  WEST PALM BEACH FL 33409
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Chicago, IL 60631

Certified Mail Fee  $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☒ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.73
Total Postage and Fees  $9.68

Postmark Here    0140 77    04/14/2025

Sent To  FIRST MIDWEST BANK
Street and Apt. No., or PO Box No.  8750 W BRYN MAWR AVE  STE 1300
City, State, ZIP+4®  CHICAGO, IL 66631
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Miami, FL 33146

Certified Mail Fee  $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☒ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.73
Total Postage and Fees  $9.68

Postmark Here    0140 77    04/14/2025

Sent To  LAKE MORTGAGE
Street and Apt. No., or PO Box No.  4405 PONCE DE LEON BLVD
City, State, ZIP+4®  CORAL GABLES, FL 33146
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Boston, MA 02210

Certified Mail Fee  $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☒ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.73
Total Postage and Fees  $9.68

Postmark Here    0140 77    04/14/2025

Sent To  FIDELITY INVESTMENTS
Street and Apt. No., or PO Box No.  200 SEAPORT BLVD,
City, State, ZIP+4®  BOSTON, MA 02210

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Pittsburgh, PA 33409

Certified Mail Fee  $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☒ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.73
Total Postage and Fees  $9.68

Postmark Here    0140 77    04/14/2025

Sent To  PINGORA CAPITAL
Street and Apt. No., or PO Box No.  ONE OXFORD CENTER  301 GRANT ST
City, State, ZIP+4®  SUITE 2700  PITTSBURG PA 15219



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Minneapolis, MN 55402

| Certified Mail Fee | $4.85 | |
| --- | --- | --- |
| $ | | $4.10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | $0.00 |
| ☒ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☒ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | $0.73 | |
| Total Postage and Fees | | |
| $9.68 | | |

0140
77
Postmark
Here
04/14/2025

Sent To US BANK

Street and Apt. No., or PO Box No. 800 NICOLLET MALL

City, State, ZIP+4® MINNEAPOLIS, MN 55402

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Francisco, CA 94104

| Certified Mail Fee | $4.85 | |
| --- | --- | --- |
| $ | | $4.10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | $0.00 |
| ☒ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☒ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | $0.73 | |
| Total Postage and Fees | | |
| $9.68 | | |

0140
77
Postmark
Here
04/14/2025

Sent To WELLS FARGO

Street and Apt. No., or PO Box No. 420 MONTGOMERY ST,

City, State, ZIP+4® SAN FRANCISCO, CA 94104