FILED
U.S. District Court
District of Kansas

MAY 19 2025

Clerk, U.S. District Court
By \_\_\_\_\_ Deputy Clerk

**Cover Letter (with Motion for Leave to Amend)**

Timothy Joseph Smithe and Mary Astor Smithe ) Case No.:25-CV-1072

℅ 203 S Clarence Street, Wichita, Kansas 67213,

May 19, A.D. 2025

**Clerk of the Court**

District Court of Sedgwick County, Kansas

Eighteenth Judicial District

401 N Market St

Wichita, KS 67202

**Motion for Leave to Amend and Response to Show Cause**

Dear Clerk,

As co-heirs with Christ (Romans 8:17), we, Timothy Joseph Smithe and Mary Astor Smithe, submit this Amended Complaint, Response to Show Cause, and Motion for Leave to Amend, removing the Timothy Joseph Smithe and Mary Astor Smithe Foreign Grantors Trusts to proceed pro se under K.S.A. 60-211, and adding the Bureau of Indian Affairs (BIA) and Bureau of the Fiscal Service (BFS) as new defendants, totaling 32, due to their non-responsiveness to our requests (Proverbs 21:15). The original complaint was served on 30 defendants, including the U.S. Attorney's Office and U.S. Attorney General, starting with H&R Block on April 26, 2025, and proof was filed; BIA and BFS, as new defendants, will receive the original and amended complaints upon filing.

**\*\*MOTION FOR LEAVE TO AMEND\*\***

Pursuant to K.S.A. 60-215(a)(2), we respectfully request leave to amend the original complaint, as the 21-day as-of-right amendment period expired on May 17, A.D. 2025, same day we received the Judge's order in the mail. This amendment complies with the Court's May 7, A.D. 2025, show cause order by removing the trusts, which we erroneously included, unaware they required licensed counsel. The Amended Complaint proceeds with us as individuals, adds BIA and BFS due to their failure to disclose account records, and maintains our claims of fraud, identity theft, and labor theft valued at $2 billion in unlimited credit, caused by Defendants' misuse of our Social Security Numbers and withholding of funds, violating God's command against stealing (Exodus 20:15). Granting leave serves justice, corrects our error, and allows our pro se pursuit of divine rights (Romans 5:1), as financial constraints prevent retaining counsel. We trust the Court's wisdom to permit this amendment (James 1:5).

We request issuance of summonses for BIA and BFS. We will serve all 32 defendants, and the U.S. Attorney's Office (301 N Main St, Wichita, KS 67202) and U.S. Attorney General (950 Pennsylvania Ave NW, Washington, DC 20530) as federal representatives, with this complaint via first-class mail on May 20, A.D.2025. We humbly request acceptance of this motion, the Response to Show Cause, and evaluation of our Temporary Restraining Order motion as individual plaintiffs, that we may rest in God's peace (Isaiah 9:6).

In Christ's Authority, Respectfully Submitted, *[signatures]*
Timothy Joseph Smithe and Mary Astor Smithe, co heirs with Christ and beneficiaries, Pro Se.