FILED
U.S. District Court
District of Kansas

MAY 19 2025

Clerk, U.S. District Court
By WWW Deputy Clerk

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

EIGHTEENTH JUDICIAL DISTRICT

CIVIL DEPARTMENT

Timothy Joseph Smithe and Mary Astor Smithe    )    Case No.:25-CV-1072
℅ 203 S Clarence Street, Wichita, Kansas 67213,

)

   Plaintiffs,    )

)

v.    )

)

Internal Revenue Service, et al.,    )

)

   Defendants.    )

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

COME NOW Plaintiffs, Timothy Joseph Smithe and Mary Astor Smithe, appear pro se as co-heirs with Christ (Romans 8:17), and respond to the Court's order dated May 7, A.D. 2025, requiring counsel for the trusts to appear by June 6, A.D. 2025, or face dismissal. Guided by the Lord's wisdom (James 1:5), we respectfully state:

Plaintiffs sincerely apologize to the Court and Judge Crabtree for the error of including theTimothy Joseph Smithe and Mary Astor Smithe Foreign Grantors Trusts as plaintiffs in the original complaint filed April 22, A.D. 2025. Lacking knowledge (Hosea 4:6) that trusts require

licensed counsel under Kansas law, we regret causing confusion. As man and woman created by God, we sought to protect our divine identity, believing the trusts safeguarded our rights while pursuing separation from state-imposed legal names (2 Corinthians 6:17).

To correct this and comply with K.S.A. 60-211, we filed an Amended Complaint on May 19, A.D. 2025, removing the trusts entirely, proceeding as individuals, Timothy Joseph Smithe and Mary Astor Smithe, and adding the Bureau of Indian Affairs and Bureau of the Fiscal Service as defendants, totaling 32. The Amended Complaint addresses defendants' fraud, identity theft, and labor theft over 47 years, valued at $2 billion in unlimited credit, as they misused Social Security Numbers tied to our legal identities and withheld funds from accounts, violating dominion and God's command against stealing (Exodus 20:15).

Financial constraints prevent us from retaining counsel, and requiring it would deny our access to justice in protecting our God-given inheritance (Romans 5:1). We have acted diligently, mailing preservation letters on May 18, A.D. 2025, to all 32 defendants to secure records of fraudulent accounts and transactions. The original complaint was served on 30 defendants by May 12, A.D. 2025, with proof and certificate of service filed; Tristate Capital Bank was served 2nd time and delivery is still pending. BIA and BFS, as new defendants, will be served with the original and amended complaints.

We assert our right to proceed pro se, having corrected the trust error, and seek to restore our labor and identity through equitable relief, including a temporary restraining order, as outlined in the Amended Complaint. We express gratitude to Judge Crabtree for this opportunity to align with the Court's ruling, trusting his guidance in this sealed case (Romans 8:28).

WHEREFORE, Plaintiffs pray to the Lord and the Court to accept this response and the Amended Complaint, find it satisfies the show cause order, permit pro se representation, evaluate our Temporary Restraining Order motion, and grant such relief as is just, under God's truth (Proverbs 21:15).

Dated: May 19, A.D. 2025

In Christ's Authority, Respectfully submitted, *[signatures: Timothy J. Smithe, Mary Smithe]*

Timothy Joseph Smithe and Mary Astor Smithe, co-heirs with Christ and beneficiaries, Pro Se.