FILED
U.S. District Court
District of Kansas

MAY 19 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

**TRO motion**

Plaintiffs Timothy Joseph Smithe and Mary Astor Smithe, co heirs with Christ and beneficiaries,

pro se, request a TRO to enjoin Defendants, including BIA and BFS, from using our SSNs, birth

certificate and naturalization certificate data, or names in any order, in accounts, due to fraud and

theft of labor worth $2 billion in unlimited credit over 47 years, that we may be separate (2

Corinthians 6:17).

Dated: May 19, A.D. 2025

Timothy Joseph Smithe and Mary Astor Smithe co heirs with Christ and beneficiaries, Pro Se.,

Plaintiffs.