**POWER OF ATTORNEY**

**STATE OF KANSAS**
**COUNTY OF SEDGWICK**

FILED
U.S. District Court
District of Kansas

MAY 19 2025

Clerk, U.S. District Court
By MAW Deputy Clerk

**KNOW ALL PERSONS BY THESE PRESENTS:**

I, Timothy Joseph Smithe, with place of abode at % 203 S Clarence St., Wichita Kansas 67213, hereby appoint my wife, Mary Astor Smithe, with place of abode at % 203 S Clarence St., Wichita kansas 67213, as my true and lawful attorney-in-fact, to act on my behalf in all legal matters related to my sealed equity court case in Sedgwick County, Kansas Case No.[REDACTED], and any other legal proceedings, with full authority to sign, execute, and file all legal documents, including but not limited to motions, notices, affidavits, and complaints, as a co-heir with Christ (Romans 8:17).

**Scope of Authority:**
My attorney-in-fact is authorized to:

1. Sign and file legal documents, including the Motion to Amend Complaint, Notice of Appearance, and preservation letters for the above case.
2. Represent my interests in communications with the court, defendants, and agencies (e.g., Bureau of Indian Affairs, Bureau of the Fiscal Service).
3. Access and manage records related to my Individual Indian Monies (IIM) account.
4. Take all actions necessary to pursue my legal rights as an individual plaintiff, as required by the court's ruling on May 16, A.D. 2025.

**Duration**: This Power of Attorney is effective immediately and shall remain in effect until revoked in writing or upon my death, unless otherwise ordered by the court.

**Third Party Reliance**: All persons dealing with my attorney-in-fact may rely on this document as full authority for her actions, and no further inquiry is required.

**IN WITNESS WHEREOF**, I have executed this Power of Attorney on this 17th day of May, A.D. 2025, in Las Vegas, Nevada.

/s/ Timothy Joseph Smithe
Timothy Joseph Smithe

**STATE OF NEVADA**
**COUNTY OF [e.g., CLARK]**

On this  19  day of May A.D., 2025, before me, a Notary Public in and for said County and State, personally appeared Timothy Joseph Smithe, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same for the purposes therein contained.

WITNESS my hand and official seal.

/s/ Notary Name  Laylah Lewis
Notary Public, State of Nevada
Commission Number: 24-5398-01
My Commission Expires: 01/03/2028.

Notary Seal:



Notary Public - State Of Nevada
COUNTY OF CLARK
LAYLAH LEWIS
My Appointment Expires
January 3, 2028
No. 24-5398-01

**Acceptance by Attorney-in-Fact**

I, Mary Astor Smithe, accept this appointment as attorney-in-fact and agree to act in accordance with the authority granted herein, for "the Lord loves justice" (Psalm 33:5).

/s/ Mary Astor Smithe

Mary Astor Smithe

Date: May 17, A.D. 2025