IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY JOSEPH SMITHE FOREIGN GRANTORS TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC HEALTH, et al., <br><br> Defendants. | Case No. 4:24-cv-00513-DGK |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant HRB Tax Group, Inc.[1] ("H&R Block"), respectfully moves to dismiss Plaintiffs Timothy Joseph Smithe Foreign Grantors Trust and Mary Astor Smithe Foreign Grantors Trust[2] ("Plaintiffs") Complaint for Temporary Restraining Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). As set forth in the accompanying Memorandum in Support, this case should be dismissed for independently sufficient reasons.

*First*, Plaintiffs' scripture-based claims do not invoke federal subject-matter jurisdiction and must be dismissed under Rule 12(b)(1). As explained in the accompanying Memorandum in Support, this Court has recognized in several cases that it does not have subject-matter jurisdiction over claims involving fantastical conspiracies, which are wholly implausible and frivolous, and therefore fail to state a plausible claim for relief. Plaintiffs have not met their burden to establish

---

[1] It is difficult to ascertain what entity Plaintiffs are directing their allegations towards because the Complaint (Doc. 1) is devoid of any specific references to "H&R Block." "H&R Block" is a trade name and not a legal entity capable of being sued. "HRB Tax Group, Inc." is the H&R Block entity with retail tax preparation offices in Kansas and is an indirect parent company to the entity that provides online tax preparation services. This is the entity that is filing these Suggestions in Support of H&R Block's Motion to Dismiss.

[2] Timothy Joseph and Mary Astor Smithe assert claims on behalf of two foreign grantors trust: The Timothy Joseph Smithe Foreign Grantors Trust and the Mary Astor Smithe Foreign Grantors Trust *See* Doc. 1 at 1-2. The Smithes have since sought leave to amend their Complaint to "remove the Timothy Joseph Smithe and Mary Astor Smithe Foreign Grantors Trusts in response to the Court's show cause order dated May 7" (Doc. 9), seek to proceed as individuals. *See* Doc. 33-1.

that subject-matter jurisdiction exists; accordingly, their claims should be dismissed under Rule 12(b)(1).

*Second,* Plaintiffs, throughout their Complaint (Doc. 1) and several versions of subsequent filings, fail to state a claim for relief with particularity against H&R Block. Not once in Plaintiffs' Complaint itself, nor in the 97-page exhibit provided, do Plaintiffs identify H&R Block individually or address their claims against it. Plaintiffs have not presented a plausible claim for relief, which justifies dismissal under Rule 12(b)(6).

Accordingly, this Court should dismiss the Complaint in its entirety.

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

*/s/ A. Alexander DeMasi*
A. Alexander DeMasi, KS Bar #28045
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: ademasi@berkowitzoliver.com

***Attorney for Defendant H&R Block***

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2025, I filed a copy of the foregoing with Court using the CM/ECF system, which was sent to all counsel of record. In addition, I mailed copies of the foregoing via certified mail to the following *pro se* parties:

Timothy Joseph Smithe Foreign Grantors Trust
c/o Timothy Joseph Smithe
203 S. Clarence St.
Wichita, KS 6721

Mary Astor Smithe Foreign Grantors Trust
c/o Mary Astor Smithe
203 S. Clarence St.
Wichita, KS 67213

                                                */s/ A. Alexander DeMasi*
                                                **Attorney for Defendant H&R Block**