IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS EIGHTEENTH JUDICIAL

DISTRICT CIVIL DEPARTMENT

FILED
U.S. District Court
District of Kansas

JUN 05 2025

Clerk, U.S. District Court
By_____ Deputy Clerk

Timothy -Joseph, Smithe and Mary-Astor, Smithe

Plaintiffs,

V.

United States Postal Service, et al., Defendants.

Case No.: 25-CV-2025

**RESPONSE TO WINTRUST FINANCIAL CORPORATION'S MOTION FOR EXTENSION**

As co-heirs with Christ (Romans 8:17), we, Timothy -Joseph, Smithe and Mary-Astor, Smithe, respond to your motion filed May 30, AD 2025, for leave to file out of time and a 47-day extension to July 6, AD 2025, to answer our complaint in Sedgwick County District Court, Case No. 25-CV-1072.

You cite excusable neglect for failing to route our certified letter (served April 29, AD 2025), difficulty interpreting correspondence, uncertainty about the operative pleading (Order to Show Cause, ECF No. 9; Motion for Leave to Amend, Doc. 33), and lack of contact details. We consent to a 21-day extension to June 27, AD 2025, but oppose a 47-day delay (John 8:32).

Your claim of unclear pleadings is baseless. Our original complaint (filed April 22, AD 2025) is operative until the court grants our Motion for Leave to Amend (Doc. 33, May 19, 2025), clearly

alleging fraud, identity theft, and trespass on our private, unalienable Christian names, Timothy and Mary, causing ~$50,000 IRS theft (Exhibit A). We addressed the Order to Show Cause (Doc. 34, May 19, AD 2025) as pro se plaintiffs, affirming our standing. Your unopened certified letter suggests bad faith, mirroring IRS's $200,000 lien (June 2, AD 2025, Exhibit A) and BFS's evasive FOIA response (May 27, AD 2025, Exhibit A). FOIA's no-citizenship proof (Exhibit A) and Colossians 2:14's debt cancellation nullify their obligations (Luke 16:11).

Your claim of missing contact details (our place of abode,℅ 203 S Clarence Street, Wichita, Kansas 67213, per K.S.A. 60-211) lacks merit. H&R Block's 14-day extension (June 2, AD 2025) shows 21 days is sufficient. Provide justification for 47 days or confirm compliance with June 27, AD 2025.

In Christ Authority and In Jesus name, *[signatures: Timothy Smithe, Mary-a Smithe]*

Sincerely, /s/ Timothy -Joseph, Smithe and Mary-Astor, Smithe Co heirs with Christ and Beneficiaries. ℅ 203 S Clarence Street, Wichita, Kansas 67213,

(951) 466-6994, TrustEquity2025@proton.me

Re: Corrected Response to Wintrust Financial Corporation's Motion for Leave to File Out of Time and Motion for Extension

Dear Mr. Henderson,

Please see our corrected response to Wintrust Financial Corporation's Motion for Leave to File Out of Time and Motion for Extension filed May 30, AD 2025, in Sedgwick County District Court Case No., 25-CV-1072. This revision corrects the proposed extension due date to June 27, AD 2025 (previously stated July 1, AD 2025) and clarifies "their obligations" regarding nullified debts, as per our original letter sent June 4, AD 2025. Please find a corrected letter for your records.

In Jesus name,    *[signature]*    *[signature]*

Sincerely Timothy -Joseph, Smithe and Mary-Astor, Smithe co heirs with Christ.