IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS EIGHTEENTH JUDICIAL DISTRICT CIVIL DEPARTMENT

Timothy -Joseph, Smithe and Mary-Astor, Smithe

℅ 203 S Clarence Street, Wichita, Kansas 67213,

Plaintiffs,

v.

United States Postal Service, et al., Defendants.

**Case No.: 25-CV-1072**

FILED
U.S. District Court
District of Kansas

JUN 05 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

**MOTION TO CORRECT DEFENDANT NAMES**

COME NOW Plaintiffs, Timothy -Joseph, Smithe and Mary-Astor, Smithe, appearing pro se as co-heirs with Christ (Romans 8:17), and move this Court, pursuant to K.S.A. 60-215(a) and K.S.A. 60-211, to correct the names of certain Defendants in our Amended Complaint (Doc. 33-1, filed May 19, AD 2025) to ensure accuracy and proper service in our case alleging fraud, identity theft, involuntary servitude, and tortious trespass. Guided by truth (John 8:32), we state:

1. The following Defendants were incorrectly named in prior filings due to outdated or informal designations:
    - CitiMortgage, Inc. should be corrected to **Citibank, N.A.**
    - Citibank Home Equity should be corrected to **Citibank, N.A.**
    - Chase should be corrected to **JPMorgan Chase Bank, N.A.**
    - JPMorgan Chase should be corrected to **JPMorgan Chase Bank, N.A.**

2. These corrections reflect the proper legal entities responsible for the alleged actions, including synthetic identity fraud and imposition of debts nullified by Colossians 2:14,

as evidenced by FOIA responses ( Exhibit A) showing no citizenship and IRS's $50,000 bank account theft (Exhibit A).

3. Correction ensures clarity, avoids confusion, and facilitates proper notification, supporting our $2 billion claim (Doc. 33-1) without prejudice to Defendants (Luke 16:11).

WHEREFORE, Plaintiffs request the Court grant leave to correct the Defendant names as stated, update the case caption accordingly, and provide such relief as is just (John 16:33).

Dated: June 5,AD  2025

/s/ Timothy -Joseph, Smithe and Mary-Astor, Smithe

% 203 S Clarence Street, Wichita, Kansas 67213

(951)466-6994, TrustEquity2025@proton.me