UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

Plaintiffs,

v.

United States Postal Service, et al., Defendants.

Case No.: 25-CV-1072

**MOTION TO SHIFT DISCOVERY COSTS**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names Timothy and Mary, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and move this Honorable Court, pursuant to Fed. R. Civ. P. 37 and D. Kan. Rule 54.2, to shift discovery costs to Defendants in our action alleging fraud, identity theft, involuntary servitude, tortious trespass, and unjust enrichment against 32 Defendants. Guided by truth (John 8:32) and Colossians 2:14, which cancels legal and spiritual debts for living men and women, we state before this God-ordained Court (Romans 13:1-7):

1. **Basis for Request**: Plaintiffs, as pro se litigants with limited financial resources, cannot afford discovery costs, including subpoena service fees (~$15–$50 each) for documents from Defendants (IRS, BIA, BFS, USPS, H&R Block, Fidelity, Wells Fargo, Bank of America, Wintrust, Discover, Citibank, JPMorgan Chase, TriState, Ocwen) sought in our Motion for Issuance of Subpoenas (filed June 9, AD 2025). These documents evidence fraudulent use of our SSNs via a synthetic 'person' (Bouvier's Law Dictionary, 1856), imposing debts ($800,000 lien, Exhibit A-6) and

FILED
U.S. District Court
District of Kansas

JUN 09 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

    withholding gains (close to $300,000. 00 credit, Exhibit A-5), supporting our $2 billion claim (Amended Complaint, Doc. 33-1).

2. **Justification**: Defendants' actions, including IRS theft (~$50,000, Exhibit A-6, Exodus 22:7), BIA's and BFS's concealment of a special fund (USPS refund, Exhibit A), USPS's complicity in fraudulent notices (Exhibit A), and private Defendants' accommodation party misuse (Exhibit A-1, A-2, A-6), necessitate discovery to uncover income (Bouvier's, 1856) and **indebiti solutio** payments (Bouvier's, 1856). Shifting costs is equitable, as Defendants' fraud caused this litigation.

3. **Good Cause**: Cost-shifting prevents undue burden on Plaintiffs, ensures access to critical evidence, and supports our claims against Defendants' motions to dismiss (e.g., H&R Block, May 30, AD 2025; federal Defendants, June 3, AD 2025), before this God-ordained Court (Romans 13:1-7).

WHEREFORE, Plaintiffs request the Court order Defendants to bear all discovery costs, including subpoena service fees, and grant relief as just (John 16:33).

Dated: June 9, AD 2025

/s/ Timothy Joseph, Smithe and Mary Astor, Smithe

℅ 203 S Clarence Street, Wichita, Kansas,

(951)466-6994, TrustEquity2025@proton.me