UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Timothy Joseph, Smithe and Mary Astor, Smithe,

Private Unalienable Christian Names, co heirs with Christ and beneficiaries

℅ 203 S Clarence Street, Wichita Kansas,

Plaintiffs,

v.

United States Postal Service, et al., Defendants.

**Case No.:25-CV-1072**

FILED
U.S. District Court
District of Kansas

JUN 09 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

**NOTICE OF PRIVATE UNALIENABLE CHRISTIAN NAMES**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names, property of Jesus Christ Timothy and Mary, appearing pro se, and notify this Court that we sue as living men and women created by God (Genesis 1:27), not as a 'Foreign Grantors Trust,' IRS-defined 'individuals,' or statutory 'persons' (Bouvier's Law Dictionary, 1856). A FOIA response ( Exhibit A) confirms 'no citizen' status, supporting our unalienable Christian names, nullified by Colossians 2:14, before this God-ordained Court (Romans 13:1-7).

Dated: June 9, AD 2025.

In Christ authority and in Jesus name,

/s/ Timothy Joseph, Smithe and Mary Astor, Smithe