UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names,

co heirs with Christ and beneficiaries

c/o 203 S Clarence Street, Wichita Kansas,

Plaintiffs,

V.

United States Postal Service, et al., Defendants.

**Case No.: 25-CV-1072**

**MOTION FOR ALIAS SUMMONS FOR DEFENDANT TRISTATE CAPITAL BANK**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and move this Honorable Court, pursuant to Fed. R. Civ. P. 4(m), for an alias summons to serve Defendant TriState Capital Bank in our action alleging fraud, identity theft, involuntary servitude, and tortious trespass. Guided by truth (John 8:32), we state:

1. On April 29, AD 2025, Plaintiffs attempted to serve TriState Capital Bank at 301 Grant St, Suite 2700, Pittsburgh, PA 15219, via certified mail, but service failed, as shown by Informed Delivery receipt without confirmation (Exhibit A).

2. TriState's counsel appeared despite non-service, indicating awareness, but formal service is required (Fed. R. Civ. P. 4).

3. Good cause exists for an alias summons, as Plaintiffs diligently attempted service twice, and the Amended Complaint (Doc. 33-1, filed June 9, AD 2025) includes

FILED
U.S. District Court
District of Kansas

JUN 09 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

    TriState for synthetic identity fraud, contributing to ~$50,000 IRS theft (Exhibit A). Colossians 2:14 cancels all debts by Christ's blood, our sole surety (Romans 8:17).

4. An alias summons ensures service within an extended period, requested until July 20, AD 2025, preventing prejudice to our $2 billion claim.

WHEREFORE, Plaintiffs respectfully request the Court issue an alias summons for TriState Capital Bank: at 301 Grant St, Suite 2700, Pittsburgh, PA 15219 or to Tri State's attorney Cameron E. Grant, if he accepts the service, to the address: 4600 Madison Avenue, Suite 700 Kansas City, MO 64112 , extend service time to July 20, AD 2025, and grant such relief as is just (John 16:33).

Dated: June 9, AD 2025

In Christ Authority and Jesus name,

/s/ Timothy Joseph, Smithe and Mary Astor, Smithe

c/o 203 S Clarence Street, Wichita Kansas,

(951)466-6994, TrustEquity2025@proton.me