UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

Plaintiffs,

v.

United States Postal Service, et al., Defendants.

Case No.:25-CV-1972

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT HRB TAX GROUP, INC.'S MOTION TO DISMISS**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and respectfully oppose Defendant HRB Tax Group, Inc.'s ("H&R Block") Motion to Dismiss (filed May 30, AD 2025) under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), in our action alleging fraud, identity theft, involuntary servitude, and tortious trespass against 32 Defendants. Guided by truth (John 8:32) and Colossians 2:14, which cancels legal and spiritual debts for living men and women through Christ's sacrifice, we state before this God-ordained Court (Romans 13:1-7):

1. **Subject-Matter Jurisdiction Exists**: H&R Block's claim that our "scripture-based claims" lack jurisdiction misrepresents our Amended Complaint (Doc. 33-1, filed June 9, AD 2025). This Court has:

- **Federal Question Jurisdiction** under 28 U.S.C. § 1331, as our claims arise under the 13th Amendment (involuntary servitude, Count III) and 18 U.S.C. § 1028 (identity theft, Count II).
- **Diversity Jurisdiction** under 28 U.S.C. § 1332, with Plaintiffs in Kansas, H&R Block in Illinois, and damages exceeding $75,000 ($2 billion sought).
- Our claims are grounded in federal and Kansas law (K.S.A. 21-5801, fraud; K.S.A. 60-2101, torts), with Colossians 2:14 as our belief affirming Christ's cancellation of unauthorized debts, not the legal basis. Exhibit A's evidence (IRS theft, ~$50,000; liens,$800,000(aPRIL 22,AD 2025, $200,000, June 2, AD 2025; H&R Block's 401(k) filings) establishes plausible, non-frivolous claims, refuting H&R Block's "fantastical conspiracy" label (Ashcroft v. Iqbal, 556 U.S. 662 (2009)).

2. **Valid Claims Stated Against H&R Block**: H&R Block's assertion of insufficient particularity is baseless. The Amended Complaint (Doc. 33-1, paragraph 10) details:
    - H&R Block treated Plaintiffs as accommodation parties, not investors, using our SSNs in AD 1980s-AD 1990s tax and 401(k) filings in Illinois (Exhibit A), concealed records when requested by Plaintiffs in AD 2024, enabled IRS theft (~$50,000), liens (and $200,000, June 2, AD 2025; prior 800,000 lien, April 22, AD 2025), and withheld close to $300,000 refund (Exhibit A), constituting **indebiti solutio** (Bouvier's, 1856) within our $2 billion claim, refuting Rule 12(b)(6).

- o  Their non-response to our May 2, AD 2025, letter (Exhibit A) and failure to deliver a promise, sometimes in AD 2024, letter from an escalation call number #20298335 (Exhibit A-1, Affidavit) confirms bad faith.
- o  These actions trespassed on our Christian names, imposing debts nullified by Colossians 2:14 for living men and women, causing financial (~$50,000 loss) and spiritual harm, meeting **Fed. R. Civ. P. 8(a) and 9(b) for fraud (K.S.A. 21-5801, Count I), identity theft (18 U.S.C. § 1028, Count II), and unjust enrichment (Count V).**
- o  Subpoenas for 401(k) records with Fidelity/Ocwen and the rest of the Defendants (Motion for Issuance of Subpoenas, filed June 9, 2025) will expose the truth and securitization profits.

3. **Personal Jurisdiction Over H&R Block**: This Court has personal jurisdiction under Fed. R. Civ. P. 4(k) and Kansas's long-arm statute (K.S.A. 60-308(b)). H&R Block's 1980s-1990s Illinois filings caused harm in Kansas (~$50,000 IRS theft, liens, withheld credit), felt at ℅ 203 S Clarence Street, Wichita, Kansas, establishing minimum contacts (Int'l Shoe Co. v. Washington, 326 U.S. 310 (1945)).

4. **Clarification of Standing**: H&R Block's reference to "Timothy Joseph Smithe and Mary Astor Smithe Foreign Grantors Trust" is erroneous. We sue as living man and woman with private unalienable Christian names, not a trust, as clarified in the Amended Complaint (paragraph 3) and Notice of Private Unalienable Christian Names (filed June 9, AD 2025).

5. **H&R Block's Tactics Exposed**: H&R Block's "fantastical conspiracy" label and dismissal of our Colossians 2:14 belief are tactics to evade scrutiny of their fraudulent

filings, non-delivery of promised records, and non-response to our inquiries (Exhibit A, Exhibit A-1). Misrepresenting our evidence-based claims seeks to prejudice this God-ordained Court (Romans 13:1-7), warranting denial of their motion to expose truth (John 8:32).

WHEREFORE, Plaintiffs request the Court deny H&R Block's Motion to Dismiss, retain jurisdiction, and grant relief as just (John 16:33).

Dated: June 9, 2025

In christ Authority and Jesus' name,

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

(951)466-6994, TrustEquity2025@proton.me