UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Timothy Joseph, Smithe and Mary Astor, Smithe,

Private Unalienable Christian Names, co heirs with Christ and beneficiaries

℅ 203 S Clarence Street, Wichita Kansas,

Plaintiffs,

v.

United States Postal Service, et al.,

Defendants.

FILED
U.S. District Court
District of Kansas

JUN 09 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

Case No.: 25-CV-1072

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER DENYING MOTIONS AS MOOT**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and respectfully respond to the Court's Order dated June 4, AD 2025, denying as moot Defendants' Motions for Extension of Time (ECF 32, 40, 41, 44, 57, 58, 59, 66). Guided by truth (John 8:32) and Colossians 2:14, which cancels legal and spiritual debts for living man and woman in Christ, we state before this God-ordained Court (Romans 13:1-7):

1. **Acknowledgment of Order**: Plaintiffs acknowledge the Court's Order denying as moot Defendants' motions for extensions, recognizing the Amended Complaint (Doc. 33-1, filed June 9, AD 2025) as the operative pleading, superseding the original Complaint (ECF 1).

2. **Correction of Misidentification**: The Order's reference to "Timothy Joseph Smithe and Mary Astor Smithe, Foreign Grantors Trust" is a clerical error. Plaintiffs sue as

living man and woman created by God (Genesis 1:27), not as a trust or statutory 'persons' (Bouvier's Law Dictionary, 1856), as clarified in the Amended Complaint (Doc. 33-1, paragraph 4) and Notice of Private Unalienable Christian Names (filed June 9, AD 2025). We respectfully request the Court correct this designation to prevent confusion.

3. **Ongoing Diligence**: Plaintiffs continue to uncover evidence of Defendants' fraud, identity theft, and trespass (Counts I–V), including:

    o A FOIA response ( Exhibit A) confirming 'no citizen' status, evidencing SSA's fraudulent inducement via SSNs creating a synthetic 'person' (Bouvier's, 1856).

    o IRS's new threat of a lien $200,000 June 2, AD 2025, prior $800,000 lien (AD 2013, 2015, 2016), close to $300,000.00 withheld credit (Exhibit A-5), and ~$50,000 theft (Exhibit A-6, Exodus 22:7).

    o BIA's concealment of a special fund in trust, likely an IIM account (USPS refund, November 17, AD 2023, Exhibit A), denied by OTFA (Exhibit A).

    o USPS's complicity in delivering fraudulent notices and obstructing access to our account overseen by BIA and TriState mail (Exhibit A-4).

    o Private Defendants (H&R Block, Fidelity, Wells Fargo, Bank of America, Wintrust, Ocwen Financial Group) treating us as accommodation parties, not investors, in filings, mortgages, and loans (Exhibit A-1, A-2, A-6).

    o 47 years of **indebiti solutio** payments (Bouvier's, 1856), part of our $2 billion claim for stolen labor (Amended Complaint, Doc. 33-1), nullified by Colossians 2:14.

4. **Request for Compliance**: Plaintiffs request the Court ensure Defendants comply with response deadlines for the Amended Complaint (~June 30, AD 2025, for private Defendants; ~August 8, AD 2025, for federal Defendants), as non-compliance may warrant default judgments (Fed. R. Civ. P. 55, e.g., Discover, May 22, AD 2025). TriState's service is addressed via our Motion for Alias Summons (filed June 9, AD 2025, Exhibit A-4).

5. **No Prejudice**: The Order causes no prejudice, as our Amended Complaint and Motion to Supplement (filed June 9, AD 2025) reinforce our $2 billion claim, grounded in federal law (13th Amendment, 18 U.S.C. § 1028) and supported by Colossians 2:14.

WHEREFORE, Plaintiffs acknowledge the Court's Order, request correction of the "Foreign Grantors Trust" misidentification, ensure Defendants' compliance with response deadlines, and seek relief as just (John 16:33).

Dated: June 9, AD 2025

/s/ Timothy Joseph, Smithe and Mary Astor, Smithe,

Private Unalienable Christian Names, co heirs with Christ and beneficiaries

℅ 203 S Clarence Street, Wichita Kansas,

(951)466-6994, TrustEquity2025@proton.me