UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

Plaintiffs,

V.

United States Postal Service, Internal Revenue Service, Bureau of Indian Affairs, Bureau of Fiscal Service, Department of Health and Human Services, Department of Homeland Security, Office of Federal Student Aid, Social Security Administration, United States Attorney, United States Attorney General, HRB Tax Group, Inc. ("H&R Block"), Fidelity, Wells Fargo, Bank of America, Discover Financial Services, Citibank, N.A., JPMorgan Chase Bank, N.A., TriState Capital Bank, and Others, Defendants.



FILED
U.S. District Court
District of Kansas

JUN 09 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

**Case No.: 25-CV-1072**

**AMENDED COMPLAINT**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names Timothy and Mary, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and file this Amended Complaint against 32 Defendants, alleging fraud, identity theft, involuntary servitude, tortious trespass, and unjust enrichment. Guided by truth (John 8:32) and Colossians 2:14, which cancels legal and spiritual debts for living man and woman in Christ, we state before this God-ordained Court (Romans 13:1-7):

**Jurisdiction and Venue**

1. This Court has federal question jurisdiction under 28 U.S.C. § 1331, as claims arise under the 13th Amendment (involuntary servitude), 18 U.S.C. § 1028 (identity theft),

and Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971). Diversity jurisdiction exists under 28 U.S.C. § 1332, with Plaintiffs in Kansas, Defendants in diverse states, and damages exceeding $75,000 ($2 billion sought). Venue is proper in Kansas, where harm occurred at ℅ 203 S Clarence Street, Wichita, Kansas,(K.S.A. 60-308(b)).

**Parties**2. Plaintiffs are living man and woman created by God (Genesis 1:27), with unalienable Christian names Timothy and Mary, property of Jesus (Romans 8:17), at ℅ 203 S Clarence Street, Wichita, Kansas, not statutory 'residents' or 'persons' (Bouvier's, 1856). 3. Defendants include federal agencies (IRS, IDPH, BIA, BFS, USPS, HHS, DHS, OFSA, SSA, U.S. Attorney, U.S. Attorney General and others) and private entities (H&R Block, Fidelity, Wells Fargo, Bank of America, Discover, Citibank, JPMorgan Chase, TriState, and others), who fraudulently used our SSNs to impose debts and withhold gains.

**Standing**4. As natives, a white man and woman (Bouvier's, 1856, 'natives'), we are presumed citizens without renunciation, yet a FOIA response (April AD 2025, Exhibit A) confirms 'no citizen' status, show no State authority over Plaintiffs, evidencing Defendants' fraudulent inducement by creating a synthetic 'person' (Bouvier's, 1856) tied to our SSNs without consent, trespassing our unalienable and assured Christian names, nullified by Colossians 2:14.

**Factual Allegations**5. SSA facilitated fraudulent inducement by issuing SSNs at birth without consent; the baby was born innocent, creating a synthetic 'person' used by Defendants to steal labor, a claimed property of Jesus Christ-His intellectual property, deter worship and impose debts (Exhibit A-3, FOIA affidavit). 6. IRS collected estimated $8000,000.00 in fraudulent taxes over 47 years, imposed an $800,000 lien (AD 2013, 2015, 2016, Exhibit A-6), withheld a close to $300,000 credit since AD 2019 (Exhibit A-5), and levied Wells Fargo/Bank of America

(Exodus 22:7) accounts ($50,000, Exhibit A-6), causing DOJ passport seizure, throwing Plaintiff in financial imprisonment (AD 2023, Exhibit A-6), creating harm, stealing our labor valued at $2 billion, including fraudulent account gains estimated at $1.3 billion, and our 50% share of BIA IIM and BFS profits requesting discovery, per FOIA and pending TC 670 records via IRS withheld unjustly(Luke 3:14) . 7. BIA, as trustee (25 U.S.C. § 162a), concealed a special fund in trust, likely an IIM account, evidenced by a USPS Priority Mail refund (November 17, AD 2023, Exhibit A), denied by OTFA (May 27, AD 2025, Exhibit A) and BIA (June 4, AD 2025, Exhibit A).7(a) BFS as trustee concealed account tied to our SSNs and legal identities, reversed utility and loan payments, denying Fathers provision. 8. USPS is complicit in delivering fraudulent IRS notices, utility, and loan/credit card bills (Exhibit A), obstructing the BIA-managed account, and losing certified mail to TriState twice (April/May AD 2025, Exhibit A-4). 9. H&R Block's 1980s-1990s filings (Exhibit A-1) and non-delivery of promised records (sometime in AD 2024, Exhibit A-1) enabled IRS theft ($50,000, Exhibit A). 10. Fidelity obscured an SSN-tied account (April AD 2025, Exhibit A-2), and Wells Fargo/Bank of America facilitated levies (Exhibit A-6). 11. Defendants treated us as accommodation parties, not third-party investors, using our SSNs to generate income (Bouvier's, 1856) via fraudulent evidence of indebtedness (e.g., IRS notices, liens, Exhibit A-5, A-6), constituting **indebiti solutio** (Bouvier's, 1856) over 60 years. 12. Our $2 billion claim includes stolen labor, **indebiti solutio** payments, and 50% of all undisclosed gains from our legal identity, nullified by Colossians 2:14.

**Claims for Relief**

**Count I: Fraud (K.S.A. 21-5801)**13. Defendants' synthetic 'person' and concealment (e.g., IRS credit, BIA IIM, BFS) defrauded us of $2 billion through fraudulent inducement and evidence of indebtedness.

**Count II: Identity Theft (18 U.S.C. § 1028)**14. Unauthorized SSN use (e.g., H&R Block, Fidelity, IRS) stole our identity, causing financial and spiritual harm, for unjust gains.

**Count III: Involuntary Servitude (13th Amendment)**15. Liens, levies, and passport seizure imposed financial imprisonment, prohibiting our role as Christ's ambassadors.

**Count IV: Trespass (K.S.A. 60-2101)**16. Defendants trespassed our unalienable Christian names, Timothy and Mary property of Jesus Christ, nullified by Colossians 2:14 (Exodus 22:7).

**Count V: Unjust Enrichment**17. Defendants' revenue (Bouvier's, 1856) from our labor and synthetic 'person' unjustly enriched them, requiring $2 billion restitution.

**Prayer for Relief** Plaintiffs seek: a. $2 billion for stolen labor, **indebiti solutio** restitution, and undisclosed gains from our legal identity. b. Injunctive relief nullifying all debts and liens, restoring our passport, and disclosing trust accounts. c. Declaratory judgment that Defendants' actions are null per Colossians 2:14. d. Such relief as is just (John 16:33).

Dated: June 9, AD 2025

In Christ Authority and in Jesus' name, *[signatures]*

/s/Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

(951)466-6994, TrustEquity2025@proton.me