**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

Plaintiffs,

V.

United States Postal Service, et al., Defendants.

**Case No.:25-CV-1072**

**MOTION FOR ISSUANCE OF SUBPOENAS**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and move this Honorable Court, pursuant to Fed. R. Civ. P. 45 and D. Kan. Rule 45.1, to issue subpoenas ordering Defendants Internal Revenue Service (IRS), Bureau of Indian Affairs (BIA), Bureau of Fiscal Service (BFS), United States Postal Service (USPS), HRB Tax Group, Inc. ("H&R Block"), Fidelity, Wells Fargo, and Bank of America to produce documents evidencing fraud, identity theft, and trespass against Plaintiffs, in our action against 32 Defendants. Guided by truth (John 8:32) and Colossians 2:14, which cancels legal and spiritual debts for living man and woman, we state before this God-ordained Court (Romans 13:1-7):

1. **Basis for Request**: Defendants created a synthetic 'person' (Bouvier's Law Dictionary, 1856) tied to our Social Security Numbers (SSNs), facilitated by SSA's issuance at birth without consent (Exhibit A-3, FOIA affidavit), as we were beguiled, inducing us into a debts system. Federal Defendants (IRS, BIA, BFS, USPS) and private Defendants (H&R Block, Fidelity, Wells Fargo, Bank of America) treated us as

[FILED
U.S. District Court
District of Kansas
JUN 09 2025
Clerk, U.S. District Court
By _____ Deputy Clerk]

accommodation parties, not third-party investors, generating income (Bouvier's, 1856) via fraudulent evidence of indebtedness (e.g., $800,000 IRS lien, AD 2013/2015/2016; close to $300,000 withheld credit, Exhibit A-5, A-6) and a special fund in trust (BIA IIM account, USPS refund, May 27, AD 2025, Exhibit A), concealed by OTFA (May 27, AD 2025, Exhibit A) and BIA (May 30, AD 2025, Exhibit A). USPS obstructed this account and delivered fraudulent IRS notices, utility, and credit card bills (Exhibit A), enabling 47 years of **indebiti solutio** payments (Bouvier's, 1856), part of our $2 billion claim for stolen labor (Amended Complaint, Doc. 33-1), nullified by Colossians 2:14 (Exodus 22:7, theft).

2. **Documents Sought**:
   - **IRS**: All tax filings, liens ($800,000, Exhibit A-6), and credit records (close to $300,000, Exhibit A-5) tied to our SSNs from AD 1965–2025, including TC 670 transactions.
   - **BIA**: All IIM account records, special deposit accounts, or trust funds (e.g., USPS refund, Exhibit A) tied to our SSNs from AD 1963–2025.
   - **BFS**: All TreasuryDirect, ACH, BPD or trust account records (e.g., TC 670) tied to our SSNs from AD 1965–2025.
   - **USPS**: All records of Priority Mail BIA account activity and refunds (Exhibit A), lost mail to TriState (Exhibit A-4), and delivery of IRS notices, utility/credit card, mortgage, loan bills from AD since 1980-2025
   - **H&R Block**: All 401(k) contracts and pooling, tax filings, and correspondence from AD 1980–1999 tied to our SSNs, including records promised but not delivered (June AD 2024, Exhibit A-1).

- **Fidelity Investments**: All 401(k) records, investment agreements, pooling and account data (e.g., obscured account, April AD 2025, Exhibit A-2) tied to our SSNs from AD 1965–2025.
- **Wells Fargo/Bank of America**: All account records, credit cards, loan contracts, levy transactions (~$50,000, Exhibit A-6), and investment data tied to our SSNs from AD 1965–2025.
- **American Express:** All account records, credit cards, loan contracts, and investment data tied to our SSNs from AD 1980–2025.
- **JPMorgan Chase Bank, N.A.:** All loan contracts and agreements including payment records and securitization data tied to our SSNs from AD 1980–2025.
- **Capital One:** All credit card contracts and agreements including payment records and securitization data tied to our SSNs from AD 2000–2025
- **Wintrust**: All loan contracts and agreements (Exhibit A-6), including payment records and securitization data tied to our SSNs from AD 2017–2025.
- **First Midwest Bank :** All loan contracts and agreements (Exhibit A-6), including payment records and securitization data tied to our SSNs from AD 1980–2025.
- **Citibank, N.A.:** All loan contracts and agreements, including payment records and securitization data tied to our SSNs from AD 1980–2025
- **Tristate Capital Bank:** All loan contracts ( three separate loans ) and agreements including payment records and securitization data tied to our SSNs from AD 1980–2025.
- **Lake Mortgage:** mortgage loan agreements, payment records, securitization agreements, trust account records, correspondence, and any income or gains

(Bouvier's Law Dictionary, 1856) derived from our Social Security Numbers (SSNs) from AD 2010–2025, evidencing fraudulent use of a synthetic 'person' (Bouvier's, 1856) and indebiti solutio payments (Exhibit A-6).

- **First Bank and Trust of Evanston(Byline Bancorp):** All loan contracts and agreements (Exhibit A-6), including payment records and securitization data tied to our SSNs from AD 1980–2025
- **US Bank:** mortgage loan agreements,credit cards,loan agreements, payment records,securitization agreements, trust account records, correspondence, and any income or gains (Bouvier's Law Dictionary, 1856) derived from our Social Security Numbers (SSNs) from AD 1980–2025, evidencing fraudulent use of a synthetic 'person' (Bouvier's, 1856) and indebiti solutio payments (Exhibit A-6).
- **Ocwen Financial Group:** mortgage loan agreements, including the foreclosed mortgage after 20 years, payment records, foreclosure documents, securitization agreements, trust account records, correspondence, and any income or gains (Bouvier's Law Dictionary, 1856) derived from our Social Security Numbers (SSNs) from AD 1997–2025, evidencing fraudulent use of a synthetic 'person' (Bouvier's, 1856) and indebiti solutio payments (Exhibit A-6).
- **Discover Financial**: All credit card agreements, loan records, mortgage contracts, and account statements tied to our SSNs from AD 1975–2025, including evidence of securitization or trust accounts

3. **Relevance**: These documents evidence Defendants' fraudulent use of our SSNs to generate income (Bouvier's, 1856) through a synthetic 'person,' imposing debts ($800,000 lien, Exhibit A-6) and withholding gains (close to $300,000 credit, Exhibit

A-5; IIM account, Exhibit A), supporting Counts I (fraud, K.S.A. 21-5801), II (identity theft, 18 U.S.C. § 1028), III (involuntary servitude, 13th Amendment), IV (trespass, K.S.A. 60-2101), and V (unjust enrichment), nullified by Colossians 2:14 for living man (Bouvier's, 1856).

4. **Financial Constraint**: As pro se litigants, we cannot afford forensic accounting (~$500 per hour) until relief is granted. Subpoenas, costing ~$15–$50 each, are critical to uncover Defendants' gains, aligning with our Motion to Shift Discovery Costs (filed June 9, AD 2025), requesting cost-shifting (Fed. R. Civ. P. 37).

5. **Good Cause**: The documents are essential to counter Defendants' motions to dismiss (e.g., H&R Block, May 30, AD 2025; federal Defendants, June 3, AD 2025) and pursue default judgments (e.g., Discover, May 22, AD 2025), supporting our $2 billion claim. Early issuance prevents prejudice, before this God-ordained Court (Romans 13:1-7).

WHEREFORE, Plaintiffs request the Court: a. Issue subpoenas ordering IRS, BIA, BFS, USPS, H&R Block, Fidelity, Wells Fargo, and Bank of America and others to produce the specified documents within 30 days to Plaintiffs at ℅ 203 S Clarence Street, Wichita, Kansas. b. Order Defendants to bear subpoena-related costs, per our Motion to Shift Discovery Costs. c. Grant such relief as is just (John 16:33).

Dated: June 9, AD 2025

In Christ Authority and in Jesus' name, *[signatures]*

/s/ Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas, (951)466-6994, TrustEquity2025@proton.me