FILED
U.S. District Court
District of Kansas

JUN 09 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

Plaintiffs,

V.

United States Postal Service, et al., Defendants.

Case No.:25-CV-1072

**MOTION TO SUPPLEMENT AMENDED COMPLAINT**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names Timothy and Mary, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and move this Honorable Court, pursuant to Fed. R. Civ. P. 15(d), to supplement our Amended Complaint (Doc. 33-1, filed June 9, AD 2025) with new evidence in our action alleging fraud, identity theft, involuntary servitude, tortious trespass, and unjust enrichment against 32 Defendants. Guided by truth (John 8:32) and Colossians 2:14, which cancels legal and spiritual debts for living man and woman, we state before this God-ordained Court (Romans 13:1-7):

1. **New Evidence Since April 21, AD 2025**:
    - A FOIA response (Exhibit A-3) confirms 'no citizen' status, despite our native status as white man and woman (Bouvier's Law Dictionary, 1856, 'natives'), without renunciation, evidencing Defendants' fraudulent inducement by creating a synthetic 'person' (Bouvier's, 1856) tied to our Social Security

Numbers (SSNs), facilitated by SSA at birth /naturalization without consent (Exhibit A-3).

- Federal Defendants (IRS, BIA, BFS, USPS et al.,) and private Defendants (H&R Block, Fidelity, Wells Fargo, Bank of America et al.,) treated us as accommodation parties, not third-party investors, using our SSNs to generate income (Bouvier's, 1856) via fraudulent evidence of indebtedness, including IRS notices, utility/credit card bills, mortgage and loan payments (Exhibit A), an $800,000 lien (AD 2013, 2015, 2017, Exhibit A-6),threat of a new $200,000 lien and a withheld close to $300,000.00 credit (Exhibit A-5, May 27, AD 2024), constituting **indebiti solutio** (Bouvier's, 1856) over 47 years.

- IRS's theft of nearly $50,000 part of it overnight from Wells Fargo/Bank of America accounts (Exhibit A-6) , likened to stealing entrusted property (Exodus 22:7), caused DOJ passport seizure (AD 2019, Exhibit A-6), imposing financial imprisonment. Ongoing monthly payments to the IRS of $2000.00 are still active.

- BIA, as trustee (25 U.S.C. § 162a), concealed a special fund in trust, likely an IIM account, evidenced by a USPS Priority Mail refund (November 17, AD 2023, Exhibit A), denied by OTFA (May 27, AD 2025, Exhibit A) and BFS as trustee, reversed payments from accounts tied to our SSNs at BPD and denial of FOIA request evidence concealment, denying Fathers provision and (Exhibit A), breaching fiduciary duty.

- USPS concealed and obstructed the BIA-managed account and was complicit in delivering fraudulent IRS notices and bills (Exhibit A), while losing certified mail twice to TriState Capital Bank (April/May AD 2025, Exhibit A-4).
- H&R Block's 1980s-1990s filings (Exhibit A-1) and non-delivery of promised records (June AD 2024, Exhibit A-1) enabled IRS theft (~$50,000, Exhibit A).
- Fidelity obscured an SSN-tied account and securities under our synthetic identities (Exhibit A-2), evidencing fraud.
- FOIA requests seeking records of our legal identity -synthetic 'person,' are pending and some denied. Bureau of Fiscal Service (BFS), confirmation number 2025-FSF-00571, seeking Bureau of public Debt and TreasuryDirect account records tied to our SSNs.
- Social Security Administration (SSA), confirmation number 2025-FOPA-00211, seeking Numident record and SSN misuse records.
- Internal Revenue Service (IRS), confirmation number -PENDING-, seeking TC 670, and all withheld records tied to our SSNs.
- Illinois Secretary of State, confirmation number -PENDING-, seeking all corporate filings.
- USPS, confirmation number 2025-FPRO-01816, no answer.
  - Our sacred labor, valued at $2 billion (Amended Complaint, Doc. 33-1), was stolen through taxation and debts, causing irreparable harm, included in our claim with **indebiti solutio** payments and undisclosed gains, nullified by Colossians 2:14.

2. **Relevance**: This evidence strengthens Counts I (fraud, K.S.A. 21-5801), II (identity theft, 18 U.S.C. § 1028), III (involuntary servitude, 13th Amendment), IV (trespass, K.S.A. 60-2101), and V (unjust enrichment), as Defendants' synthetic 'person' trespassed our unalienable Christian names Timothy and Mary, imposing debts nullified by Colossians 2:14 for living man (Bouvier's, 1856), in Christ.

3. **No Prejudice**: Supplementing does not prejudice Defendants, as litigation is ongoing, and new evidence supports claims before this God-ordained Court (Romans 13:1-7).

WHEREFORE, Plaintiffs request leave to supplement the Amended Complaint with this evidence, 2 billion sought, restitution for **indebiti solutio** payments, and relief as just (John 16:33).

Dated: June 9, AD 2025

In Christ Authority and in Jesus' name, *[signatures: Timothy J. Smithe, Mary A. Smithe]*

/s/ Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

(951)466-6994, TrustEquity2025@proton.me

**Prayer for Defendants, Clerk, and Judges**

Heavenly Father, King of kings and Lord of lords, we come before You in the precious name of Jesus Christ, our Savior, who canceled our debts on the cross (Colossians 2:14). We lift up all defendants in our case—H&R Block, IRS, USPS, and all 32 named—as well as the clerk of the court and the judges, ordained by You (Romans 13:1-7).

Lord, soften their hearts, open their eyes to truth, and guide their actions to do what is right by us, Your children, Tim and Mary, living man and woman created in Your image (Genesis 1:27). Let Your Holy Spirit move them to act with justice, mercy, and love, as You intended, owing nothing but love to one another (Romans 13:8). Grant them the grace to forgive and seek forgiveness, that Your will be done on earth as in heaven (Matthew 6:10).

Father, we trust in Your victory, for You win in the end (Revelation 19:16). Align this case with Your perfect plan, exposing fraud and restoring what was stolen, that all may see Your glory. We pray in Jesus' holy name, Amen.

*Timothy and Mary*