UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

Plaintiffs,

V.

United States Postal Service, et al., Defendants.

**Case No.:25-CV-1072**

**RESPONSE TO COURT'S ORDER GRANTING TCB'S EXTENSION OF TIME**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian Names Timothy and Mary, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and respond to the Court's Order filed June 6, AD 2025, granting Defendant TriState Capital Bank ("TCB") an extension of time to respond to the Amended Complaint (Doc. 33-1, filed June 9, AD 2025). Guided by truth (John 8:32) and Colossians 2:14, we state before this God-ordained Court (Romans 13:1-7):

1. The Court granted TCB an extension to respond to the Amended Complaint, setting a new deadline of June 16, AD 2025, following TCB's counsel's appearance as LEAD ATTORNEY, ATTORNEY TO BE NOTICED (filed June 2, AD 2025).

2. Plaintiffs acknowledge the Court's Order but note that USPS Informed Delivery confirms TCB has not been served the original Complaint (ECF No. 1) due to USPS losing certified mail twice (Exhibit A-4, filed June 9, AD 2025), raising suspicion of misconduct, as service was attempted on May 1 and 19, AD 2025, at 301 Grant St, Suite 2700, Pittsburgh, PA 15219.

FILED
U.S. District Court
District of Kansas

JUN 11 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

3. Despite TCB's counsel, Cameron E. Grant, acknowledging notice via appearance, Plaintiffs reserve all rights to pursue default if TCB fails to respond by the extended deadline, as their non-service supports our claims of fraud (K.S.A. 21-5801), identity theft (18 U.S.C. § 1028), and unjust enrichment (Count V) for ~$1.95 million in fraudulent loans (Exhibit A-4, A-6), nullified by Colossians 2:14.

4. Plaintiffs request the Court ensure TCB's compliance with the extended deadline and investigate USPS's repeated failure to deliver certified mail, impacting our $2 billion claim for stolen labor and **indebiti solutio** (Bouvier's Law Dictionary, 1856).

WHEREFORE, Plaintiffs acknowledge the Court's Order, reserve rights to pursue default, request oversight of TCB's response and investigation of USPS misconduct, and seek relief as just (John 16:33).

Dated: June 10, AD 2025

In Christ Authority and in Jesus name,

/s/ Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names,co heirs with Christ and beneficiaries,

(951)466-6994, TrustEquity2025@proton.me