UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

Plaintiffs,

v.

United States Postal Service, et al., Defendants.

FILED
U.S. District Court
District of Kansas

JUN 11 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

**Case No.: 25-CV-1072**

**NOTICE OF CLARIFICATION REGARDING SUCCESSOR DEFENDANT**

COME NOW Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, with private unalienable Christian names Timothy and Mary, property of Jesus Christ, appearing pro se as co-heirs with Christ (Romans 8:17), and file this Notice of Clarification to confirm Old National Bank as the successor to Defendant First Midwest Bank in this action alleging fraud, identity theft, involuntary servitude, tortious trespass, and unjust enrichment (Amended Complaint, Doc. 33-1, filed June 9, 2025). Guided by truth (John 8:32) and Colossians 2:14, we state before this God-ordained Court (Romans 13:1-7):

1. Defendant First Midwest Bank, named in the original Complaint (ECF No. 1, served ~April 29–May 8, 2025), was acquired by Old National Bank in AD 2022, making Old National the successor entity responsible for First Midwest's liabilities (Exhibit A-6, mortgage/loan fraud).

2. Service on First Midwest was obstructed by USPS system issues (Exhibit A-4), but counsel for First Midwest appeared, and Old National Bank retained counsel on June 4,

AD 2025, acknowledging notice. A summons was sent to Old National Bank on May 30, AD 2025, PO BOX 918 , Evansville, IN 47706.

3. This clarification ensures Old National Bank is recognized as First Midwest's successor, liable for claims of fraud (K.S.A. 21-5801), identity theft (18 U.S.C. § 1028), and unjust enrichment (Count V) due to synthetic "person" misuse (Exhibit A-3, FOIA "no citizen"; Exhibit A-6), without amending the complaint to avoid delays.

4. This Notice supports our Request for Entry of Default (filed June 10, AD 2025) against non-responsive Defendants, excluding Citibank, N.A., and Wintrust Financial Corporation (replied), and reinforces our $2 billion claim for stolen labor, **indebiti solutio** (Bouvier's Law Dictionary, 1856), evidenced by a $800,000 IRS lien, close to $300,000 withheld credit, and ~$1.95 million fully satisfied TriState loans (Exhibit A-1 to A-6), nullified by Colossians 2:14.

WHEREFORE, Plaintiffs notify the Court and Defendants that Old National Bank is the successor to First Midwest Bank, requesting relief as just (John 16:33).

Dated: June 10, AD 2025

/s/ Timothy Joseph, Smithe and Mary Astor, Smithe, Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

In Christ Authority and in Jesus name.

℅ 203 S Clarence Street, Wichita, Kansas,

(951)466-6994, TrustEquity2025@proton.me