## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY JOSEPH SMITHE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC HEALTH, et al., <br><br> Defendants. | Case No. 6:25-cv-01072-DDC-GEB |

### DEFENDANT HRB TAX GROUP'S
### MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant HRB Tax Group, Inc. ("H&R Block"), respectfully moves to dismiss Plaintiffs Timothy Joseph Smithe and Mary Astor Smithe ("Plaintiffs") Complaint for Temporary Restraining Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). As set forth in the accompanying Memorandum in Support, this case should be dismissed for independently sufficient reasons.

Plaintiffs' scripture-based claims do not invoke federal subject-matter jurisdiction and must be dismissed under Rule 12(b)(1). As explained in the accompanying Memorandum in Support, this Court has recognized in several cases that it does not have subject-matter jurisdiction over claims involving fantastical conspiracies, which are wholly implausible and frivolous, and therefore fail to state a plausible claim for relief. Plaintiffs have not met their burden to establish that subject-matter jurisdiction exists; accordingly, their claims should be dismissed under Rule 12(b)(1).

*Second,* Plaintiffs, throughout their Amended Complaint (Doc. 80) and several versions of subsequent filings, fail to state a claim for relief with particularity against H&R Block. Plaintiffs have not presented a plausible claim for relief, which justifies dismissal under Rule 12(b)(6).

Accordingly, this Court should dismiss the Complaint in its entirety.

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

*/s/ A. Alexander DeMasi*
A. Alexander DeMasi, KS Bar #28045
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:      (816) 561-7007
Facsimile:       (816) 561-1888
Email:              ademasi@berkowitzoliver.com

***Attorney for Defendant H&R Block***

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I filed a copy of the foregoing with Court using the CM/ECF system, which was sent to all counsel of record. In addition, I mailed copies of the foregoing via certified mail to the following *pro se* parties:

Timothy Joseph Smithe
203 S. Clarence St.
Wichita, KS 6721

Mary Astor Smithe
203 S. Clarence St.
Wichita, KS 67213

*/s/ A. Alexander DeMasi*
***Attorney for Defendant H&R Block***