# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY JOSEPH SMITHE, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>          Defendants. | Case No. 6:25-cv-01072-DDC-GEB |

## DEFENDANT HRB TAX GROUP, INC.'S MOTION TO STRIKE PLAINTIFFS' MOTION FOR ISSUANCE OF SUBPOENAS.

Defendant HRB Tax Group, Inc. ("H&R Block"), by and through its undersigned counsel of record, respectfully moves to strike Plaintiffs Timothy Joseph Smithe and Mary Astor Smithe's ("Plaintiffs") Motion for Issuance of Subpoenas (Doc. 81) in its entirety. In support of this Motion, H&R Block states as follows:

1.  Plaintiffs' motion seeks wide-ranging subpoenas directed to more than a dozen federal agencies, financial institutions, and private entities for documents allegedly evidencing a sweeping conspiracy based on "synthetic persons," biblical references, and various misinterpretations of federal law.

2.  The motion is procedurally improper. Plaintiffs did not comply with D. Kan Rules 7.1(a) or 37.2 regarding conferral with opposing parties. Nor did they use the appropriate procedure for requesting subpoenas under Fed. R. Civ. P. 45(a)(3), which requires leave of court on if the subpoenas are to be issued on behalf of parties not yet appearing.

3.  The motion is substantially deficient. Plaintiffs fail to demonstrate the relevance, proportionality, or discoverability of the broad categories of documents sought under Fed. R. Civ.

P. 26(b)(1). Instead, the motion advances incoherent claims based on religious doctrine and pseudo-legal concepts, including "indebiti solution payments", "co-heirs in Christ," and citations to Bouvier's Law Dictionary (1856), none of which establish good cause or legal entitlement to the requested discovery.

4. The motion is harassing and unduly burdensome. Plaintiffs demand voluminous records spanning six decades, some of which do not appear relevant or proportional to the needs of the case—assuming Plaintiffs have articulated a coherent claim at all. The motion further appears intended to circumvent the proper discovery channels and needlessly multiple proceedings.

5. Under Fed. R. Civ. P. 12(f), the Court may strike "any redundant, immaterial, or scandalous matter." Plaintiffs' motion is replete with immaterial and impertinent content that should be stricken in its entirety.

WHEREFORE, Defendant HRB Tax Group, Inc. respectfully requests that the Court strike Plaintiffs' Motion for Issuance of Subpoenas (Doc. 81), and grant such other and further relief as the Court deems just and proper under the circumstances.

Dated: June 16, 2025                     Respectfully submitted,

                                         **BERKOWITZ OLIVER LLP**

                                         */s/ A. Alexander DeMasi*
                                         A. Alexander DeMasi, KS Bar #28045
                                         2600 Grand Boulevard, Suite 1200
                                         Kansas City, Missouri 64108
                                         Telephone:   (816) 561-7007
                                         Facsimile:   (816) 561-1888
                                         Email:       ademasi@berkowitzoliver.com

                                         ***Attorney for Defendant HRB Tax Group, Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2025, I filed a copy of the foregoing with Court using the CM/ECF system, which was sent to all counsel of record. In addition, I mailed copies of the foregoing via certified mail to the following *pro se* parties:

Timothy Joseph Smithe
203 S. Clarence St.
Wichita, KS 6721

Mary Astor Smithe
203 S. Clarence St.
Wichita, KS 67213

                                            */s/ A. Alexander DeMasi*
                                            **Attorney for Defendant HRB Tax Group, Inc.**