IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY JOSEPH SMITHE FOREIGN GRANTORS TRUST, et al, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ILLINOIS DEPARTMENT OF )<br>PUBLIC HEAL, DIRECTOR OF et al. )<br>)<br>Defendants. )<br>) | Case No. 6:25-CV-01072-DDC |

## MOTION TO EXTEND ANSWER DEADLINE

COMES NOW, Defendant Bank of America, N.A. (hereinafter, "BANA") and for its Motion to Extend Answer Deadline states as follows:

1. Defendant Bank of America, N.A. requests an Extension of Time in which to file its Answer or otherwise respond to Plaintiffs' First Amended Petition (Doc. 80).

## STATEMENT OF FACTS

2. On April 21, 2025, Plaintiffs filed their Complaint. (Doc. 1)

3. On May 7, 2025, the Court issued a Show Cause due to procedural deficiencies in the Complaint. (Doc. 9)

4. On April 21, 2025, Plaintiffs filed a Motion to Extend Evidence Submission. (Doc. 6).

5. On May 12, 2025, the Court issued a text Order denying the request as premature as the Fed. R. Civ. 26(f) conference had not yet occurred. (Doc. 23)

6.      On May 12, 2025, Plaintiffs sought leave to file their First Amended Complaint. (Doc. 25).

7.      On May 14, 2025, the Court Denied the Motion for Leave as it did not have an Amended Complaint attached and the Plaintiffs had been previously told not to file without counsel entered because they claimed to be trust. (Doc. 30)

8.      On May 19, 2025, Plaintiffs filed a Motion for Leave to Amend their Complaint. (Doc. 33)

9.      On May 30, 2025, the Court determined the Plaintiffs have shown cause on why the matter should not be dismissed based upon their proposed Amended Complaint. (Doc. 60)

10.     On June 4, 2025, the Court granted Plaintiffs Motion for Leave to Amend Complaint and order that they Amended Complaint must be filed by June 9, 2025. (Doc. 68)

11.     On June 9, 2025, Plaintiffs filed their Amended Complaint. It should be noted the Amended Complaint that was filed is different from the Amended Complaint attached to Plaintiffs Motion. (Doc. 80)

## ARGUMENT

12.     Defendant's current deadline to Answer or otherwise respond to Plaintiffs' First Amended Complaint is June 23, 2025.

13.     Defendant requests an extension of time of 30 days to provide its Answer or responsive pleadings up to July 23, 2025.

14. Defendant brings this request in the interest of justice and not for the purpose of hindering or unduly delaying these proceedings. Plaintiff will not be prejudiced by the requested extension, given the early state of these proceedings.

15. This Motion is made prior to the expiration of the Answer deadline.

Wherefore, Defendant Bank of America, N.A. respectfully requests that this Court enter its order granting Defendant's Motion and Extending the Answer Deadline for thirty (30) days, or for such further relief as is just and proper.

                                                Respectfully submitted,
                                                **MILLSAP & SINGER, LLC**
                                  By:   */s/ James Eric Todd*
                                                James Eric Todd, #24297
                                                612 Spirit Drive
                                                St. Louis, MO 63005
                                                (636) 537-0110
                                                (636) 537-0067 Fax
                                                jtodd@msfirm.com
                                                Attorney for Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 18, 2025, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all persons receiving notice thereby and via US Mail, postage prepaid to parties without access to the court's CM/ECF system at:

Timothy Joseph Smithe
Mary Astor Smithe
203 S. Clarence St
Wichita, KS 67213
*Pro Se Plaintiff's*

                                                /s/ James Eric Todd
                                                  James Eric Todd