IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY JOSEPH SMITHE FOREIGN GRANTORS TRUST, ET AL., <br><br> Plaintiffs, <br><br> v. <br> ILLINOIS DEPARTMENT OF PUBLIC HEALTH, ET AL. <br><br> Defendants. | Cause No. **6:25-CV-01072-DDC** |

**WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL FOR DEFENDANT BANK OF AMERICA AND JOINDER TO DEFENDANT, WELLS FARGO BANK'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT JP MORGAN CHASE BANK, N.A.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

COME NOW James Eric Todd of Millsap of Singer, LLC, pursuant to Local Rule 83.5.5(c), and hereby withdraws as counsel of record for Defendant, Bank of America in the above-captioned matter. Adam G. Breeze of Millsap & Singer, LLC hereby enters his appearance as substitute counsel for said party.

As a matter of further pleading, Bank of America, and pursuant to Rule 12(g) *Federal Rules of Civil Procedure* hereby asserts its joinder or adoption by reference the entirety Defendant Wells Fargo Bank's *Motion to Dismiss Plaintiffs' Amended Complaint* (Doc. 139 CM/ECF filed on June 23, 2025) and Defendant JP Morgan Chase Bank, N.A.'s *Motion to Dismiss for Failure to State a Claim* (Doc. 145 CM/ECF filed on June 23, 2025) as

Plaintiffs' amended complaint (Doc. 80 CM/ECF filed on June 9, 2025) lacks subject matter jurisdiction, it also fails to assert claim upon which relief can be granted, and further leave to amend would be futile.

WHEREFORE, Defendant Bank of America, respectfully requests the Court issue an order dismissing Plaintiffs' Amended Complaint (Doc. 80 CM/ECF) with prejudice, and for any and all such further relief as the Court deems necessary and appropriate under the circumstances.

| BY: | BY: |
|---|---|
| MILLSAP & SINGER, LLC | MILLSAP & SINGER, LLC |
| | |
| /s/ James Eric Todd_____ | /s/ Adam G. Breeze_____ |
| James Eric Todd, #64199 | Adam G. Breeze, #60920MO |
| 8900 Indian Creek Parkway, Ste 180 | 612 Spirit Drive |
| Overland Park, KS 66210 | St. Louis, MO 63005 |
| Telephone: (636) 519-3719 | Telephone: (636) 537-0110 |
| Fax: (636) 537-0067 | Fax: (636) 537-0067 |
| jtodd@msfirm.com | abreeze@msfirm.com |
| WITHDRAWING ATTORNEY | SUBSTITUTING ATTORNEY |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that pursuant to Rule5(b) *Federal Rules of Civil Procedure* on June 23, 2025, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all persons receiving notice thereby and via US Mail, postage prepaid to parties without access to the court's CM/ECF system at:

Timothy Joseph Smithe
Mary Astor Smithe
203 S. Clarence St
Wichita, KS 67213
*Pro Se Plaintiffs*

                                                                                           _/s/ Adam G. Breeze_