# EXHIBIT A

**to Old National Bank's Motion to
Confirm Dismissal or, in the alternative, to
Dismiss Under Rules 12(b)(1) and 12(b)(6)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TIMOTHY JOSEPH SMITHE and MARY )
ASTOR SMITHE, )
 )
                Plaintiffs, )
 )   Case No. 6:25-cv-01072
v. )
 )
DIRECTOR OF ILLINOIS DEPARTMENT )
OF PUBLIC HEALTH, *et al.*, )
 )
                Defendants. )

### DECLARATION OF PATTI MALONE

I, Patti Malone, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am over the age of twenty-one, and am fully competent to testify about the facts set forth in this declaration, each of which is based on my own personal knowledge as informed by the corporate business records of my employer, Old National Bank ("ONB" or the "Bank"). I am providing this declaration in support of ONB's *Motion to Confirm Dismissal or, in the alternative, to Dismiss Complaint under Rule 12(b)(1) and Rule 12(b)(6),* in the above-captioned matter.

    2.    I am employed as a legal administrator at ONB and, in that capacity, I am generally familiar with the Bank's current and historical business operations, and its maintenance of corporate business records pertaining to its current and historical customers.

    3.    On February 16, 2022, First Midwest Bank ("First Midwest") and ONB merged into one entity, and ONB became the sole going concern and successor-in-interest to all of First Midwest's assets, including all business and account records pertaining to First Midwest's current and historical customers.

4.	ONB operates and maintains a corporate record-keeping system, which contains relevant customer contact information for every current and historical customer of ONB and each of the Bank's predecessors-in-interest (including, *inter alia*, First Midwest). Included within ONB's corporate record-keeping system is the name and address of each and every customer who currently has, or has ever had, any mortgage, loan, checking account, deposit account, or other customer relationship with ONB or First Midwest.

5.	I have performed a diligent search of ONB's corporate record-keeping system for any and all customer information concerning each of the named Plaintiffs in this lawsuit – i.e., "Timothy Joseph Smithe" and "Mary Astor Smithe." Based on this search, I affirm that ONB has no record of either (or both) of the named Plaintiffs in this lawsuit ever having any mortgage, loan, checking account, deposit account, or other customer relationship with ONB or First Midwest at any point in time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 23, 2025

_____
Patti Malone