FILED
U.S. District Court
District of Kansas

JUN 25, 2025

Clerk, U.S. District Court
By \_\_\_\_\_ Deputy Clerk

U.S. DISTRICT COURT, DISTRICT OF KANSAS

Case No. 25-cv-1072

Timothy Joseph, Smithe, and Mary Astor, Smithe,

Private Unalienable Christian Names, and Co Heirs with Christ and Beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

Plaintiffs,

V.

United States, Bureau of Indian Affairs, Bureau of Fiscal Service, Department of Homeland Security, Office of Federal Student Aid, Department of Health and Human Services, Internal Revenue Service, Social Security Administration, United States Postal Service, United States Attorney for the District of Kansas, United States Attorney General, H&R Block Tax Group, Inc., Wintrust Financial Corporation, Fidelity Brokerage Services LLC, Citibank, N.A., JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., Bank of America, N.A., Capital One, N.A. (successor to Discover Bank), U.S. Bank National Association, Byline Bank, Lake Mortgage Company, Inc., American Express Company, Ocwen Financial Corporation, Old National Bank, Alex Giannoulias (Illinois Secretary of State, private capacity), Charles Schwab & Co., Inc., Kwame Raoul (Illinois Attorney General, private capacity), Kris Kobach (Kansas Attorney General, private capacity), Scott Schwab (Kansas Secretary of State, private capacity), Dr. Sameer Vohra (Illinois Department of Public Health Director, private capacity), City of Wichita, Wichita Water Utilities, Evergy, Kansas Gas Service (proposed defendants), Defendants.

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs, Timothy Joseph, Smithe, and Mary Astor, Smithe, unalienable Christian names Timothy and Mary, co-heirs with Christ (Romans 8:17), pro se, move under FRCP 15(a)(2) for leave to file a Second Amended Complaint to substitute ourselves as individual plaintiffs, confirm all 32 defendants (Doc. 102, June 10, 2025 AD), including Kris Kobach (Kansas Attorney General, private capacity), and clarify claims, invoking the office of the Father (John 8:32). With Jesus, our mediator (1 Timothy 2:5), we submit to God-ordained authority (Romans 13:1), addressing Docs. 51, 107, 128's concerns about plaintiff status, defendant list discrepancies, and specificity. We seek equitable restoration of credit, not cash, for $1.3B in harm (Doc. 80, ¶ 12, June 9, 2025 AD), per our faith (Matthew 6:24). Defendants' motions to dismiss (e.g., Doc. 119, June 16, 2025 AD) mock our claims as "frivolous," ignoring evidence (Exhibits A, Jamnik email, June 26, 2023 AD; Cook County Doc. #2320940003; SF-95s, June 23, 2025 AD). As Psalm 91:1 protects us, we request leave to amend by July 1, 2025 AD.

## I. INTRODUCTION

Doc. 80 (June 9, 2025 AD) alleges fraud (K.S.A. 21-5801), identity theft (18 U.S.C. § 1028 via FTCA), and unjust enrichment from 1965–2025 AD, including IRS's est. $8M tax theft (Exhibit A-5, 2013–2025 AD), BFS reversals (¶ 7(a), 2023–2024 AD), SSA's SSN misuse (Exhibit A, FOIA April 2025 AD), Citibank's mortgage fraud (Cook County Doc. #2320940003, 2010–2023 AD), Ocwen's foreclosure (1987–2009 AD), Wells Fargo/Bank of America levies (Exhibit A, 2023–2024 AD), and potential BIA IIM/BFS accounts (1965–2025 AD, Exhibit A). Doc. 107 (June 20, 2025 AD) suggests a drafting error omitting defendants (Kobach, Schwab, Giannoulias, Vohra, Raoul, U.S. Bank, Byline Bancorp, Lake Mortgage, American Express), clarified by Doc. 102. Docs. 51, 128 (2025 AD) note we're not plaintiffs—trusts are (*Lain*, 773 F. App'x 476, 10th Cir. 2019 AD)—and criticize conclusory allegations. BIA refused FOIA

requests (2025 AD), and BFS's response (June 5, 2025 AD, received June 21, 2025 AD) lacked substance. Our demand letter (June 2025 AD) verifies identities via Sedgwick County records. We seek to amend to establish ourselves as plaintiffs, confirm defendants, and detail claims with evidence. Guided by Colossians 2:14, we pursue truth.

## II. LEGAL STANDARD

FRCP 15(a)(2) allows amendment with court leave, granted freely when justice requires (*Foman v. Davis*, 371 U.S. 178, 1962 AD). Amendments are denied only for undue delay, bad faith, or futility (*Minter v. Prime Equip. Co.*, 451 F.3d 1196, 10th Cir. 2006 AD). Pro se leniency applies (*Haines v. Bellmon*, 935 F.2d 1106, 1991 AD).

## III. ARGUMENT

### A. Amendment Is Justified

Amendment corrects Doc. 80's errors and addresses court concerns:

1. **Plaintiff Status**: Substitutes us as individuals, removing trusts (Doc. 34, June 9, 2025 AD; *Foman*), addressing Doc. 51.
2. **Defendant List**: Confirms 32 defendants (Doc. 102), including Kobach, Schwab, Giannoulias, Vohra, Raoul, U.S. Bank, Byline Bancorp, Lake Mortgage, American Express, resolving Doc. 107's discrepancy.
3. **Specificity**: Details claims with evidence: IRS's $8M tax theft (Exhibit A-5, 2013–2025 AD), BFS reversals (Exhibit, 2023–2024 AD), SSA's SSN misuse (Exhibit A, 1965–2025 AD), Citibank's mortgage fraud (Cook County Doc. #2320940003, 2010–2023 AD), Ocwen's foreclosure (1987–2009 AD), Wells Fargo/Bank of America levies (Exhibit A, 2023–2024 AD), Old National Bank loans (Jamnik email, June 26, 2023 AD), and BIA IIM/BFS accounts (1965–2025 AD, Exhibit A). Some evidence is

unavailable due to defendants' actions (H&R Block withholding since 2024 AD, Fidelity no records, BIA/BFS FOIA refusals, 2025 AD), as explained in our Affidavit and Declaration (filed concurrently), justifying the Motion for Accounting (to be filed by July 8, 2025 AD), addressing Docs. 51, 128 (*Iqbal*, 556 U.S. 662).

4. **No Delay or Bad Faith**: Timely filing post-Doc. 107 (June 20, 2025 AD) shows good faith (*Foman*).

5. **Not Futile**: Claims are plausible (K.S.A. 21-5801, 18 U.S.C. § 1028 via FTCA, *Cantley v. Jacobson Holdings*, 2024 WL 2321083, D. Kan. 2024 AD).

## B. Private Capacity Suits

Kobach, Schwab, Giannoulias, Vohra, and Raoul are sued in their private capacities, evading Eleventh Amendment immunity (*Hafer v. Melo*, 502 U.S. 21, 1991 AD). Evidence (Exhibit A-3, FOIA April 2025 AD) supports their fraud.

## C. No Prejudice

Defendants are notified (Doc. 80, Doc. 102), and amendment aligns with discovery (Motion for Accounting, to be filed by July 8, 2025 AD) and summons issuance (filed concurrently). Pro se leniency applies (*Haines v. Bellmon*).

## IV. CONCLUSION

In Christ's authority (Colossians 2:14), we request leave to file a Second Amended Complaint by July 1, 2025 AD, to establish plaintiffs, confirm defendants, and clarify claims.

## V. CERTIFICATE OF SERVICE

Served all 32 defendants and counsel (A. Alexander DeMasi, Berkowitz Oliver LLP, 2600 Grand Blvd, Kansas City, MO 64108; Christopher Allman, Assistant U.S. Attorney, 301 N Main St, #1200, Wichita, KS 67202; Adam G. Breeze, Millsap & Singer, LLC, 8900 Indian Creek Pkwy,

Overland Park, KS 66210; Kathryn T. Alsobrook, Old National Bank), certified mail for United States, BFS, IRS, SSA, Kobach, Schwab, Giannoulias, Vohra, Raoul, first-class mail for others, June 26-27, 2025 AD, despite USPS tampering (Exhibit A.) Proposed defendants (City of Wichita, Wichita Water Utilities, Evergy, Kansas Gas Service) served for notice only, no summons pending amendment.

/s/ Timothy Joseph, Smithe, and Mary Astor, Smithe,

Private Unalienable Christian Names, and Co Heirs with Christ and Beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas,

June 25, 2025 AD

**Attachments**: Affidavit of Mary Astor, Smithe (notarized, with clarifying statement), Declaration Regarding Unavailable Evidence, Exhibits A, Jamnik Email, Cook County Doc. #2320940003, SF-95s