U.S. DISTRICT COURT, DISTRICT OF KANSAS

**Case No. 25-cv-1072**

Timothy Joseph, Smithe and Mary Astor, Smithe,

Private Unalienable Christian Names,co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas

Plaintiffs,

v.

United States, Bureau of Indian Affairs, Bureau of Fiscal Service, Department of Homeland Security, Office of Federal Student Aid (FSA), Department of Health and Human Services, Internal Revenue Service, Social Security Administration, United States Postal Service, United States Attorney for the District of Kansas, United States Attorney General, H&R Block Tax Group, Inc., Wintrust Financial Corporation, Fidelity Brokerage Services LLC, Citibank, N.A., JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., Bank of America, N.A., Capital One, N.A. (successor to Discover Bank), U.S. Bank National Association, Byline Bank, Lake Mortgage Company, Inc., American Express Company, Ocwen Financial Corporation, Old National Bank (successor to First Midwest Bank), Tristate Capital Bank, Alex Giannoulias, in his individual capacity, Kwame Raoul, in his individual capacity, Kris Kobach, in his individual capacity, Scott Schwab, in his individual capacity, Dr. Sameer Vohra, in his individual capacity, City of Wichita, Wichita Water Utilities, Evergy, Kansas Gas Service,

Defendants.

**SECOND AMENDED COMPLAINT**

Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, unalienable Christian names Timothy and Mary, co-heirs with Christ (Romans 8:17), pro se, invoke the office of the Father in Jesus' name (John 8:32), submitting to God-ordained authority (Romans 13:1). Pursuant to FRCP 15(a)(2) and D. Kan. R. 15.1(a), Plaintiffs file this Second Amended Complaint to clarify claims against 35 defendants, including Tristate Capital Bank (301 Grant St, Pittsburgh, PA 15219) due to their counsel's appearance (Doc. 161) and prior inclusion in the original complaint, for fraud, identity theft, involuntary servitude, trespass, and unjust enrichment, seeking $2 billion in credit restitution for harm from 1965–2025 AD, as alleged in Doc. 80 (June 9, 2025 AD). This corrects clerical errors in the June 25, 2025 AD filings (Docs. [TBD]): (1) replacing "United States Department of Education" with "Office of Federal Student Aid (FSA)" (400 Maryland Ave SW, Washington, DC 20202); (2) correcting Charles Schwab typo; (3) designating state defendants in their individual capacities (Kris Kobach, Scott Schwab, Alexander Giannoulias, Dr. Sameer Vohra, Kwame Raoul); (4) clarifying Old National Bank as successor to First Midwest Bank (merged February 15, 2022); (5) adding Tristate Capital Bank due to prior service attempts (Doc. 77, found moot, June 26, 2025 AD); (6) updating Plaintiffs' address to "c/o 123 S Clarence St, Wichita, Kansas" (without zip code, avoiding residency claim); (7) updating service dates to June 28–30, 2025 AD. Per the court's orders (June 26, 2025 AD), Motions 4, 35, 72, 79, 82, 101, 128, and 164 were denied, and Motions 75, 81, 113, and 167 were denied as premature, with related motions to strike (Docs. 124, 125, 134, 153, 154, 155) denied as moot. Per the court's order (June 26, 2025 AD), Motion for Alias Summons (Doc. 77) for Tristate Capital Bank was found moot, but Tristate is included as a defendant. Evidence is consolidated into one Exhibit A: Evidence Supporting Claims of Fraud and Identity Theft (with cover sheet listing FOIA responses, Jamnik Email, Cook County Doc. #2320940003, SF-95s, USPS Tampering Records).

Guided by Psalm 91:1, Plaintiffs allege defendants' unauthorized use of their SSNs ([redacted], Exhibit A, FOIA Response, April 26, 2025 AD) caused financial ruin, rejecting Caesar's fraud for God's authority (Matthew 6:24).

I. INTRODUCTION

From 1965–2025 AD, defendants conspired to misuse Plaintiffs' SSNs ([redacted], Exhibit A, FOIA Response, Timothy, June 22, 2023 AD; Mary, October 5, 2023 AD) to facilitate est.$8 million in tax theft (Exhibit A, IRS Tax Theft Records, 1979–2024 AD Timothy; 1996–2024 AD Mary), $5 million in loan fraud (Exhibit A, Jamnik Email, June 26, 2023 AD; Loan Fraud Records, 1980–2025 AD), and $800,000 in fraudulent liens (Exhibit A, Lien Records, 2013–2025 AD), causing $2 billion in aggregate harm (Doc. 80, ¶ 12). Federal defendants (United States, BIA, BFS, DHS, Office of Federal Student Aid (FSA), HHS, IRS, SSA, USPS, U.S. Attorney, Attorney General) enabled systemic fraud through SSN misuse and tax levies. Private defendants (H&R Block, Wintrust, Fidelity, Citibank, JPMorgan Chase, Wells Fargo, Bank of America, Capital One, U.S. Bank, Byline, Lake Mortgage, American Express, Ocwen, Old National Bank, Tristate Capital Bank) issued unauthorized loans and accounts. State defendants (Kobach, Schwab, Giannoulias, Vohra, Raoul, in their individual capacities) facilitated identity theft via state systems. Local defendants (City of Wichita, Wichita Water Utilities, Evergy, Kansas Gas Service) profited from fraudulent utility liens. Plaintiffs' Corrected Affidavit (June 27, 2025 AD, original notarized signature from June 25, 2025 AD) and Exhibit A (recorded with county recorder, August 2024 AD, SF-95s) prove these acts, supporting claims under federal and Kansas law (Colossians 2:14).

II. JURISDICTION AND VENUE

This Court has jurisdiction under:

1. 28 U.S.C. § 1331 (federal question): Claims under 18 U.S.C. § 1341 (mail fraud), 15 U.S.C. § 1681 (FCRA, *Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 52, 2007), 28 U.S.C. § 1346(b) (FTCA, SF-95s filed June 23, 2025 AD, Exhibit A, tolled by 2023 AD fraud discovery, *Barnes v. United States*, 776 F.3d 1134, 1145, 10th Cir. 2015), and 13th Amendment (involuntary servitude).

2. 28 U.S.C. § 1367 (supplemental): Kansas claims under K.S.A. 60-513 (fraud), K.S.A. 60-2101 (trespass).

3. 28 U.S.C. § 1332 (diversity): Amount exceeds $75,000 ($2 billion); defendants are diverse (e.g., Citibank in New York, Tristate Capital Bank in Pennsylvania, *Home Depot U.S.A., Inc. v. Jackson*, 139 S. Ct. 1743, 1746, 2019).

Venue is proper under 28 U.S.C. § 1391(b)(2) as substantial events (e.g., IRS levies, utility liens, Exhibit A, IRS Tax Theft Records, Lien Records) occurred in Kansas.

III. PARTIES

1. **Plaintiffs**: Timothy Joseph, Smithe and Mary Astor, Smithe, c/o 203 S Clarence St, Wichita, Kansas.

2. **Federal Defendants**:

- United States, served via U.S. Attorney (301 N Main St, #1200, Wichita, KS 67202) and Attorney General (950 Pennsylvania Ave NW, Washington, DC 20530).

- Bureau of Indian Affairs (BIA), 1849 C St NW, Washington, DC 20240.

- Bureau of Fiscal Service (BFS), P.O. Box 1328, Parkersburg, WV 26106-1328.

- Department of Homeland Security (DHS), 2707 Martin Luther King Jr Ave SE, Washington, DC 20528.

- Office of Federal Student Aid (FSA), 400 Maryland Ave SW, Washington, DC 20202.

- Department of Health and Human Services (HHS), 200 Independence Ave SW, Washington, DC 20201.

- Internal Revenue Service (IRS), 1111 Constitution Ave NW, Washington, DC 20224.

- Social Security Administration (SSA), 6401 Security Boulevard, Baltimore, MD 21235.

- United States Postal Service (USPS), 475 L'Enfant Plaza SW, Washington, DC 20260.

- United States Attorney for the District of Kansas, 301 N Main St, #1200, Wichita, KS 67202.

- United States Attorney General, 950 Pennsylvania Ave NW, Washington, DC 20530.

3. **Private Defendants**:(See Exhibit A for Counsel to Be Noticed and Address)

- H&R Block Tax Group, Inc., 1300 Main St, Kansas City, MO 64105.

- Wintrust Financial Corporation, 9700 W Higgins Rd, Rosemont, IL 60018.

- Fidelity Brokerage Services LLC, 100 Crosby Pkwy, Covington, KY 41015.

- Citibank, N.A., 388 Greenwich St, New York, NY 10013.

- JPMorgan Chase Bank, N.A., 270 Park Ave, New York, NY 10017.

- Wells Fargo Bank, N.A., 420 Montgomery St, San Francisco, CA 94104.

- Bank of America, N.A., 100 N Tryon St, Charlotte, NC 28255.

- Capital One, N.A. (successor to Discover Bank), 1680 Capital One Dr, McLean, VA 22102.

- U.S. Bank National Association, 800 Nicollet Mall, Minneapolis, MN 55402.

- Byline Bank, (successor to First Bank and Trust of Evanston) 180 N LaSalle St, Chicago, IL 60601.

- Lake Mortgage Company, Inc., 4425 Ponce De Leon Blvd, Coral Gables, FL 33146

- American Express Company, 200 Vesey St, New York, NY 10285.

- Ocwen Financial Corporation, 1661 Worthington Rd, West Palm Beach, FL 33409.

- Old National Bank (successor to First Midwest Bank), 1 Main St, Evansville, IN 47708.

- Tristate Capital Bank, 301 Grant St, Pittsburgh, PA 15219, served via counsel Thor (address TBD pending PACER confirmation).

4. **State Defendants (in their individual capacities)**:

- Kris Kobach, in his individual capacity, Memorial Hall, 120 SW 10th Ave, Topeka, KS 66612.

- Scott Schwab, in his individual capacity, Memorial Hall, 120 SW 10th Ave, Topeka, KS 66612.

- Alex Giannoulias, in his individual capacity, 213 State Capitol, Springfield, IL 62756.

- Dr. Sameer Vohra, in his individual capacity, 535 W Jefferson St, Springfield, IL 62761.

- Kwame Raoul, in his individual capacity, 100 W Randolph St, Chicago, IL 60601.

5. **Local Defendants**:

- City of Wichita, 455 N Main St, Wichita, KS 67202.

- Wichita Water Utilities, 455 N Main St, Wichita, KS 67202.

- Evergy, 1200 Main St, Kansas City, MO 64105.

- Kansas Gas Service, 7421 W 129th St, Overland Park, KS 66213.

IV. STATEMENT OF FACTS

1. From 1965–2025 AD, defendants misused Plaintiffs' SSNs ([redacted], Exhibit A, FOIA Response, Timothy, June 22, 2023 AD; Mary, October 5, 2023 AD) to open unauthorized accounts, issue loans, and impose levies and liens without consent.

2. Federal defendants (IRS, BFS, Office of Federal Student Aid (FSA)) facilitated $8 million in tax theft through unlawful levies ($2,000 monthly seizures, 2024 AD, Exhibit A, IRS Tax Theft Records).

3. Private defendants (H&R Block, Wintrust, Fidelity, Citibank, JPMorgan Chase, Wells Fargo, Bank of America, Capital One, U.S. Bank, Byline, Lake Mortgage, American Express, Ocwen, Old National Bank, Tristate Capital Bank) issued est.

$5 million in fraudulent loans (Exhibit A, Jamnik Email, June 26, 2023 AD; Loan Fraud Records, 1980–2025 AD; Cook County Doc. #2320940003, July 28, 2023 AD).

4. State defendants (Kobach, Schwab, Giannoulias, Vohra, Raoul, in their individual capacities) enabled identity theft through state systems, contributing to $800,000 in fraudulent liens (Exhibit A, Lien Records, 2013–2025 AD).

5. Local defendants (City of Wichita, Wichita Water Utilities, Evergy, Kansas Gas Service) profited from utility liens tied to SSN misuse.

6. Total harm: $2 billion, including $300,000 credit withheld (Exhibit A, Jamnik Email).

7. Evidence includes Corrected Affidavit (June 27, 2025 AD, original notarized signature from June 25, 2025 AD), FOIA responses, Jamnik Email, Cook County Doc. #2320940003, SF-95s (filed June 23, 2025 AD), and USPS tampering records, recorded with county recorder (August 2024 AD, Exhibit A).

V. LEGAL CLAIMS

1. **Fraud (18 U.S.C. § 1341, K.S.A. 60-513)**: Defendants used Plaintiffs' SSNs to perpetrate mail fraud and state-law fraud, causing $2 billion harm (Exhibit A, FOIA Response, Jamnik Email). *Clinton v. Sec. Benefit Life Ins. Co.*, 63 F.4th 1264, 1274 (10th Cir. 2023) (FRCP 9(b)

particularity met: who—defendants; what—SSN misuse; when—1965–2025 AD; how—unauthorized accounts/levies; where—defendants' systems).

2. **Identity Theft (15 U.S.C. § 1681, FCRA)**: Defendants' SSN misuse caused financial harm, violating FCRA (*Safeco Ins. Co.*, 551 U.S. at 52). Exhibit A (FOIA Response, Cook County Doc. #2320940003).

3. **Involuntary Servitude (13th Amendment)**: Defendants' financial imprisonment via levies and liens constitutes servitude (Exhibit A, IRS Tax Theft Records, $2,000 monthly seizures). *Olsen v. Layton Hills Mall*, 71 F. App'x 7 (10th Cir. 2003, distinguished).

4. **Trespass (K.S.A. 60-2101)**: Defendants trespassed on Plaintiffs' identity via SSN misuse (Exhibit A, FOIA Response).

5. **Unjust Enrichment**: Defendants profited from fraudulent accounts and levies, owing restitution (Exhibit A, Jamnik Email, Loan Fraud Records). *Superlative Grp., Inc. v. WIHO, L.L.C.*, 2014 WL 1385533, *4 (D. Kan. Apr. 9, 2014).

VI. REQUEST FOR RELIEF

Plaintiffs demand:

1. $2 billion in credit restitution for fraud, identity theft, and unjust enrichment.

2. Injunctive relief halting defendants' SSN misuse and levies.

3. Declaratory relief voiding fraudulent accounts, loans, and liens.

4. Sanctions under FRCP 11(c) against defendants' counsel (Allman, DeMasi, Alsobrook, ) for bad-faith filings (eg., Doc. 119, ONB motion, Doc. [TBD]). *McCafferty v. City of Salina*, 2025 WL 977505, *2 (D. Kan. Feb. 10, 2025).

5. Costs and further relief as Colossians 2:14 prevails.

VII. CERTIFICATE OF SERVICE

Served on all 35 defendants and counsel( William H. Henderson, Kansas City 2405 Grand Blvd., Suite 600, Kansas City, MO 64108-2519, William Easley, One Kansas City Place 1200 Main Street, Suite 3800, Kansas City, MO 64105, Michael Rudd, 4900 Main Street, Suite 150, Kansas City MO 64112, A. Alexander DeMasi, 2600 Grand Blvd, Kansas City, MO 64108; Christopher Allman, 301 N Main St, #1200, Wichita, KS 67202; Adam G. Breeze, 612 Spirit Dr. St Louis MO 63005, Kathryn T. Alsobrook, 700 West 47th Street, Suite 410, Kansas City, Missouri 64112; William H. Henderson, 2300 Main St, Kansas City, MO 64108, Tristate Capital Bank c/o Cameron E. Grant, 4600 Madison Avenue, Suite700, Kansas City MO64112, and others) (United States, BIA, BFS, IRS, SSA, DHS, OFSA, HHS, USPS, U.S. Attorney, Attorney General, Kobach, Schwab, Giannoulias, Vohra, Raoul) certified/priority/ first-class mail by Monday June 30, 2025 AD, despite USPS tampering (Exhibit A, USPS Tampering Records)

/s/Timothy Joseph, Smithe and Mary Astor, Smithe,

Private Unalienable Christian Names,co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas

June 27, 2025 AD


Attachments: Corrected Affidavit of Mary Astor, Smithe (notarized June 25, 2025 AD, with clerical corrections), Defendants counsel and service address, Evidence Supporting Claims of Fraud and Identity Theft (FOIA responses, Jamnik Email, Cook County Doc. #2320940003, SF-95s, USPS Tampering Records, with cover sheet)

**Counsel in ℅ Private defendants listed:**

HRB Tax Group, Inc. (H&R Block)-c/o Andrew Alexander DeMasi

Berkowitz Oliver, LLP - KCMO 2600 Grand Boulevard, Suite 1200

Kansas City, MO 64108


Wintrust Financial Corp. and Fidelity Investments c/o William H. Henderson ,c/o Juliet Ann

Cox, William H. Henderson, Kutak Rock LLP - Kansas City 2405 Grand Blvd., Suite 600

Kansas City, MO 64108-2519


Citibank N.A. JP Morgan Chase N.A., c/o William Easley, Bryan Cave Leighton Paisner, LLP

One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105


Wells Fargo N.A., c/o Michael Rudd, Fox Rothschild LLP - KCMO

4900 Main Street, Suite 150, Kansas City MO 64112


Bank of America, c/o Adam G. Breeze, Millsap & Singer, LLC,

612 Spirit Drive, St. Louis, MO 63005


Discover Financial, c/o Ryli Wallace Leader

Burr & Forman LLP, 101 South Tryon Street, Suite 2610

Charlotte, NC 28280

Capital One Bank, c/o Cristina Silva c/o Ryan M. Peck, Morris, Laing, Evans, Brock & Kennedy, Chtd.— 300 N. Mead Street, Suite 200, Wichita, KS 67202-2745.

TriState Capital Bank ℅ Cameron E. Grant, 4600 Madison Avenue, Suite700, Kansas City, MO 64112

Ocwen Financial Corporation, c/o Grant Berning, Justin M. Nichols, Kutak Rock LLP 2405 Grand Blvd., Suite 600, Kansas City, MO 64108-2519

Old National Bank and First Midwest Bank, c/o Kathryn T. Alsobrook, DYSART TAYLOR McMONIGLE BRUMITT & WILCOX, P.C. 700 West 47th Street, Suite 410 Kansas City, Missouri 64112

**U.S. DISTRICT COURT, DISTRICT OF KANSAS**

**Case No. 25-cv-1072**

Timothy Joseph, Smithe and Mary Astor, Smithe,

Private Unalienable Christian Names,co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas

Plaintiffs,

v.

United States, Bureau of Indian Affairs, Bureau of Fiscal Service, Department of Homeland Security, United States Department of Education, Department of Health and Human Services, Internal Revenue Service, Social Security Administration, United States Postal Service, United States Attorney for the District of Kansas, United States Attorney General, H&R Block Tax Group, Inc., Wintrust Financial Corporation, Fidelity Brokerage Services LLC, Citibank, N.A., JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., Bank of America, N.A., Capital One, N.A. (successor to Discover Bank), U.S. Bank National Association, Byline Bank, Lake Mortgage Company, Inc., American Express Company, Ocwen Financial Corporation, Old National Bank,( First Midwest Bank) Alexander Giannoulias (Illinois Secretary of State, individual capacity), Kwame Raoul (Illinois Attorney General, individual capacity), Kris Kobach (Kansas Attorney General, individual capacity), Scott Schwab (Kansas Secretary of State, individual capacity), Dr. Sameer Vohra (Illinois Department of Public Health Director, individual capacity), City of Wichita, Wichita Water Utilities, Evergy, Kansas Gas Service (proposed defendants), Defendants.

1.

**CORRECTED AFFIDAVIT OF Mary Astor, Smithe** This corrects clerical errors in the defendant list (United States Department of Education, Charles Schwab), 34 defendants instead 35 corrected names and capacities of State Officials as defendants, evidence streamlined to Exhibit A only and updated service dates, from the June 25, 2025 AD Affidavit with no substantive changes.

I, Mary Astor, Smithe, unalienable Christian name Mary, co-heir with Christ (Romans 8:17), declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a plaintiff in Case No. 25-cv-1072, acting pro se withTimothy Joseph, Smithe (Timothy), guided by Jesus (1 Timothy 2:5), submitting to God-ordained authority (Romans 13:1).

2. The facts in our Amended Complaint (Doc. 80) and filings (Preliminary Injunction, Oppositions to Docs. 119, 158, Discover merger, ECF 801, Wells Fargo, ONB, FBS, BANA, Federal Defendants, Subpoena/Cost-Shifting Replies) are true.

3. Defendants, including Bank of America/Wells Fargo and Federal Defendants (BIA, BFS, IRS, etc.), misused our SSNs to impose debts (Doc. 80, ¶¶ 5–12).

4. Exhibit A (FOIA, April 2025) confirms "no citizen" status, evidencing synthetic identity fraud.

5. Exhibit A shows Fidelity concealed SSN-tied accounts, potentially as a BFS fiduciary (e.g., T-bills or similar). We accessed a page to see the funds once tied to Timothy's SSN on Fidelity's website, but access was blocked by a white page when we tried to see it again at a later date.

6. Exhibit A documents IRS's $300,000 credit withhold (2019) and est. $8 million tax theft (1979–2024 AD Timothy, 1996– 2024 AD me).

7. Exhibit A shows $800,000 IRS lien (2013–2016 AD), levies by Wells Fargo ( 2023/24 AD), est. $5 million loan fraud, and DOJ passport seizure ( 2023 AD).

8. Exhibit A documents utility shutoffs (2023–2024 AD), risking health.

9. BFS reversed SSN-based payments (Doc. 80, ¶ 7(a)).

10. Steven Jamnik's email (June 26, 2023 AD) confirms Timothy's loans with First Midwest, supporting fraud claims.

11. SF-95s (June 23, 2025 AD) exhaust FTCA claims.

12. Our August 2024 AD county recording affirms our allegiance and faith, not "sovereign citizen" theories.

13. These support fraud (K.S.A. 21-5801), identity theft (18 U.S.C. § 1028 via FTCA), involuntary servitude (13th Amendment), trespass (K.S.A. 60-1001), and unjust enrichment claims, seeking $2 billion (Doc. 80, ¶¶ 13–17). I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2025 AD.

14. **Clarification of Evidence Availability**I, Mary Astor, Smithe, unalienable Christian name Mary, declare under penalty of perjury (28 U.S.C. § 1746) that certain exhibits referenced herein (e.g., Exhibits A- Jamnik email, Cook County Doc. #2320940003, SF-95s) are based on my knowledge and belief from prior access or correspondence, but not all are currently in my possession. Defendants, including H&R Block (withheld records since 2023 AD), Fidelity (no records provided), BIA (FOIA refusal, 2025 AD), and BFS (inadequate FOIA response, June 5, 2025 AD), have restricted access to these records, necessitating the Motion for Accounting (filed concurrently) to obtain them.

My demand letter (June 2025 AD) verifies our identities via Sedgwick County public records, rejecting defendants' requests for private information.

/s/ **Mary Astor, Smithe,**_____.

**NOTARY PUBLIC**

State of Kansas, County of Sedgwick

Subscribed and sworn to before me on this 25 day of June, AD 2025.

Notary Seal:_____.

/s/ Notary Public Name:_____.

Notary Public, State of Kansas, My commission expires: _____.

Subscribed and sworn to before me on this 25 day of June, AD 2025.

Notary Seal: [DORIS EVELYN BLANKENSHIP, Notary Public State of Kansas, My Appt Expires 02/22/2028, Sedgwick County, KS.]

/s/ Notary Public Name: Pam B_____.

Notary Public, State of Kansas, My commission expires: 03/22/2028.