Exhibit A: Evidence Supporting Claims of Fraud and Identity Theft

**Case No. 25-cv-1072**, Smithe et al. v. United States et al.

Submitted by Timothy Joseph, Smithe and Mary Astor, Smithe c/o 203 S Clarence St, Wichita, Kansas

June 26, 2025 AD

1. FOIA Response, Timothy (June 22, 2023 AD): SSN misuse by IRS, BFS, others.

2. FOIA Response, Mary (October 5, 2023 AD): SSN misuse confirmation.

3. Sedgwick County Recording

4. Jamnik Email (June 26, 2023 AD): First Midwest Bank loan fraud ($5 million).

5. Cook County Doc. #2320940003 (July 28, 2023 AD): Citibank mortgage fraud.

6. IRS Tax Theft Records (1979–2024 AD Timothy, 1996–2024 AD Mary): est $8 million seizures.

7. Loan Fraud Records (2010–2023 AD): $5 million unauthorized loans.

8. Lien Records (2023–2024 AD): $800,000 fraudulent liens.

9. SF-95s (filed June 23, 2025 AD): FTCA claims for fraud.

10. USPS Tampering Records (November 14, 2023–2025 AD): Evidence of mail interference.

June 22, 2023



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

Control Number: NRC2023100337

TIMOTHY SMITHE



Dear TIMOTHY SMITHE:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on June 9, 2023, regarding your Citizenship status of Timothy Joseph Smithe, Timothy Smithe, Smithe Timothy Joseph, Timothy J. Smithe, T. J. Smithe, Smithe T. J., and I-94.

We have completed a search of Person-Centric Identity Services (PCIS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time, you may appeal the determination by following the directions set forth below.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office. For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.

Sincerely,

Cynthia Munita

Chief FOIA Officer

Freedom of Information Act & Privacy Act Unit

October 5, 2023

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

Control Number: ███████████

MARY SMITHE
203 S CLARENCE STREET
WICHITA, KS 67213

Dear MARY SMITHE:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on September 27, 2023, regarding your I-94 and Please provide citizenship status for Mary Astor Smithe, Mary Smithe, Smithe, Mary Astor..

We have completed a search of Person-Centric Identity Services (PCIS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time, you may appeal the determination by following the directions set forth below.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

How to Submit Questions or Changes

NRC2023309469
Page 2


Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office. For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.


Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

Sedgwick County
Register of Deeds - Tonya Buckingham
Doc.#/Flm-Pg: 30329423
Receipt #: 2440526          Recording Fee: $72.00
Pages Recorded: 4

Cashier: vbunch                    Authorized By:
Date Recorded: 08/22/2024 04:13:52 PM

Correction of Deed:Mistake of Fact & Legal Error recorded on the Record of Birth and Record of Naturalization: Estate and Trust.

Our Father in heaven, hallowed be thy name. Thy kingdom come, thy will be done, on earth as it is in heaven. Give us this day our daily bread; and forgive us our debts, as we forgive our debtors; and lead us not into temptation, but deliver us from evil.

Tuesday , August 20th, A. D. 2024

I Timothy-Joseph  write this testimony in my God-given-private-individual-unalienable-exempt-name, with my wife  Mary-Astor  in her God-given-private-individual-unalienable-exempt-name, together, as children of Father God, as husband and wife, man and woman, hereby submitting our testimony "in esse" as co-heirs with Christ Son of God, an expression of our Faith in Trust, our solemn declaration of our unwavering allegiance to the Creator God, Abba Father, Creator of the earth, wold and everything in it, as our One and Only True Father, and His commandment "Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind." We pledge His Will as our Will. "To love one another as I have loved you" as a guiding commandments and prime directive that dictates our conscience. We pledge our Love, Life and Labor to Christ, our Lord and Savior, Redeemer and Surety we have made our Call and Election sure under the Royal order of Melchizedek the new administration, through repentance of the sins of this world and memorialized deed of our baptisms, taken place on August 03rd A. D. 2024 we are born anew and from above and united with Christ. We Accept Father's ultimate gift of the Original Estate and Trust, held in abeyance as Grantees, we accept Covenant of Grace and Peace and to share into our birthright inheritance as Co-Heirs with Christ, Fathers only Begotten Son, He who had redeemed us with His precious blood from the sin of debt, our Redeemer and Surety who wiped out our inequities and by God blotting out the "handwriting of ordinances" that was against us, which was contrary to us. We are purchased slaves and property of Jesus Christ King of all Kings; Our healthy Christian conscience seeks to align itself with God's perfect law, as an internal witness affirming or condemning our actions.

I am Timothy-Joseph Son of God purchased property of Jesus Christ, sojourning in Wichita Kansas, with my wife Mary-Astor Daughter of God purchased property of Jesus Christ, I am rebutting a presumption, and correcting a false record, Mistake of Fact and Legal Error recorded in the registry of the event of birth (registrar) and naturalization ( attorney general) in Chicago Cook County, State of Illinois, Correcting the record for Timothy-Joseph recorded on August 21st A.D 1963, and my wife, Mary-Astor's record recorded on September 10th A.D. 2003:

1) State of Illinois presumed Infant as Fatherless, therefore self appointed the State of Illinois as an illegitimate substitution for the role of Father/Parent, it also assumed rights as an "Lawful Heir and Beneficiary" of the TIMOTHY JOSEPH SMITHE and MARY ASTOR SMITHE Estate in Trust .

2) The Cognomen SMITHE, a Legal title property of State(Cesar)
 Joined at birth to my God given name Timothy-Joseph, absent my consent, deleting from the record.

Correction for and of the Record:

I am Timothy Son of God purchased property of Jesus Christ, in my God-given-private-individual-unalienable-exempt-name, and my wife, Mary Daughter of God purchased property of Jesus Christ, in her God-given-private-individual-unalienable-exempt-name - we declare that Our ONLY Real Father is Creator God; There is ONLY One True Heir and Beneficiary: Jesus Christ King of Kings; I Timothy-Joseph,  and my wife, Mary-Astor, are The children of Father God, Co-heirs and Co-beneficiaries with Jesus Christ Fathers ONLY begotten Son and Appointed Heir of all Things. (Psalm 2:7-8)(Hebrews 1:20)(Colossians 1:20)(Romans 8:17).

I Timothy~Joseph purchased property of Christ, can not serve two masters, therefore under supreme authority of my True Creator Father God, I render unto Cesar what's Cesars, a Cognomen SMITHE an Arm, and God what's Gods. "And do not call anyone on earth your father; One is your Father, He who is in Heaven."(Mathew 23:9). "You are my Son: today I have become your Father. Ask me, and I will make the nations your inheritance, the ends of the earth your possession."(Psalm 2:7-8)

[Estate in Trust(previously implied now expressed) held in abeyance ]
[TIMOTHY JOSEPH SMITHE (COLE███████████/SSN████████████)]
[MARY ASTOR SMITHE (NAT. CERT.███████/SSN████████████
(1 Peter 1:4) Our inheritance is incorruptible. Undefiled. That fadeth not away. Reserved in Heaven for us.
"Wherefore the law was our schoolmaster to bring us to Christ that we might be justified by faith."
"For unto us a child is born, unto us a Son is given; and the government shall be upon his shoulder and his name shall be called Wonderful, Counsellor, The Everlasting Father..." "Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God. Mans governments are ordained and delegated authority by God, with limited powers they are not absolute or divine authorities (Romans 13:3-4)."
"Both those in authority and those under authority are accountable to God (Romans 13:17, Hebrews 13:17)"
We surrender to our Lord Jesus Christ our Redeemer and Surety, and to his ownership over our lives and surrender as purchased slaves, all aspects of our being to His guidance and direction. As Christians we are God's peculiar people, with unique status as His chosen and set-apart people. We recognize our Creator's sovereignty and we submit to His Will, acknowledging that it is our highest purpose to align our thoughts, words, and actions with His Will. We renounce any allegiance to earthly authorities or human institutions that may contradict the will of God and his laws as we are Christ's Ecclesia a called out assembly of God's chosen people, summoned by God. Ambassadors for Christ, He who was a Pacifist and the Prince of Peace, we can not bear Arms as our conscience won't allow it! We accept Holy Priesthood under Royal Order of Melchizedek, and the Gospel of God as the most valuable thing that this world affords, to serve as the Rule for self governance as One Christian servant King and One Christian servant Queen, and to share Father Gods Will "to Love one another as I have loved you." I Timothy~Joseph and my wife Mary-Astor are God's own possession, chosen from before the foundation of the earth.
Ye be Separate and follow the Royal Law... We pledge to serve our Father God and Jesus Christ in His Holy Kingdom here on earth, as we are in this world but not of it, and as special children of God born in the image of our Father in heaven, we seek relief and restoration to stay protected in righteousness and pure equity, forever and ever under Father's grace so that we can Rest in Peace. This serves as a record of our acceptance of a gift from Father and duly needed correction of a Record of Birth and Naturalization. In the name of the Father, His Son Jesus Christ and the Holy Ghost. Amen.

We pray that this declaration will be a testimony to the County Recorder and to all who may read it, of the transformative power of God's love and the importance of living according to His Will. May it also serve as a reminder of the accountability that comes with professing faith in Christ, and may we be found faithful to the end.

_Timothy, son of God slave of Jesus Christ_

_Mary Wife of Timothy, Daughter of God, Slave of Jesus Christ_

I _Sumeya, Daughter of God;_ hereby attest that _Timothy & Mary_ has signed this letter freely and without coercion, and that it accurately reflects _their_ declaration of allegiance to God as Only True Father and His Will.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| UNITED STATES POSTAL SERVICE (ATTN. LAW DEPARTMENT) | TIMOTHY J. SMITHE, MARY A. SMITHE cf/o 203 S CLARENCE STREET WICHITA, KANSAS |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 8/16/63 AD 1/24/75 AD | MARRIED | JUNE 22, 2023 AD (FRAUD DISCOVERY) | UNKNOWN |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) USPS FACILITATED SYNTHETIC IDENTITY FRAUD BY DELIVERY FRAUDULENT UTILITY BILLS (EXHIBIT A) TIED TO VOHRA's JOINDER TORT CAUSING $8M IN DAMAGES (EXHIBIT A-3) AND SEDGWICK COUNTY RECORDINGS PROVE FRAUD (FOIA TIMOTHY 6/22/23, MARY OCTOBER 23. USPS ACTIONS ENABLED 2023 SHUTOFFS REQUIRING 12/24/23 PAYMENTS PLUS ONGOING IRS LIENS LEVIES AND THREATS, DELIVERED BY USPS.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| FOIA OFFICERS | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $ 8,000,000.00 LOSS OF $8M DUE TO FRAUDULENT NOTICES/BILLS | | | $ 8,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Timothy J. Smithe, Mary A. Smithe | (951) 466-6996 | MAY 30, AD 2025 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| INTERNAL REVENUE SERVICE; (ATTN, OFFICE OF CHIEF COUNCEL) | TIMOTHY J SMITHE, MARY A SMITHE c/o 203 S CLARENCE STREET WICHITA KANSAS |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 8/16/63 1/24/75 | MARRIED | 6/22/2023 | UNKNOWN |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

AGENCY CAUSED DAMAGE! INTERNAL REVENUE SERVICE; NATIONWIDE (IRS's SYSTEMIC FRAUD VIA SYNTHETIC IDENTITY, EXHIBTS A-3, A-5) IRS FACILITATED SYNTHETIC IDENTITY FRAUD BY JOINING OUR UNALIENABLE CHRISTIAN NAME TO "SMITHE"-STRAWMAN, CAUSING $8 MILLION IN FRAUDULENT TAX PAYMENTS (1979-2024; 1996-2024) FOR TIMOTHY AND MARY, AND SEDGWICK COUNTY RECORDER PROVES FRAUD. IRS DELAYED REFUND ($8M) 2-4/2024 FORM 1040X VIOLATING 26 U.S.C. § 6532(A

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

PERSONAL DAMAGE IN THE AMOUNT OF $8M IN FRAUDULENT TAX PAYMENTS AND WITHELD CREDITS (A-5)

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| FOIA OFFICERS | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $8,000,000.00 IN FRAUDULENT TAX WITHELD PAYMENTS CREDITS | | | $8,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Timothy J, Smithe; Mary A, Smithe | (951) 466-6996 | MAY 30, AD 2025 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|
| 95-109 | | |

*1st LEVY - THIS PAGE*

*2nd LEVY - NEXT PAGE*

| Form 668-W<br>(April 2018) | Department of the Treasury - Internal Revenue Service<br># Notice of Levy on Wages, Salary, and Other income |
|---|---|

| | |
|---|---|
| Date<br>01/17/2023<br>Reply To: Internal Revenue Service<br>E. BARRIOS<br>51 SW FIRST AVENUE<br>ROOM 800 STOP 5130<br>MIAMI, FL 33130-1608 | Telephone number of IRS office<br>(305) 982-5095 |
| | Name and address of taxpayer<br>TIMOTHY J & MARY A SMITHE<br>16025 NW 116TH WAY STE 2<br>MEDLEY, FL 33178-1052027 |
| To<br>WALTER E SMITHE FURNITURE INC<br>1251 W THORNDALE AVE<br>ITASCA, IL 60143-0000 | Identifying number(s): |

000557

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 201612 | $91687.99 | $16359.35 | $108047.34 |
| 1040 | 201312 | $148600.40 | $16135.58 | $164736.98 |
| 1040 | 201512 | $89622.00 | $13473.32 | $103095.32 |

X 2
+
Penalties and interest

| | |
|---|---|
| | Total Amount Due | $375,879.64 |

We figured the interest and late payment penalty to   02/16/2023

**Statement of Exemptions and Filing Status** (To be completed by taxpayer; instructions are on the back of Part 5)

My filing status for my income tax return is (check one)

☐ Single          ☑ Married Filing a Joint Return          ☐ Married Filing a Separate Return
☐ Head of Household          ☐ Qualifying Widow(er) with dependent child

**Additional Standard Deduction:** _____ (Enter amount only if you or your spouse is at least 65 and/or blind.)
I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (Husband, Wife, Son, Daughter, etc) | Social Security Number (SSN) |
|---|---|---|
| SMITHE, TIMOTHY J | SELF | 0003 |
| SMITHE, MARY A | WIFE | 6561 |
| | | |

Taxpayer's Signature                                    Date   JAN 27 2023

Catalog No 20490M                    www.irs.gov                    Form 668-W (Rev. 4-2018)

Part 5 - For Taxpayer to keep



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 10-08-2023
Response Date: 10-08-2023
Tracking Number: 105059596684

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2019

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-0003
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-0561

TIMO J & MAR A SMIT
203 S

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          -42,000.00
ACCRUED INTEREST:          0.00          AS OF: Oct. 05, 2020
ACCRUED PENALTY:           0.00          AS OF: Oct. 05, 2020

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):     -42,000.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              00
FILING STATUS:          Married Filing Joint
ADJUSTED GROSS
   INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
   TAXPAYER:
SE TAXABLE INCOME
   SPOUSE:
TOTAL SELF
   EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

| | | TRANSACTIONS | | | |
|---|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | | CYCLE | DATE | AMOUNT |
| | No tax return filed | | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2020 | | | 07-15-2020 | $0.00 |
| 570 | Payment | | | 07-15-2020 | -$42,000.00 |
| 460 | Extension of time to file tax return | | | 04-15-2020 | $0.00 |



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-20-2024
Response Date: 06-20-2024
Tracking Number: 106157554326

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-0003

TIMO J SMIT
203 S

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        61,743.26
ACCRUED INTEREST:        2,309.19      AS OF: Jul. 01, 2024
ACCRUED PENALTY:         2,102.42      AS OF: Jul. 01, 2024

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):     66,154.87

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             01
FILING STATUS:          Single
ADJUSTED GROSS
   INCOME:              220,994.00
TAXABLE INCOME:         208,044.00
TAX PER RETURN:         0.00
SE TAXABLE INCOME
   TAXPAYER:            0.00
SE TAXABLE INCOME
   SPOUSE:              0.00
TOTAL SELF
   EMPLOYMENT TAX:      0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Nov. 13, 2023
PROCESSING DATE                                               Jan. 15, 2024

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 09221-315-48549-3 | 20235203 | 01-15-2024 | $46,805.58 |
| 806 | W-2 or 1099 withholding | | 04-15-2023 | -$85.00 |
| 166 | Penalty for filing tax return after the due date 01-15-2034 | 20235203 | 01-15-2024 | $11,680.14 |
| 196 | Interest charged for late payment | 20235203 | 01-15-2024 | $3,342.54 |

```
EARNED INCOME CREDIT PER COMPUTER:.............................................$0.00
NONTAXABALE COMBAT PAY:........................................................$0.00
SCHEDULE 8812 NONTAXABLE COMBAT PAY:...........................................$0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:....................................$0.00
SCHEDULE 8812 TOT SS/MEDICARE WITHHELD:........................................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT:.....................................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:........................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:............................$0.00
AMOUNT PAID WITH FORM 4868:....................................................$0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:.................................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:.....................................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:........................$0.00
HEALTH COVERAGE TX CR: F8885:..................................................$0.00
SEC 965 TAX INSTALLMENT:.......................................................$0.00
SEC 965 TAX LIABILITY:.........................................................$0.00
PREMIUM TAX CREDIT AMOUNT:.....................................................$0.00
PREMIUM TAX CREDIT VERIFIED AMOUNT:............................................$0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:.............................$0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:...........................$0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:..................................$0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:......................$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:..................................$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):..............................$0.00
TOTAL OTHER PAYMENTS REFUNDABLE:...............................................$0.00
TOTAL PAYMENTS:..........................................................$220,994.91
TOTAL PAYMENTS PER COMPUTER:..................................................$85.00

Refund or Amount Owed

REFUND AMOUNT:.........................................................$-220,994.91
ESTIMATED TAX CREDIT APPLIED TO NEXT YEAR:.....................................$0.00
ESTIMATED TAX PENALTY:.........................................................$0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:..................................$0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:...........................$-220,994.91
BAL DUE/OVER PYMT USING COMPUTER FIGURES:................................$46,720.58
FORM 8888 TOTAL REFUND PER COMPUTER:...........................................$0.00

Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:.................................................
AUTHORIZATION INDICATOR:.......................................................0
THIRD PARTY DESIGNEE NAME:.....................................................

Form 8863 - Education Credits (Hope and Lifetime Learning Credits)


PART III - ALLOWABLE EDUCATION CREDITS

GROSS EDUCATION CR PER COMPUTER:...............................................$0.00
TOTAL EDUCATION CREDIT AMOUNT:.................................................$0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:....................................$0.00
```

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-20-2024
Response Date: 06-20-2024
Tracking Number: 106157520562

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2023

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-0003

TIMO J SMIT
203 S


--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          -2,000.00
ACCRUED INTEREST:          0.00          AS OF: Jun. 17, 2024
ACCRUED PENALTY:          0.00          AS OF: Jun. 17, 2024

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):     -2,000.00

    ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               00
FILING STATUS:            Single
ADJUSTED GROSS
    INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
    TAXPAYER:
SE TAXABLE INCOME
    SPOUSE:
TOTAL SELF
    EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT


                      TRANSACTIONS
CODE EXPLANATION OF TRANSACTION          CYCLE    DATE          AMOUNT
    No tax return filed

670  Payment                                     05-22-2024     -$2,000.00

          This Product Contains Sensitive Taxpayer Data


# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-20-2024
Response Date: 06-20-2024
Tracking Number: 106157539554

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2018

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-0003
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-0561

TIMO J & MAR A SMIT


        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          -39,538.00
ACCRUED INTEREST:          0.00              AS OF: May 27, 2024
ACCRUED PENALTY:           0.00              AS OF: May 27, 2024

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):      -39,538.00

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              00
FILING STATUS:          Married Filing Joint
ADJUSTED GROSS
   INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
   TAXPAYER:
SE TAXABLE INCOME
   SPOUSE:
TOTAL SELF
   EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

                        TRANSACTIONS
CODE  EXPLANATION OF TRANSACTION      CYCLE    DATE              AMOUNT
      No tax return filed

430   Estimated tax payment                   10-22-2018      -$5,690.00

430   Estimated tax payment                   10-22-2018      -$5,690.00

430   Estimated tax payment                   10-22-2018      -$2,468.00

430   Estimated tax payment                   01-18-2019      -$5,690.00

460   Extension of time to file tax return    04-15-2019          $0.00
      ext. Date 10-15-2019

| 460 | Extension of time to file tax return ext. Date 10-15-2019 | 04-15-2019 | $0.00 |
| 670 | Payment | 04-15-2019 | -$20,000.00 |
| 140 | Inquiry for non-filing of tax return | 03-04-2020 | $0.00 |
| 971 | Notice issued | 03-23-2020 | $0.00 |
| 595 | Account referred for review | 01-13-2023 | $0.00 |
| 570 | Additional account action pending | 03-27-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data

On Jun 26, 2023, at 5:24 PM, Jamnik, Steven <<u>Steve.Jamnik@busey.com</u>> wrote:

Tim,

Good afternoon. I have tried without any luck to secure copies from both banks. As I feared the records are not kept more than 5-7 years.

It has been 19 years since I was at First Midwest and 12 since First Community. Further both banks have since been sold which has complicated matters even more.

I wish I had a recommendation.

On the other note, it has been great hearing from you. I miss the Tim Smithe time and I hope all is well. Let's try and stay in touch.

Best wishes,

Steve (Elmer)


**Steven P. Jamnik**
Senior Vice President | Commercial Relationship Manager II
<u>2801 Black Road</u>
<u>Joliet</u>, IL  60435
P: <u>815.733.7003</u> | Ext: 37003
C: <u>815.474.2317</u>

<u><image001.png></u>


The information contained in this e-mail is privileged and confidential. Unless otherwise indicated or obvious from the message, this is intended only for the individual(s) listed above. Please see our Privacy

Doc#. 2320940003 Fee: $107.00
Karen A. Yarbrough
Cook County Clerk
Date: 07/28/2023 09:16 AM Pg: 1 of 2

When Recorded Mail To:
CitiMortgage, Inc.
C/O Nationwide Title Clearing,
LLC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan Number 2714323934

## SATISFACTION OF MORTGAGE

The undersigned declares that it is the present lienholder of a Mortgage made by **TIMOTHY J. SMITHE AND NANCY D. BUFFO, IN J/T** to CITIBANK, N.A. bearing the date 01/10/2008 and recorded in the Office of the Recorder of **COOK** County, in the State of **ILLINOIS**, in **Document # 0803704021**.

The above described Mortgage is , with the note accompanying it, fully paid, satisfied, and discharged. The recorder of said County is authorized to enter this Satisfaction/Discharge of record, with respect to the property therein described as situated in the County of COOK, State of ILLINOIS as follows, to wit:

SEE ATTACHED EXHIBIT A

Parcel ID Number: 05-16-106-001-0000, 05-16-106-010-0000

Property commonly known as: 875 SHERIDAN ROAD, WINNETKA, IL 60093-

**Dated this 27th day of July in the year 2023**
**CITIBANK, NA**

By: Sandra McMillin
    **Sandra McMillin  ASSISTANT VICE PRESIDENT**

STATE OF MISSOURI   COUNTY OF ST. CHARLES
On this 27th day of July in the year 2023 before me, KALEM WILLIAMS, the undersigned notary, personally appeared Sandra McMillin, personally known to me to be the person whose name is signed on the preceding or attached document, and acknowledged to me that his/her/their signed it voluntarily for its stated purpose, as ASSISTANT VICE PRESIDENT for CITIBANK, NA, a corporation.

KALEM WILLIAMS
Notary Public - STATE OF MISSOURI
Commission expires: 10/25/2024



KALEM WILLIAMS
Electronic Notary Public
Electronic Notary Seal
State of Missouri
St. Louis County
My Commission Expires Oct. 25, 2024
Commission # 20624445

**Document Prepared By:** Tyler Alcorn, CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63366 1-800-283-7918
FOR THE PROTECTION OF THE OWNER THIS RELEASE SHOULD BE FILED WITH THE OFFICE OF THE RECORDER IN WHOSE OFFICE THE MORTGAGE OR DEED OF TRUST WAS FILED.
CMRPD 438639393 INTERNAL T272307-09:38:34 [C-3] ERCNIL1

*D0101742288*

**UNITED STATES POSTAL SERVICE.**

```
              GODDARD
          328 N MAIN ST
       GODDARD, KS 67052-9998
          (800)275-8777
```

. 16/2023                        02:31 PM
- - - - - - - - - - - - - - - - - - - - - - - - - -

| roduct | Qty | Unit Price | Price |
|---|---|---|---|

*Handwritten: $128 REFUNDED, PROOF ACCT, EXISTS ($100 CASH + $28 MO)*

```
4 Express 1-Day                    $28.95
egal Env
   Austin, TX 78301
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 11/17/2023 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ941415055US
   Insurance                        $0.00
      Up to $100.00 included
   Federal Agency                  -$28.95
      Federal Agency: 112000000000
      Name: Bur Indian Aff               → BIA
Total                              $0.00
```

```
PM Express 1-Day      1            $28.75
Flat Rate Env
   Ogden, UT 84201
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 11/17/2023 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ941415231US
   Insurance                        $0.00
      Up to $100.00 included
   Federal Agency                  -$28.75
      Federal Agency: 112000000000
      Name: Bur Indian Aff
Total                              $0.00
```

```
PM Express 1-Day      1            $28.95
Legal Env
   Tulsa, OK 74103
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 11/17/2023 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ941415186US
   Insurance                        $0.00
      Up to $100.00 included
   Federal Agency                  -$28.95
      Federal Agency: 112000000000
      Name: Bur Indian Aff
Total                              $0.00
```

```
PM Express 1-Day      1            $28.95
Legal Env
   Washington, DC 20220
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 11/17/2023 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ941415214US
   Insurance                        $0.00
      Up to $100.00 included
   Federal Agency                  -$28.95
      Federal Agency: 112000000000
      Name: Bur Indian Aff
Total                              $0.00
```

# Payment

**Account:** 5407974828
203 S CLARENCE ST

<u>Switch Account</u>

*EVERGY*

Service **11/8/23 - 12/11/23**

Account **5407974828**

Average Payment Plan

Amount Due

# $0.00

*Last payment of $2,007.65*

*received on 12/24/23*

Credit Balance ($690.86)

*Next bill available on 1/15/24*

Make a Payment ∧

# Payment Confirmation

**1** ——— **2** ——— ✓

PROOF OF SS THIS PAYMENT @ ENERGY ELECTRIC



✓ **Thank you! Your payment
confirmation number is
17125155515541.**

ENERGY

| Account | 5407974828 - 203 S CLARENCE ST |
|---|---|
| Bank Account | bureau BUREAU OF THE PUBLIC DEBT *****0003 |
| | ← THIS SOCIAL SECURITY |
| Date | 01/22/24 |
| Amount | $1,626.79 |
| Remaining Balance | $0.00 |



**BANK OF AMERICA** 〰️

P.O. Box 15284
Wilmington, DE 19850

TIMOTHY JOSEPH SMITHE
MARY A SMITHE
203 S CLARENCE ST
WICHITA, KS  67213-2711

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Plus Banking

for December 29, 2022 to January 27, 2023

Account number: 3251 1085 7006

**TIMOTHY JOSEPH SMITHE    MARY A SMITHE**

## Account summary

| | |
|---|---|
| Beginning balance on December 29, 2022 | $157.79 |
| Deposits and other additions | 4,447.87 |
| Withdrawals and other subtractions | -4,590.67 |
| Checks | -0.00 |
| Service fees | -125.00 |
| **Ending balance on January 27, 2023** | **-$110.01** |

TIMOTHY JOSEPH SMITHE  |  Account # 3251 1085 7006  |  December 29, 2022 to January 27, 2023

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 01/11/23 | CHECKCARD  0110 KWIK SHOP #0746 WICHITA     KS 24137463011001427600243 | -4.08 |
| 01/12/23 | PURCHASE  0111 PAYPAL *PATREON  MEMBER 402-935-7733 CA | -24.00 |
| 01/12/23 | CHECKCARD  0112 AH-SO ORIENTAL RESTAURA WICHITA     KS 24291283012000000227575 | -13.51 |
| 01/12/23 | Zelle Transfer Conf# bovtawwvc; SORAYA SMITHE | -100.00 |
| 01/12/23 | R&J Discount L  01/12 #000404437 PURCHASE R&J Discount Liqu  Wichita     KS | -35.63 |
| 01/12/23 | DILLONS # 3020  01/12 #000100437 PURCHASE DILLONS # 3020 E.  WICHITA     KS | -167.50 |
| 01/12/23 | KWIK SHOP #074  01/12 #000334362 PURCHASE KWIK SHOP #0748 2  WICHITA     KS | -44.73 |
| 01/12/23 | CAPITAL ONE      DES:MOBILE PMT ID:3QWJIZFNZT4RVBH  INDN:TIMOTHY J SMITHE      CO ID:9279744380 WEB | -65.00 |
| 01/12/23 | CAPITAL ONE      DES:MOBILE PMT ID:3QWJHULBMX4O1JC  INDN:TIMOTHY J SMITHE      CO ID:9279744380 WEB | -31.91 |
| 01/13/23 | Legal Order, LTS J011323000055 | -1,894.65 |
| 01/13/23 | CHECKCARD  0112 TST* Piatto Neapolitan 316-866-6525 KS 24692163012100789469247 | -30.10 |
| 01/13/23 | CHECKCARD  0112 AMZN DIGITAL*ZI3535A53 888-802-3080 WA 24431063012083707097522 | -10.99 |
| 01/13/23 | Zelle Transfer Conf# hc598gtfa; TIMOTHY | -200.00 |
| 01/13/23 | CHECKCARD  0113 DISABLED AMERI WICHITA     KS | -12.30 |
| 01/13/23 | DILLONS # 3020  01/13 #000049003 PURCHASE DILLONS # 3020 E.  WICHITA     KS | -16.79 |
| 01/17/23 | CHECKCARD  0113 SQ *REVERIE ROASTERS, L Wichita     KS 24692163013101677410656 | -16.93 |
| 01/17/23 | CHECKCARD  0114 GOOGLE *YouTubePremium g.co/helppay#CA 24692163014102107749456 RECURRING | -11.99 |
| **Total withdrawals and other subtractions** | | **-$4,590.67** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 01/13/23 | Legal Order Fee,LTS J011323000055 | -125.00 |
| **Total service fees** | | **-$125.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

6/25/25, 12:24 PM                                    Inbox | TrustEquity2025@proton.me | Proton Mail

# 09:35

 



**January 31, 2023 ■ Page 2 of 4**

---

## Transaction history

| Date | Description | Deposits/ Additions |
|------|-------------|---------------------|
| 1/13 | Zelle From Timothy Smithe on 01/12 Ref # Bachc598Gtfa | 200.00 |
| 1/13 | Online Transfer to Smithe S Everyday Checking xxxxxx2664 Ref #Ib0Hfnfx2H on 01/12/23 | |
| 1/13 | Zelle to Smithe Timothy on 01/13 Ref #Rp0Qy4366K | |
| 1/13 | Zelle to Smithe Timothy on 01/13 Ref #Rp0Qy48x8K | |
| 1/17 | Online Transfer From Smithe S Everyday Checking xxxxxx2664 Ref #Ib0Hgqx3JJ on 01/17/23 | 89.00 |
| 1/18 | Overdraft Protection Xfer to Checking | |
| 1/19 | Legal Order Debit - Contact Internal Revenue Service (305) 982-5096 - Case# 4280323 | |
| 1/31 | Monthly Service Fee | |

**Ending balance on 1/31**

| Totals | | $289.00 |
|--------|--|---------|

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outst transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Inbox | TrustEquity2025@proton.me | Proton Mail

## Items returned unpaid

| Date | Description |
|------|-------------|
| 1/18 | Capital One Mobile Pmt 230117 3Qxldp6Jch3Qk3x Timothy J Smithe    Reference #    091000015861596 |
| 1/20 | Capital One Mobile Pmt 230119 3Qy0Ev94T5Wmx8O Timothy J Smithe    Reference #    091000012721869 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2023 - 01/31/2023 | Standard monthly service fee $5.0 |
|---|---|
| **How to avoid the monthly service fee** | Minimum require |
| Have any **ONE** of the following account requirements | |
| · Minimum daily balance | $300.0 |
| · A daily automatic transfer from a Wells Fargo checking account | $1.0 |
| · Save As You Go* transfer from a Wells Fargo checking account | $1.0 |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.0 |
| · Age of primary account owner | 0 - |



AM/AM

  

## ✓ IMPORTANT ACCOUNT INFORMATION

**ATM Check Deposit Limit**



**DEPAR**
BURE

BI

Timothy Smithe

Re: **Privacy Act # DMSPRV202506001**

JUNE 2
AD 2015

**12:41**  .ıll 🛜 100

🔒 informeddelivery.usps.com

# Welcome to Informed Delivery®
## Hi, Mary.    ⌄

Arriving soon at
**203 S CLARENCE ST, WICHITA, KS 67213-2711**

| **17** Mailpieces | **4** Packages |

(8)   Sunday (0)   Saturday (4)   **Friday (3)**   Thursday (0)

ONLY 3
→ PIECES OF
MAIL ON 6/21/
1 BFS LETTER
REQUESTING
PRIVATE INFO
IS NOT LISTED;



FROM:
**Download American Express App**

**Learn More** ❯


f **Share on Facebook**


Live Chat is Offline
**Find Answers here** ❯

12:42

🔒 informeddelivery.usps.com











**USPS.COM**

**HELPFUL LINKS**

Contact Us

Site Index

FAQs

Feedback

**USPS JOBS**

Careers

**ON ABOUT.USPS.COM**

About USPS Home

Newsroom

USPS Service Updates



Live Chat is Offline
Find Answers here ›

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.800.432.1000

  En Español: 1.800.688.6086

💻 bankofamerica.com

✉️ Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

TIMOTHY JOSEPH SMITHE
MARY A SMITHE

## Your Adv Plus Banking

for December 29, 2022 to January 27, 2023

**TIMOTHY JOSEPH SMITHE    MARY A SMITHE**

Account number 

## Account summary

| | |
|---|---:|
| Beginning balance on December 29, 2022 | $157.79 |
| Deposits and other additions | 4,447.87 |
| Withdrawals and other subtractions | -4,590.67 |
| Checks | -0.00 |
| Service fees | -125.00 |
| **Ending balance on January 27, 2023** | **-$110.01** |

TIMOTHY JOSEPH SMITHE   |   Account # ~~3351 1005 5706~~   |   December 29, 2022 to January 27, 2023

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 01/11/23 | CHECKCARD 0110 KWIK SHOP #0746 WICHITA   KS 2413746301 1001427600243 | -4.08 |
| 01/12/23 | PURCHASE 0111 PAYPAL *PATREON MEMBER 402-935-7733 CA | -24.00 |
| 01/12/23 | CHECKCARD 0112 AH-SO ORIENTAL RESTAURA WICHITA   KS 242912830 12000000227575 | -13.51 |
| 01/12/23 | Zelle Transfer Conf# bovtawwvc; SORAYA SMITHE | -100.00 |
| 01/12/23 | R&J Discount L 01/12 #000404437 PURCHASE R&J Discount Liqu Wichita   KS | -35.63 |
| 01/12/23 | DILLONS # 3020 01/12 #000100437 PURCHASE DILLONS # 3020 E. WICHITA   KS | -167.50 |
| 01/12/23 | KWIK SHOP #074 01/12 #000334362 PURCHASE KWIK SHOP #0748 2 WICHITA   KS | -44.73 |
| 01/12/23 | CAPITAL ONE   DES:MOBILE PMT ID:3QWJIZFNZT4RVBH INDN:TIMOTHY J SMITHE   CO ID:9279744380 WEB | -65.00 |
| 01/12/23 | CAPITAL ONE   DES:MOBILE PMT ID:3QWJHULBMX4O1JC INDN:TIMOTHY J SMITHE   CO ID:9279744380 WEB | -31.91 |
| 01/13/23 | Legal Order, LTS J011323000055 | -1,894.65 |
| 01/13/23 | CHECKCARD 0112 TST* Piatto Neapolitan 316-866-6525 KS 2469216301 2100789469247 | -30.10 |
| 01/13/23 | CHECKCARD 0112 AMZN DIGITAL*ZI3535A53 888-802-3080 WA 2443106301 2083707097522 | -10.99 |
| 01/13/23 | Zelle Transfer Conf# hc598gtfa; TIMOTHY | -200.00 |
| 01/13/23 | CHECKCARD 0113 DISABLED AMERI WICHITA   KS | -12.30 |
| 01/13/23 | DILLONS # 3020 01/13 #000049003 PURCHASE DILLONS # 3020 E. WICHITA   KS | -16.79 |
| 01/17/23 | CHECKCARD 0113 SQ *REVERIE ROASTERS, L Wichita   KS 2469216301 3101677410656 | -16.93 |
| 01/17/23 | CHECKCARD 0114 GOOGLE *YouTubePremium g.co/helppay#CA 2469216301 4102107749456 RECURRING | -11.99 |

**Total withdrawals and other subtractions**   **-$4,590.67**

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 01/13/23 | Legal Order Fee,LTS J011323000055 | -125.00 |

**Total service fees**   **-$125.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

Page 4 of 4

