FILED
U.S. District Court
District of Kansas

JUN 30 2025

Clerk, U.S. District Court
By MWM Deputy Clerk

U.S. DISTRICT COURT, DISTRICT OF KANSAS

Case No. 25-cv-1072

Timothy Joseph, Smithe and Mary Astor, Smithe,

Private Unalienable Christian Names, co heirs with Christ and beneficiaries,

℅ 203 S Clarence Street, Wichita, Kansas

Plaintiffs,

v.

United States, Bureau of Indian Affairs, Bureau of Fiscal Service, Department of Homeland Security, Office of Federal Student Aid (FSA), Department of Health and Human Services, Internal Revenue Service, Social Security Administration, United States Postal Service, United States Attorney for the District of Kansas, United States Attorney General, H&R Block Tax Group, Inc., Wintrust Financial Corporation, Fidelity Brokerage Services LLC, Citibank, N.A., JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., Bank of America, N.A., Capital One, N.A. (successor to Discover Bank), U.S. Bank National Association, Byline Bank, Lake Mortgage Company, Inc., American Express Company, Ocwen Financial Corporation, Old National Bank (successor to First Midwest Bank), Tristate Capital Bank, Alex Giannoulias, in his individual capacity, Kwame Raoul, in his individual capacity, Kris Kobach, in his individual capacity, Scott Schwab, in his individual capacity, Dr. Sameer Vohra, in his individual capacity, City of Wichita, Wichita Water Utilities, Evergy, Kansas Gas Service,

Defendants.

## **SUPPLEMENTAL MOTION TO CLARIFY HANDWRITTEN MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs, Timothy Joseph, Smithe and Mary Astor, Smithe, unalienable Christian names Timothy and Mary, co-heirs with Christ (Romans 8:17), pro se, invoke the office of the Father in Jesus' name (John 8:32), submitting to God-ordained authority (Romans 13:1). Pursuant to FRCP 15(a)(2) and D. Kan. R. 15.1(a), Plaintiffs file this Supplemental Motion to clarify the handwritten Motion for Leave to File Second Amended Complaint (filed June 27, 2025 AD), accepted and uploaded by the clerk, to ensure legibility and compliance, with precision sharper than a two-edged sword (Hebrews 4:12). The handwritten motion sought leave to file a Second Amended Complaint to clarify claims against 35 defendants, including Tristate Capital Bank (301 Grant St, Pittsburgh, PA 15219, served via counsel Cameron E. Grant, 4600 Madison Avenue, Suite700, Kansas City MO 64112 , a defendant in the original and First Amended Complaint (Doc. 80), due to their counsel's appearance . The proposed Second Amended Complaint corrects errors in the June 25, 2025 AD filings. (1) correcting Charles Schwab typo; (2) designating state defendants in their individual capacities (Kris Kobach, Scott Schwab, Alexander Giannoulias, Dr. Sameer Vohra, Kwame Raoul); (3) clarifying Old National Bank as successor to First Midwest Bank (merged February 15, 2022); (4) updating loan fraud claims to 1980–2025 AD (Exhibit A, Loan Fraud Records); (5) updating Plaintiffs' address to "c/o 123 S Clarence St, Wichita, Kansas"; (6) updating service dates to June 30, 2025 AD. Per the court's orders (June 26, 2025 AD), Motions 4, 35, 72, 79, 82, 101, 128, and 164 were denied, and Motions 75, 81, 113, and 167 were denied as premature, with related motions to strike (Docs. 124, 125, 134, 153, 154, 155) denied as moot. Per the court's order (June 26, 2025 AD), Motion for Alias Summons (Doc. 77) for TriState Capital Bank was found moot, but TriState remains a defendant. Good cause exists: TriState's involvement in fraud (Exhibit A, Loan Fraud Records,

1980–2025 AD), prior service attempts (Doc. 77), and pro se status (*Haines v. Bellmon*, 935 F.2d 1106, 1110, 10th Cir. 1991). Leave should be freely granted (*Foman v. Davis*, 371 U.S. 178, 182, 1962), as amendment causes no prejudice or delay. The proposed Second Amended Complaint complies with D. Kan. R. 15.1(a), addressing Allman's opposition (June 26, 2025 AD) to Doc. 164 by including the proposed complaint, rebutting claims of futility and lack of jurisdiction. Plaintiffs request leave to file the Second Amended Complaint, issuance of 17 summonses (including TriState) upon approval, and acceptance of this typed motion to clarify the handwritten filing (Colossians 2:14).

I. CERTIFICATE OF SERVICE

Served on all 35 defendants and counsel (William Easley, One Kansas City Place 1200 Main Street, Suite 3800, Kansas City, MO 64105; Christopher Allman, 301 N Main St, #1200, Wichita, KS 67202; Adam G. Breeze, 8900 Indian Creek Pkwy, Overland Park, KS 66210; Kathryn T. Alsobrook, 700 West 47th Street, Suite 410 Kansas City, Missouri 64112; William H. Henderson, 2300 Main St, Kansas City, MO 64108; Ryan M. Peck, 300 N Mead St, Wichita, KS 67202; Cameron E. Grant, 4600 Madison Avenue, Suite700, Kansas City MO 64112 via certified mail with green card return receipt including (United States, BIA, BFS, DHS, Office of Federal Student Aid (FSA), HHS, IRS, SSA, USPS, U.S. Attorney, Attorney General, Kris Kobach, in his individual capacity, Scott Schwab, in his individual capacity, Alexander Giannoulias, in his individual capacity, Dr. Sameer Vohra, in his individual capacity, Kwame Raoul, in his individual capacity) others first class mail by July 30, 2025 AD, (pending approval of 2nd Amended Complaint), despite USPS tampering (Exhibit A, USPS Tampering Records) /s/Timothy Joseph, Smithe and Mary Astor, Smithe,

Private Unalienable Christian Names, Co Heirs with Christ and Beneficiaries, *Timothy J. Smith; Mary A Smith*

℅ 203 S Clarence Street, Wichita, Kansas

June 30, 2025 AD