IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY JOSEPH SMITHE FOREIGN GRANTORS TRUST, ET AL., <br><br> **Plaintiffs,** <br><br> v. <br><br> ILLINOIS DEPARTMENT OF PUBLIC HEALTH, ET AL. <br><br> **Defendants.** | Cause No. **6:25-CV-01072-DDC** |

**DEFENDANT BANK OF AMERICA'S MOTION TO STRIKE AND RESPONSE IN OPPOSITION BY JOINDER IN OBJECTIONS TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Doc. 182 CM/ECF) AND SUPPLEMENTAL MOTION TO CLARIFY HANDWRITTEN MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Doc. 184 CM/ECF)**

COMES NOW Defendant, Bank of America ("BANA"), through counsel undersigned, and for its motion to strike and response in opposition by joinder in objections to Plaintiffs' motion(s) for leave to file a Second Amended Complaint and its supplement, states as follows:

Plaintiffs' "leave for amendment pleadings" (Doc. 182 and 184 CM/ECF) filed seemingly only upon the attack of all, or nearly all, named defendants of their Amended Complaint (Doc. 80 CM/ECF), and also without execution by one of the Plaintiffs pursuant to Rule 11(a) *Federal Rules of Civil Procedure* requiring them to be stricken if not

promptly corrected[1], does not set forth a basis for leave pursuant to Rule 15(a) *Federal Rules of Civil Procedure* (nor does the proposed amended complaint, which makes only cursory reference to BANA issuing "fraudulent loans," cure of the arguments challenging the sufficiency of the allowed Amended Complaint for several reasons). Moreover, Plaintiffs' fail to show why leave for further amendments of their complaint would not be futile. *Anderson v. PAR Elec. Contractors, Inc.*, 318 F.R.D. 640, 642 (D. Kan. 2017). As such, the Court should, presuming these pleadings are not stricken in accord with Rule 11(a) F.R.C.P., deny the Plaintiffs leave to file their proposed Second Amended Complaint.

For brevity, BANA asserts a regurgitation of identical challenges to Plaintiffs' current request for leave adds unnecessary repetitive bulk to the Court's record and pursuant to Rule 12(g) *Federal Rules of Civil Procedure* hereby asserts its joinder or adoption by reference the entirety of the well-presented opposition on file asserting, as for a myriad of reasons set forth therein (that the Court does not have subject matter jurisdiction by federal question or diversity, and that, the proposed Second Amended Complaint, on its

---

[1] Unless there is some Biblical reference Plaintiffs' have cited which they believe would authorize a pro se party to sign pleadings filed with this court on behalf of another, it would appear, based upon the signatures affixed, one Smithe is signing pleadings on behalf of the other due to what appear to be identical signatures. BANA is unaware of any legal authority one Smithe could execute a pleading for the other and asserts Rule 11 require them to be stricken. Rule 11(a) *Federal Rules of Civil Procedure* which requires the striking of an unsigned paper when not promptly corrected after notice to the filer. See also generally, *McWilliams v. King*, 2011 U.S. Dist. LEXIS 29445 (Kansas 2011), citing *Sule v. Story*, No. 95-1422, 1996 U.S. App. LEXIS 7550, 1996 WL 170156, * 1 (10th Cir. April 11, 1996) and *United States v. Grismore*, 546 F.2s 844 (10th Cir. 1976) holding the constitution does not provide the right one pro se party may represent another pro ser party in federal court.

face, are impermissibly conclusory and fail to state claims upon BANA which relief can be granted rendering it futile) Plaintiffs' request for leave should be denied[2].

WHEREFORE, Defendant Bank of America, respectfully requests the Court issue an order denying the Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. 182 CM/ECF) and Plaintiffs' Supplemental Motion to Clarify Handwritten Motion for Leave to File Second Amended Complaint (Doc. 184 CM/ECF), the Court issue an order dismissing Plaintiffs' Amended Complaint (Doc. 80 CM/ECF) with prejudice, and for any and all such further relief as the Court deems necessary and appropriate under the circumstances.

THE REMAINDER OF THIS PAGE HAS BEEN LEFT BLANK.

---

[2] The previous objection BANA joins in legal argument are as of the filing of this pleading:
1. Doc. 196 CM/ECF – *Defendant Capital One, N.A.'s Memorandum in Opposition to Plaintiffs' Motion for Court to Admit Second Amended Complaint and Supplemental Motion*
2. Doc. 198 CM/ECF – *Defendant JPMorgan Chase Bank, N.A.'s Opposition to Plaintiffs' Motion for Court to Admit Second Amended Complaint and Supplemental Motion to Clarify Handwritten Motion for Leave to file Second Amended Complaint*
3. Doc. 199 CM/ECF – Defendant *Citibank, N.A.'s Joinder to JPMorgan Chase Bank, N.A.'s Opposition to Plaintiffs' Motion for Court to Admit Second Amended Complaint and Supplemental Motion to Clarify Handwritten Motion for Leave to File Second Amended Complaint*
4. Doc. 209 CM/ECF – *Defendant Wintrust Financial Corporation's Opposition to Plaintiffs' Second Amended Complaint and Plaintiffs Supplemental Motion for Leave to File Second Amended Complaint*; and
5. Doc. 211 CM/ECF - *Defendant Ocwen Financial's Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint and Plaintiffs' Supplemental Motion to Clarify Handwritten Motion for Leave to File Second Amended Complaint.*

MILLSAP & SINGER, LLC

*/s/ Adam G. Breeze*_____
Adam G. Breeze, #60920MO
612 Spirit Drive
St. Louis, MO  63005
Telephone: (636) 537-0110
Fax: (636) 537-0067
abreeze@msfirm.com
*Attorneys for Defendant Bank of America*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that pursuant to Rule5(b) *Federal Rules of Civil Procedure* on July 14, 2025, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all persons receiving notice thereby and via US Mail, postage prepaid to parties without access to the court's CM/ECF system at:

Timothy Joseph Smithe
Mary Astor Smithe
203 S. Clarence St
Wichita, KS 67213
*Pro Se Plaintiffs*

 _*/s/ Adam G. Breeze*_____