IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**TIMOTHY JOSEPH SMITHE, et al.**,

                **Plaintiffs**,

v.

**DIRECTOR OF ILLINOIS DEPARTMENT OF PUBLIC HEALTH, et al.**,

                **Defendants**.

Case No. 25-1072-DDC-GEB

## <u>MEMORANDUM AND ORDER</u>

The court has noticed that plaintiffs have filed surreplies to several defendants' Motions to Dismiss. These filings are improper. When a party files a motion, the opposing party may submit one response, and the moving party may submit one reply. D. Kan. Rule 7.1(c). Courts typically don't allow surreplies. *Taylor v. Sebelius*, 350 F. Supp. 2d 888, 900 (D. Kan. 2004). A party hoping to file a surreply must seek leave to do so. *Id.* Plaintiffs haven't sought leave to file surreplies, nor do plaintiffs' filings suggest any proper grounds for a surreply.

Although courts must construe the substantive pleadings of pro se parties liberally, pro se litigants still must comply with the procedural rules or suffer the consequences of noncompliance. *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994) ("This court has repeatedly insisted that pro se parties follow the same rules of procedure that govern other litigants" (citation and internal quotation marks omitted)); *Ogden v. San Juan Cnty.*, 32 F.3d 452, 455 (10th Cir. 1994) (explaining a party's pro se status "does not excuse the obligation . . . to

comply with the fundamental requirements of the Federal Rules of Civil . . . Procedure"). This duty includes the court's local rules. *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

The court thus strikes plaintiffs' improper surreplies and will not consider them.

**IT IS THEREFORE ORDERED BY THE COURT THAT** the following documents are stricken:

- Doc. 289: surreply to the federal defendants' Motion to Dismiss (Doc. 246);
- Doc. 300: surreply to Wintrust Financial Corporation's Motion to Dismiss (Doc. 266);
- Doc. 301: surreply to Old National Bank's Motion to Dismiss (Doc. 259);
- Doc. 302: surreply to H&R Block's Motion to Dismiss (Doc. 251)
- Doc. 306: surreply to Capital One's Motion to Dismiss (Doc. 255);
- Doc. 307: surreply to Tristate Capital Bank's Motion to Dismiss (Doc. 271);
- Doc. 308: surreply to Bank of America's Motion to Dismiss (Doc. 268);
- Doc. 309: surreply to Wells Fargo's Motion to Dismiss (Doc. 274).

**IT IS SO ORDERED.**

**Dated this 18th day of August, 2025, at Kansas City, Kansas.**

                                          **s/ Daniel D. Crabtree**
                                          **Daniel D. Crabtree**
                                          **United States District Judge**